FILED
JN NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION

ROBERT L. FELDER,
    Plaintiff,

vs.

CITY OF CHICAGO, C.S. JOHNSON (#16589)
C. BADY (#11453),
    Defendants

07CV6501
JUDGE GRADY
MAG. JUDGE COX

JURY DEMAND

## COMPLAINT

NOW COMES the Plaintiff, ROBERT L. FELDER, by his attorneys, Lonny Ben Ogus and Joseph J. Cavanaugh, and complains against the Defendants CITY OF CHICAGO, C.S. JOHNSON (#16589), C. BADY (#11453), as follows:

### JURISDICTION

1. This is a civil action seeking damages against the Defendants for committing acts, under color of law, that deprived the Plaintiff, ROBERT L FELDER, of rights secured under the Constitution and laws of the United States, and the Constitution and laws of the State of Illinois and for refusing and/or neglecting to prevent such deprivations and denials.

### The Parties

2. At all times relevant herein, ROBERT L. FELDER was a resident of Chicago, Illinois (Cook County).

3. At all relevant times, The City of Chicago is a municipality that is incorporated under the laws of the State of Illinois.

4. Defendants C. S. JOHNSON (#16589), C. BADY (#11453), were Police Officers with the Chicago Police Department and acted under color of statutes, customs,

ordinances and usage of the State of Illinois, the City of Chicago, and the Chicago Police Department and within the scope of their employment with the Defendant City of Chicago. All of the Defendants are sued in their individual capacity.

### Statement of Facts Common to All Counts

5. On July 12, 2007, at about 10:00pm Plaintiff was near the location of 7800 S. Exchange, Chicago, Illinois.

6. On July 12, 2007, Defendant Bady was working with Defendant Johnson as part of an undercover prostitution mission.

7. On that date and time and at that location Defendants Bady and Johnson arrested Plaintiff and charged him with Prostitution: Soliciting for Business pursuant to an Ordinance of the City of Chicago, 10-8-515. Because of his arrest Felder was placed in handcuffs and transported to jail where he remained overnight.

8. Plaintiff had not done any criminal act, nor did the Defendants have reasonable belief that any criminal act had been committed.

9. On September 12, 2007 the criminal case was non-suited and no further proceedings have occurred. On that date Felder demanded trial.

10. As part of the arrest, the City of Chicago seized the car owned by Plaintiff in that it was alleged that it was used to "solicit or patronize a prostitute or to commit an act of prostitution in violation of Section 8-8-060(d) of the municipal Code of Chicago.

11. As part of the arrest a picture of Felder, listing the charges placed against him, was posted on a website by the City of Chicago that was available to any person.

12. Plaintiff received no notice of any hearing as to his car and, by letter of August 27, 2007, Department of Administrative Hearings, City of Chicago, he was

informed that he had been defaulted and that the total Judgment against him was $1170.00.

13. Plaintiff filed a timely Motion to Set-Aside Default, which was set for September 21, 2007 and was then continued to October 31, 2007.

14. The acts of the Defendants were without probable cause.

15. The acts of the Defendants caused the Plaintiff severe emotional distress and anxiety.

17. The acts of the Defendants caused the Plaintiff to suffer injuries as described above.

18. Plaintiff demands a trial by jury.

## COUNT I
### (SECTION 1983 CIVIL RIGHTS VIOLATION)

19. Plaintiff repeats and realleges paragraphs 1-19 as of fully set forth herein.

WHEREFORE, Plaintiff Robert L. Felder demands judgment in excess of Fifty Thousand Dollars ($50,000) in compensatory damages against all of the Defendants, jointly and severally, and punitive damages in an amount in excess of Fifty Thousand Dollars ($50,000) against each of the Defendants, plus costs, attorneys' fees, and whatever additional relief this Court deems just and equitable.

## COUNT II
### (FALSE ARREST - ILLINOIS LAW)

20. Plaintiff repeats and realleges paragraphs 1-19 as of fully set forth herein.

WHEREFORE, Plaintiff Robert L. Felder demands judgment in excess of Fifty Thousand Dollars ($50,000) in compensatory damages against all of the Defendants, jointly and severally, and punitive damages in an amount in excess of Fifty Thousand

Dollars ($50,000) against each of the Defendants, plus costs, attorneys' fees, and whatever additional relief this Court deems just and equitable.

## COUNT III
### (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

21. Plaintiff repeats and realleges paragraphs 1-19 as of fully set forth herein.

WHEREFORE, Plaintiff Robert L. Felder demands judgment in excess of Fifty Thousand Dollars ($50,000) in compensatory damages against all of the Defendants, jointly and severally, and punitive damages in an amount in excess of Fifty Thousand Dollars ($50,000) against each of the Defendants, plus costs, attorneys' fees, and whatever additional relief this Court deems just and equitable.

PLAINTIFF DEMANDS A JURY TRIAL

_____
Attorney for Plaintiffs

Lonny Ben Ogus
39 S. LaSalle St.
Suite 1400
Chicago, Ill. 60603
(312) 332-7374

Joseph J. Cavanaugh
39. S.LaSalle St.
Suite 1400
Chicago, Ill. 60603
(312) 781-1172