IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT L. FELDER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6501 |
| | ) | |
| v. | ) | |
| | ) | JUDGE GRADY |
| THE CITY OF CHICAGO, ET AL., | ) | |
| | ) | MAGISTRATE JUDGE COX |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO ENLARGE
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, the City of Chicago and Chicago Police Officers Louis Garcia and Richard Antonsen, ("Defendants"), by one of their attorneys, David Selmer, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to extend the time to answer or otherwise plead to Plaintiff's Complaint up to 20 days after Defendant Johnson is served. In support of this motion, Defendants state:

1. This matter was filed on November 16, 2007.

2. One of the Defendant Officers, Cherron Bady, was served on December 1, 2007. According to the Federal Rules of Civil Procedure, her Answer or other responsive pleading was due on or about December 21, 2007.

3. The other Defendant Officer in this case, Charlie Johnson, has not yet been served.

4. The undersigned filed an appearance on behalf of Officer Bady and the City of Chicago, and will be filing an appearance on behalf of Officer Johnson upon receiving notice of his service.

5. The Defendants are seeking an extension of time to answer or otherwise plead so that they may file one complete answer on behalf of all defendants, instead of filing separate answers to the Complaint for the Defendants.

6. This motion is Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

7. Plaintiff does not object to this extension of time.

**WHEREFORE**, Defendants the City of Chicago and Chicago Police Officer Cherron Bady respectfully request that they be given until 20 days after service is made on Defendant Johnson to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

/s/ David Selmer
DAVID N. SELMER
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)
Atty. No. 6283972

## CERTIFICATE OF SERVICE

      I, David Selmer, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER,** to be sent via e-filing to the person named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on December 28, 2007, in accordance with the rules on electronic filing of documents.

                                                                                   /s/ David Selmer
                                                                                  DAVID SELMER
                                                                                   Assistant Corporation Counsel