IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT L. FELDER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6501 |
| | ) | |
| v. | ) | |
| | ) | JUDGE GRADY |
| THE CITY OF CHICAGO, ET AL., | ) | |
| | ) | MAGISTRATE JUDGE COX |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE**

To:   Lonny Ben Ogus
      39 S. LaSalle St., Ste. 1400
      Chicago, IL 60603

   I, David Selmer, hereby certify that I have caused a true and correct copy of the above and **NOTICE OF MOTION** and **DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD,** to the persons listed above, a "Filing User" pursuant to Case Management/Electronic Case Files, by filing it with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division,

   **PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Grady, or before such other judge sitting in his place, on the **3rd day of January, 2008, at 11:00 a.m.,** and then and there present the attached motion.

**DATED** this 28th day of December, 2007.

                                        Respectfully submitted,

                                        /s/ David Selmer
                                        DAVID N. SELMER
                                        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)