IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT L. FELDER,<br>    Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO,<br>C.S. JOHNSON (#16589),<br>C. BADY (#11453)<br>    Defendants. | 07C 6501<br>Judge Grady<br>Magistrate Judge Cox<br>Jury Demand |

### ANSWER TO REQUEST TO ADMIT

NOW COMES Plaintiff, Robert L. Felder, by his Attorney Lonny Ben Ogus, and in Answer to the Request to Admit, states:

1. Defendant Officers Charlie Johnson and Cerron Bady never physically injured Plaintiff.

ANSWER: Admit

2. Plaintiff was arrested for solicitation of a prostitute on July 12, 2007.

ANSWER: Admit

3. Plaintiff was the owner of a vehicle with V.I.N. 2CGF68464R594837 on July 12, 2007.

ANSWER: Admit

4. Plaintiff was the owner of a four-door Chrysler white in color with license plate xll7479 on July 12, 2007.

ANSWER: Admit

5. Plaintiff was the driver of a vehicle with V.I.N. 2C8GF68464R594837 on July 12, 2007 when he encountered Defendant Officer Cerron Bady.

ANSWER: Admit

    6. Plaintiff was the driver of a four-door Chrysler white in color with license plate x117479 on July 12, 2007, when he first encountered Defendant Officer Cerron Bady.

ANSWER: Admit

    7. Plaintiff was the only person present in the vehicle with V.I.N. 2C8GF68464R594837 on July 12, 2007 when he encountered Defendant Officer Cerron Bady.

ANSWER: Admit

    8. Plaintiff was the only person present the four-door Chrysler white in color with license plate x117479 on July 12, 2007 when he encountered Defendant Officer Cerron Bady.

ANSWER: Admit

    9. Plaintiff asked Officer Bady to commit a sexual act on July 12, 2007, while he was in his vehicle with V.I.N. 2C8GF68464R594837.

ANSWER: Denied

    10. Plaintiff asked Officer Bady to commit a sexual act on July 12, 2007, while he was in four-door Chrysler white in color with license plate x117479.

ANSWER: Denied

    11. Plaintiff offered Officer Bady money on July 12, 2007 while he was in his vehicle with V.I.N. 2C8GF68464R594837.

ANSWER: Denied

    12. Plaintiff offered Officer Bady money on July 12, 2007 while he was in four-door Chrysler white in color with license plate x117479.

ANSWER: Denied

13. Chicago Police Officers used reasonable force in effectuating Plaintiff's arrest on July 12, 2007.

ANSWER: Plaintiff Admits that he was not physically injured, but Denies that reasonable force was used because he had committed no crime, and there was no reasonable belief to believe that he had committed a crime, and thus no force at all was reasonable, as he should not have been arrested and no weapon should have been pointed, at a close range, towards him.

14. Plaintiff was given notice by the City of Chicago that his vehicle had been impounded as a result of his arrest on July 12, 2007.

ANSWER: Admit

15. Plaintiff requested an administrative hearing to contest whether his vehicle was impounded pursuant to probable cause from his arrest on July 12, 2007.

ANSWER: Admit

16. Plaintiff received an administrative hearing to contest whether Defendant Bady and Johnson had probable cause to impound his vehicle for its alleged use in a crime to solicit a prostitute on July 12, 2007.

ANSWER: Admit

17. An administrative hearing officer held that Plaintiff's vehicle was seized and impounded pursuant to probable cause that it had been used in a crime to solicit a prostitute on July 12, 2007.

ANSWER: Admits that an administrative hearing officer ruled that Plaintiff's vehicle was properly impounded.

18. Plaintiff had the choice to appeal the decision of the administrative hearings officer regarding his vehicle's impoundment on July 12, 2007.

ANSWER: Plaintiff admits that the law does provide for an appeal of the decision of the administrative hearings officer.

19. Plaintiff did not appeal the decision of the administrative hearings officer regarding his vehicle's impoundment on July 12, 2007.

ANSWER: Admit

20. Plaintiff appealed the decision of the administrative hearings officer regarding his vehicle's impoundment on July 12, 2007 and the holding was affirmed by a state court.

ANSWER: Denied

21. At the administrative hearing plaintiff had the option to be represented by legal, counsel, to call or subpoena witnesses to testify, to conduct examination and cross-examination of witnesses, to make an opening and closing statement, and to request and receive discovery.

ANSWER: Plaintiff admits that there is a law for the procedures for the administrative hearing but that he did not know what he was allowed to do.

22. The administrative hearing officer ruled on the factual incident that is the substance of the case at hand.

ANSWER: Plaintiff cannot read into the mind of the administrative hearing officer to determine what caused him to rule in a certain way.

                                                      LONNY BEN OGUS

39 S. LaSalle St., Suite 1400
Chicago, Ill. 60603
(312) 332-7374

I have read the above Answers to the Request to Admit and they are true and correct.

*ROBERT FELDER*

Subscribed and sworn to
Before me this 4th day of
April 2008.

KELLY BURRELL
MY COMMISSION EXPIRES
JANUARY 30, 2011

*Kelly Burrell*
NOTARY PUBLIC