FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT L. FELDER,<br>    Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO,<br>C.S. JOHNSON (#16589),<br>C. BADY (#11453)<br>    Defendants. | 07C 6501<br>Judge Grady<br>Magistrate Judge Cox<br>Jury Demand |

## NOTICE OF FILING

To: David Selmer
Assistant Corporation Counsel
30 N. LaSalle Ste. 1400
Chicago, IL 60602

PLEASE TAKE NOTICE that on April 15, 2008, Plaintiff filed his ANSWER TO REQUEST TO ADMIT with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

_____
Attorney for Plaintiff

39 S. LaSalle St. Ste. 1400
Chicago, IL 60603
312-332-7374

## CERTIFICATE OF SERVICE

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown on April 15, 2008.

_____