## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6501 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Felder vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. The plaintiff is given leave to file a motion to compel deposition answers by 08/20/08. Hearing on plaintiff's motion to compel set for 09/03/08 at 11:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|