# DiGiovanni Reporting, P.C.

## (312) 345-6360

DEPOSITION

of

Cherron M. Bady

In the Case of
FELDER -v- CITY OF CHICAGO, et al.
07 C 6501

July 3, 2008

CONDENSED TRANSCRIPT
WORD INDEX

105 West Adams Street   Office: (312) 345-6360
Suite 2501   Cell: (312) 504-1420
Chicago, IL 60603   Fax: (312) 782-8377

Exhibit A(1)

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

ROBERT L. FELDER,              )
                               )
               Plaintiff,      )
                               )
     -vs-                      ) 07 C 6501
                               )
CITY OF CHICAGO,               )
C.S. JOHNSON (#16589), and     )
C. BADY (#11453)               )
                               )
               Defendants.     )


          DEPOSITION OF CHERRON M. BADY


     The deposition of CHERRON M. BADY,
was taken by NICHOLAS W. DIGIOVANNI, C.S.R.,
Notary Public, pursuant to the applicable
provisions of the Federal Code of Civil Procedure
and the Rules of the Supreme Court of the United
States of America, pertaining to the taking of
depositions, at 39 South LaSalle Street, in the
City of Chicago, Cook County, Illinois, commencing
at approximately 1:20 o'clock p.m., on the 3rd day
of July, of the year 2007.
```

Page 2

There were present during the taking of this deposition the following counsel:

LAW OFFICE OF LONNY OGUS, by
Mr. Lonny B. Ogus,
     On behalf of the Plaintiff;

CITY OF CHICAGO - CORPORATION COUNSEL, by
Mr. David N. Selmer,
     On behalf of the Defendants.

DIGIOVANNI REPORTING, P.C. (312) 345-6360

Page 3

INDEX

| THE WITNESS | PAGE |
|---|---|
| Cherron M. Bady | |
| Examination by Mr. Ogus | 5 |
| Examination by Mr. Selmer | 235 |

EXHIBITS

| | |
|---|---|
| Bady Deposition Exhibit No. 1 | 129 |
| Bady Deposition Exhibit No. 2 | 161 |
| Bady Deposition Exhibit No. 3 | 201 |

Page 4

(Witness sworn.)

MR. OGUS: Would you state your name and spell it for the record.

MS. BADY: Cherron Bady. C-h-e-r-r-o-n; Bady, B-a-d-y.

MR. OGUS: Okay. Ms. Bady, I represent Robert Felder. My name is Lonny Ogus, and I'm going to be asking you some questions.

Have you ever had your deposition taken before?

MS. BADY: No.

MR. OGUS: Okay. Two things -- two sort of ground rules.

Number one, if you don't understand a question, let me know. Otherwise I'll assume you're answering what I've asked.

And the court reporter can't take down a nod or a shrug. It has to be a verbal response. Okay?

MS. BADY: Okay.

MR. OGUS: Any time you need a break, just let us know.

**Page 5**

1    CHERRON M. BADY,
2  called as a witness herein, having been first duly
3  sworn, was examined upon oral interrogatories and
4  testified as follows:
5        EXAMINATION
6        by Mr. Ogus:
7
8    Q  You are a police officer with the
9  City of Chicago?
10   A  Yes.
11   Q  Okay. And how long have you been a
12  police officer?
13   A  For six years.
14   Q  And what did you do before you were a
15  police officer?
16   A  Well, I was a licensed funeral
17  director, a sales rep and a mail carrier.
18   Q  As a licensed funeral director did
19  you work for a funeral parlor?
20   A  Yes.
21   Q  And who did you work for?
22   A  Gatling's Chapel.
23   Q  Gatling's?
24   A  Um-hum.

**Page 6**

1    Q  And where are they located?
2    A  103rd and Halsted.
3    Q  That's in the City of Chicago?
4    A  Yes, it is.
5    Q  Okay. And before that you said you
6  were a...
7    A  Sales rep.
8    Q  Sales rep for who?
9    A  For McDougal.
10   Q  McDougal. What does McDougal do?
11   A  It was for books, a book business.
12   Q  Books, okay. And where are they?
13   A  Evanston.
14   Q  How long were you a licensed funeral
15  director?
16   A  Maybe for --
17   Q  Approximately.
18   A  -- About four years.
19   Q  And to be a licensed funeral director
20  how do you get a license?
21   A  How...
22   Q  Do you go to school, take classes...
23   A  Go to school.
24   Q  Where did you go to school?

**Page 7**

1    A  Southern.
2    Q  Southern?
3    A  Southern Illinois University,
4  Carbondale.
5    Q  And your degree is in what?
6    A  Mortuary science as well as health
7  management.
8    Q  When did you graduate from Southern
9  Illinois?
10   A  '94 and '97.
11   Q  When you say '94 and '97 what was
12  your degree in '94?
13   A  Associate's.
14   Q  From Southern Illinois?
15   A  Yes.
16   Q  And then you went back and finished
17  for your...
18   A  Health care.
19   Q  Do you have any further degrees, a
20  master's or anything like that?
21   A  No. It's pending. I'm working on
22  it.
23   Q  What are you working on?
24   A  Master's.

**Page 8**

1    Q  Where?
2    A  Lewis.
3    Q  For health care?
4    A  No. Criminal justice.
5    Q  Okay. And that's Lewis in Lockport?
6    A  No. Romeoville.
7    Q  Romeoville.
8        Why did you stop being a
9  licensed funeral director?
10   A  Financial reasons.
11   Q  Okay. And a sales rep -- who was
12  your supervisor at Gatling's?
13   A  We had several. Rita Joiner.
14   Q  J-o-i-n-e-r?
15   A  Um-hum.
16   Q  Is she still there?
17   A  Don't know.
18   Q  And who was your supervisor at
19  McDougal?
20   A  Motley, Donna.
21   Q  And McDougal, is that like a book
22  store?
23   A  Um-hum, books.
24   Q  So people would walk in off the

Page 9

1 street and you sold books to them?
2  A  No, no. Textbooks.
3  Q  Textbooks for school?
4  A  Yes.
5  Q  For Northwestern?
6  A  No. Textbooks for high schools and
7 grade schools.
8  Q  And how did you sell the books?
9  A  Just on the phone.
10  Q  To the schools themselves?
11  A  Um-hum.
12  Q  That was a yes, correct?
13  A  Yes.
14  Q  All right.
15    And prior to becoming a police
16 officer -- if you have been a police officer for
17 six years, somewhere around 2002 is when you were
18 sworn in; correct?
19  A  Yes.
20  Q  And prior to that you went to the
21 Police Academy here in Chicago?
22  A  Yes.
23  Q  And that's for six months I think?
24  A  Six months.

Page 10

1  Q  And after you left the Police Academy
2 where was your first assignment?
3  A  22nd.
4  Q  22nd district?
5  A  Yes.
6  Q  What did you do at the 22nd district?
7  A  Just trained.
8  Q  How long did you stay in the 22nd
9 district?
10  A  It was for the three months.
11  Q  What did you do after that?
12  A  Traffic.
13  Q  Is that a specific district?
14  A  That would be one.
15  Q  The first district?
16  A  Right.
17  Q  When you say traffic what did you do
18 in traffic?
19  A  Traffic control downtown.
20  Q  Directed traffic? You directed
21 traffic?
22  A  Yes, directed traffic.
23  Q  Did you have a specific assignment or
24 was it depending on what was going on?

Page 11

1  A  Just traffic control.
2  Q  How long did you do that?
3  A  That was probably three months.
4  Q  Okay. So now we're up to about six
5 months. Where did you go from the first district?
6  A  To six.
7  Q  6th district.
8    And what did you do there?
9  A  It was a two-week refresher course.
10  Q  In?
11  A  Dealing with field training.
12  Q  Field training as to what?
13  A  The three months with the Academy.
14  Q  So after that two weeks where do you
15 go then?
16  A  Assigned to four.
17  Q  When you say field training, it was
18 just a general refresher course based on
19 everything you learned at the Academy?
20  A  Yes.
21  Q  So now you're in the 4th district.
22 What's your assignment there?
23  A  Just assigned to the 4th district.
24  Q  What do you do there?

Page 12

1  A  Patrolman.
2  Q  Do you have a car? Do you walk a
3 beat?
4  A  I have a car.
5  Q  Do you walk anymore?
6  A  We walk.
7  Q  I don't mean you don't walk. I mean
8 without a car.
9  A  I know what you mean.
10  Q  Nobody walks...
11  A  Yes, they do. Oh, they do.
12  Q  So patrolman. You have a car. How
13 long does that last in the 4th district -- you're
14 a patrolman. How long do you stay in that
15 position?
16  A  About four years as a patrolman.
17  Q  And where do you go from there?
18  A  To the tactical unit.
19  Q  And that's where you are now?
20  A  Yes.
21  Q  As a patrolman in the 4th district
22 did you have any specialized training, handle any
23 special types of cases or anything like that?
24    MR. SELMER: Objection. Vague.

Page 13

1  MR. OGUS: Q Do you understand my
2  question?
3  THE WITNESS: A Can you rephrase it.
4  Q Did you have any specialized training
5  while you were in the 4th district to handle any
6  special types of cases?
7  A No.
8  MR. SELMER: Objection. Vague.
9  MR. OGUS: Q Now you're in the tactical
10 unit. How do you get -- do you volunteer? Are
11 you assigned? Do you ask for a transfer to the
12 tactical unit from the 4th district? How does
13 that occur?
14 THE WITNESS: A Interest -- I'm interested
15 and was chosen.
16 Q How do you let someone know you're
17 interested?
18 A I'm sorry?
19 Q Do you see something on a bulletin
20 board and say I'm going to apply for that? Do you
21 call somebody?
22 How do you let the person who's
23 going to select you know your interested?
24 A Oh, just verbal interest.

Page 14

1  Q What kind of duties were they looking
2  for when you transferred to the tactical unit?
3  MR. SELMER: Objection. Speculation and
4  foundation.
5  MR. OGUS: You can answer.
6  MR. SELMER: To the extent that you know.
7  THE WITNESS: Can you rephrase it.
8  MR. OGUS: Q I'll go back a second.
9  You learned somehow that there
10 was an opening in the tactical unit?
11 THE WITNESS: A Yes.
12 Q And you applied for that?
13 A Yes.
14 Q You expressed your interest in that?
15 A Yes.
16 Q Okay. How did you know what they
17 were looking for in the tactical unit?
18 MR. SELMER: Objection. Speculation and
19 foundation.
20 MR. OGUS: You can answer.
21 MR. SELMER: Calls for speculation.
22 MR. OGUS: You can answer.
23 THE WITNESS: A I don't know what they
24 were looking for.

Page 15

1  MR. OGUS: Q What did you -- what did they
2  tell you your responsibilities might be in the
3  tactical unit if you came over?
4  MR. SELMER: Objection to the extent it
5  assumes facts not in evidence.
6  Maybe they didn't tell her
7  anything.
8  MR. OGUS: Maybe they didn't, and she'll
9  answer that.
10 No talking objections.
11 You can proceed. Please answer
12 the question.
13 THE WITNESS: A They didn't tell me
14 anything.
15 MR. OGUS: Q You were in the 4th district
16 as a patrolman. You were happy with that spot?
17 A Yes.
18 Q And you made a decision to transfer
19 to the tactical unit, correct?
20 A Yes. I showed interest.
21 Q What caused you to show interest in
22 the tactical unit? What did you know about it
23 that made you show interest?
24 A The perks.

Page 16

1  Q What were the perks?
2  A The hours.
3  Q What were the hours?
4  A Other than midnights.
5  Q Other than midnights?
6  A Right.
7  Q So in the 4th district as a patrolman
8  you were on the midnight shift?
9  A Um-hum.
10 Q Yes?
11 A Yes.
12 Q Wouldn't that have changed at some
13 point? Don't you rotate through the other shifts?
14 MR. SELMER: Objection. Speculation and
15 foundation.
16 MR. OGUS: You can answer until he tells
17 you not to answer.
18 MR. SELMER: If you know.
19 THE WITNESS: Can you rephrase it.
20 MR. OGUS: Q Sure.
21 Wouldn't you have at some point
22 rotated to a different shift where you wouldn't
23 have worked midnights as a 4th district patrol
24 officer?