### Page 17

1  MR. SELMER: Objection. Calls for
2  speculation.
3     THE WITNESS: A Don't know.
4     MR. OGUS: Q So you can -- as a 4th
5  district patrol officer you would have stayed
6  forever on the midnight shift?
7     MR. SELMER: Objection. Mischaracterizes
8  her testimony. Asked and answered.
9     MR. OGUS: Q Did you believe -- it hasn't
10 been answered. I'll ask it again.
11    Did you believe, while you were
12 a 4th district patrolman, that your shift would
13 never change from the midnight shift?
14    THE WITNESS: A No, I did not believe that
15 it would never change.
16  Q  Okay.
17    Did you have any idea of when
18 your shift might change from the midnight shift to
19 some other shift?
20  A  I'm sorry. Can you restate the
21 question.
22  Q  When you were in the 4th district
23 working midnight shift is there a time period
24 where you can't change your shift or where you

### Page 18

1  know, gee, it's going to be another ten years
2  before I get off this midnight shift?
3     Did you have any idea when you
4  might be getting off that midnight shift while you
5  were in the 4th district?
6  A  It requires a bid.
7  Q  Okay. And everybody bids because
8  everybody wants to get off the midnight shift. Is
9  that fair to say?
10    MR. SELMER: Objection. Speculation.
11    THE WITNESS: A I can't speak for
12 everybody else.
13    MR. OGUS: Q You wanted off that shift.
14 Did you bid on getting off that shift?
15  A  No.
16  Q  Why not?
17  A  Because -- I mean, as far as my
18 understanding, it requires ten years.
19  Q  Okay. We could have gotten to that
20 answer seven questions ago.
21    Okay. So you decided that the
22 fastest way or the best way off the midnight shift
23 was to move to a different unit, which would be
24 the tactical unit. Is that fair to say?

### Page 19

1  A  No, it's not.
2  Q  What's wrong with what I just said?
3  A  Because it's a perk.
4  Q  Were there any other perks in that
5  unit that made you feel it was desirable or that
6  you expressed interest in?
7  A  Worked with a team.
8  Q  Didn't you work with a team as a
9  patrolman?
10 A  No.
11 Q  You didn't?
12 A  I worked with a partner.
13 Q  Okay. What -- strike that.
14    When you expressed interest in
15 the tactical unit did you have any idea what kind
16 of duties you would be doing in that unit before
17 you actually come over?
18 A  Well, from my understanding dealing
19 with the tactical unit, it's basically you're --
20 you're a patrol -- I mean you're -- we patrol the
21 area in regards to citizen complaints.
22 Q  Okay. When you're in the tactical
23 unit is there a specific district you're assigned
24 to?

### Page 20

1  A  4th district.
2  Q  Okay. So you are moving from 4th
3  district patrolman to the 4th district tactical
4  unit. That's what you were expressing interest
5  in, correct?
6  A  Yes.
7  Q  And you said, as you understood your
8  duties, you were going to go around the district
9  and listen to citizen complaints?
10    MR. SELMER: Objection. Mischaracterizes
11 her testimony.
12    MR. OGUS: Q Is that what you said?
13 A  No, that's not what I said.
14 Q  What did you say?
15 A  I said from my understanding we
16 basically -- it's more citizens' complaints, more
17 of a direct involvement in patrolling.
18 Q  Direct involvement than patrolling?
19 A  Direct involvement in patrolling.
20 Q  Meaning that citizens make complaints
21 and it somehow filters down to you that there's a
22 problem in some area, and you're assigned to take
23 care of that problem?
24 A  Yes.

Page 21

Q Okay. Did you know when you expressed interest what the problems would be in that district?
A Well...
MR. SELMER: Objection. Vague as to problems.
MR. OGUS: You still get to answer it until he tells you not to answer it.
Do you want the question again?
THE WITNESS: Yes, the question again.
MR. OGUS: Q I'll ask it again.
Did you have any understanding of what the citizens' complaints might be in that 4th district that you would be working on?
This is before you started.
THE WITNESS: A Complaints that come just -- just everyday complaints.
Q I know, but do you have any specific examples? Drug offenses, drug activities, gangs, spousal abuse?
Did you have any understanding of what kind of things you'd be working on when you expressed interest?
A From my understanding, the tactical

Page 22

unit usually deals with narcotics, guns and prostitution.
Q Okay. And as a tactical -- as a patrol officer did you deal with narcotics cases?
A Yes.
Q And did you deal with gun cases?
A Yes.
Q And did you deal with prostitution cases?
A Yes.
Q Okay.
Okay. Now you come over to the tactical unit. How many people are in this unit?
MR. SELMER: Objection. Foundation, speculation.
THE WITNESS: A Unit as far as the whole unit?
MR. OGUS: Q Yes.
A Just my team, or what are you asking?
Q Let's start with the whole unit.
A The...
MR. OGUS: Let's go off the record.

(Discussion held off the record.)

Page 23

MR. OGUS: Q Let's go back a second.
You've been in the tactical unit about a year, year and a half, something in that neighborhood?
THE WITNESS: A Yes.
Q Has your assignment always been the same in the tactical unit?
MR. SELMER: Objection. Vague as to assignment.
THE WITNESS: A I mean...
MR. OGUS: Q What's your assignment now?
A My assignment is usually narcotics, guns and prostitution.
Q Okay. All right. Let's go back then.
The entire tactical unit, how many people, officers, supervisors, are in the unit?
A I don't know exactly. Around about -- roundabout, 50.
Q 50?
A Um-hum.
Q And the unit is subject divided in to teams, is that correct?

Page 24

A Yes.
Q And how many people are in your team -- how many people were in your team when you first joined tactical unit?
A Ten.
Q Okay. How many of those ten are officers like yourself, patrolmen?
A All of them.
Q Is there a supervisor within that unit -- within that team?
A Yes.
Q Is he a patrolman too?
A Yes.
Q So there's ten patrolmen, one of whom is somehow made a supervisor; correct?
A Yes.
Q Okay. Are the same ten people in your team now as when you started?
A No.
Q Okay. Now is a team broken up -- let's start with a unit. Then we'll get down to the team.
Unit has about 50. Team has about ten. Is there a smaller subdivision in the

Page 25

1 team?
2  A  No.
3  Q  Now the team is -- goes on
4 assignments together as a team?
5  A  Yes.
6  Q  Okay. And are all those team members
7 on the same shift at all times?
8  A  No.
9  Q  So if someone is on -- you're on the
10 midnight shift -- let me strike that.
11      Tactical unit, when you began
12 there what shift did you work on?
13  A  Our shift rotates.
14  Q  Okay. So sometimes you're on the
15 midnight shift?
16  A  No.
17  Q  What does it rotate from?
18  A  It's days and then afternoons.
19  Q  Days meaning what hours to what
20 hours? What hours do you work?
21  A  From ten to six.
22  Q  Okay. And that's the days. And --
23 you said evenings?
24  A  I'm sorry.

Page 26

1  Q  What did you call the other shift?
2  A  Afternoons.
3  Q  Afternoons. Afternoons is what?
4  A  6:00 to 2:00.
5  Q  6:00 to?
6  A  6:00 to 2:00 p.m.
7  Q  So let's say for example -- it
8 rotates back and forth every month, every three
9 weeks? How does it rotate?
10  A  28 days.
11  Q  So 28 days you're on the day shift
12 and 28 days you're on the afternoon shift,
13 correct?
14  A  Yes.
15  Q  And the ten people on your team, do
16 they rotate with you from days to afternoons?
17  A  The ten people that's on my team,
18 yes, they rotate.
19  Q  So the ten of you all work the same
20 shift while you're on the same team, correct?
21  A  Yes.
22  Q  But you may have different days off?
23 Do you have different days off?
24  A  No.

Page 27

1  Q  So when one member of the team is off
2 the other member of the team is off?
3  A  Yes.
4  Q  Okay.
5      Now as a member of this team on
6 the tactical unit describe for me some of your
7 duties as to narcotics. Do you set up stings,
8 decoys, do you just drive the street?
9      Tell me what your typical
10 duties would be as to narcotics.
11  A  Typical duties would be just to watch
12 and just address the narcotic problems.
13  Q  How do you watch as a ten-member team
14 is my question really.
15  A  We patrol the area.
16  Q  But you don't all patrol together,
17 right?
18  A  No.
19  Q  How many people do you patrol with
20 while you're on the tactical unit team dealing
21 with narcotics?
22  A  Can you repeat it.
23  Q  Sure.
24      How many people do you patrol

Page 28

1 with as a member of the team in the tactical unit
2 while you're dealing with a narcotics issue?
3  A  As far as my team, I patrol with my
4 partner.
5  Q  Okay.
6  A  The team is out there, yes.
7  Q  But you're in a car with a partner?
8  A  Yes.
9  Q  That's basically the same thing you
10 did as a patrol officer, correct?
11  A  Yes.
12  Q  And you're driving through the
13 district looking for drug sales --
14  A  Yes.
15  Q  -- Drug houses, correct?
16  A  Looking for drug sales.
17  Q  And you have gotten information about
18 certain things and you're looking for certain
19 targets. Would that be fair to say?
20  A  Yes.
21  Q  You're driving by specific houses,
22 specific lots, looking to see what's going on;
23 right?
24  A  Yes.

## Page 29

1  Q  As part of that team, the tactical
2  unit, do you ever go undercover for narcotics?
3      MR. SELMER: I'm going to object to the
4  extent it calls for confidentiality and it is
5  irrelevant.
6      MR. OGUS: I'm not asking who she arrested
7  or anything like that. There's no confidentiality
8  here.
9      MR. SELMER: You're asking if she goes
10  undercover.
11      MR. OGUS: She's an undercover in this
12  case.
13          Either direct her not to answer
14  or let her answer the question. It's a very fair
15  question.
16      MR. SELMER: You can see my frustration
17  with the question.
18      MR. OGUS: I can see your frustration. I
19  don't understand your frustration.
20      MR. SELMER: Why do you need to know
21  whether or not she's an undercover narcotics
22  agent?
23      MR. OGUS: I told you why. If you can't
24  understand it, that's not my problem.

## Page 30

1          Can you answer the question or
2  do you need me to repeat it?
3      THE WITNESS: A I'm not undercover.
4      MR. OGUS: Q So you never pose as a buyer
5  or seller or anything like that?
6      A  With the tactical team?
7      Q  Yes.
8      A  The tactical unit, no.
9      Q  Okay.
10      A  I am never undercover.
11      Q  Okay.
12      MR. SELMER: For narcotics?
13      THE WITNESS: For narcotics.
14      MR. OGUS: Q And as to guns, when you're a
15  member of the tactical unit and a team member of
16  the tactical unit when you're dealing with gun
17  issues, are you looking for people selling guns or
18  searching houses for guns that you have tips on,
19  things like that?
20      THE WITNESS: A We get complaints from the
21  citizens, and we address the complaints dealing
22  with guns.
23      Q  In addressing those complaints from
24  citizens dealing with guns do you ever pose as a

## Page 31

1  buyer or a seller of guns?
2      A  No.
3      Q  Okay.
4          And you also hear complaints
5  from citizens about prostitution, correct?
6      A  Yes.
7      Q  And citizens might tell you there's a
8  specific area where a lot of prostitution is going
9  on, correct?
10      A  Yes, complaints from the citizens.
11      Q  Okay. And do you go undercover and
12  pose as a prostitute as a team member of the
13  tactical unit?
14      A  Yes.
15      Q  So to make sure I get this right, the
16  only place -- of the three types of duties in the
17  tactical unit, narcotics, guns and prostitution,
18  the only one that you go undercover for is
19  prostitution; correct?
20      A  Yes.
21      Q  Okay.
22          And how long have you been
23  going undercover as a prostitute on this team on
24  the tactical unit? Is that from basically the

## Page 32

1  beginning?
2      A  From the beginning -- after the first
3  six-month period.
4      Q  So let's say approximately for the
5  last year you've been doing those undercover
6  duties as a prostitute?
7      A  No.
8      MR. SELMER: Objection. Mischaracterizes
9  her testimony.
10      MR. OGUS: Q What's wrong -- how long has
11  it been if it's not a year?
12          I thought you said you were a
13  year and a half in the unit, and you said not for
14  the first six months. My subtraction of six
15  months from a year and a half gets us to a year.
16  So what's wrong with my subtraction?
17      A  I'm sorry?
18      Q  I'll ask it a different way.
19          How long from day -- today is
20  July 3, 2008. How long have you been acting --
21  can we call it an undercover decoy? Is that fair
22  to say?
23          As to prostitution cases. How
24  long have you been doing those cases?