Page 33

1  A  From -- six months from when I
2  started.
3  Q  From when you started as a police
4  officer or in the tactical unit?
5  A  In the tactical unit.
6  Q  So if you started in the tactical
7  unit about a year and a half ago, that would mean
8  you've been doing it about a year; correct?
9  A  Yes.
10  Q  So if today is July 3rd, that gets us
11  to July 3rd of 2007; correct?
12  A  I started back in May.
13  Q  Okay.  May of 2007 is when you first
14  started acting in an undercover capacity as to
15  prostitution cases, correct?
16  A  Um-hum.
17  Q  Yes?
18  A  Yes, that's correct.
19  Q  And when you began that did you get
20  any training as to how to do that?
21  MR. SELMER:  Objection.  Vague.
22  THE WITNESS:  A Training as far as...
23  MR. OGUS:  How to act, what to do, where to
24  go, what the rules were, what the law was.  You

Page 34

1  tell me.
2  A  It's part of being a patrolman.  I
3  mean...
4  Q  The first night you went out as a --
5  or first shift -- the first time you went out as
6  an undercover decoy, okay?
7  A  Um-hum.
8  Q  What were you told to do?
9  A  I was told to address a problem
10  dealing with prostitution.
11  Q  Okay.  And how were you going to
12  address that problem?
13  A  As an undercover.
14  Q  And what were you going to do?
15  This deposition can go for
16  hours if I have to ask each question word by word.
17  I'm just letting you know now.
18  Go ahead.
19  A  It required me to address the problem
20  dealing with the prostitution as an undercover
21  cop.
22  Q  And how did you do that?
23  A  As far as -- I mean how...
24  Q  Did you pose as an undercover -- did

Page 35

1  you pose as a prostitute?
2  A  Yes.
3  Q  Again, that's what I asked about
4  seven questions ago.
5  Okay.  We'll take it one at a
6  time.  How did you do that as a prostitute -- how
7  did you pose as a prostitute?
8  A  Meaning?
9  Q  Meaning did you dress a certain way?
10  Did you act a certain way?  Did you go to a
11  certain area?  Did you say certain things?
12  Meaning anything, whatever you
13  were trained to do to act as a prostitute.  What
14  did you do?
15  A  We addressed the complaints dealing
16  with the prostitution.
17  Q  Let's go back...
18  A  Yes, I was dressed as an undercover
19  cop -- I mean as an undercover prostitute.
20  Q  Okay.
21  A  What was I wearing?
22  Q  Yeah.  What did you typically wear?
23  A  I had a long, black, luxurious wig
24  with a fitted gray top, tight blue jeans, with the

Page 36

1  thong showing in the back, cleavage showing -- not
2  too much.  I do have respect for myself.  Make
3  sure the breasts was lifted, stood out.  Had on
4  some pumps.
5  Q  Was that the basic attire you wore
6  every time you did that?
7  A  Not every time.
8  Q  But -- when you didn't wear that
9  attire what else -- what was the difference?
10  A  I'm sorry?
11  Q  I asked you if you wore that type of
12  attire every time.  You said no, not every time.
13  So the times you didn't wear
14  that attire what was the difference?
15  A  As far as work?
16  Q  As far as being an undercover
17  prostitute, what different types of attire did you
18  wear?
19  A  Oh.  I always made sure that it was
20  seductive, you know.
21  Q  Was it always that you were wearing
22  pumps?
23  A  No, not always.
24  Q  When you didn't wear pumps what did

Page 37

1 you wear?
2    A  Flip-flops, gym shoes.
3    Q  Okay. Now these pumps, flip-flops
4 and gym shoes, you bought them at a regular store,
5 a shoe store? You bought them at a regular shoe
6 store?
7    A  Yes.
8    Q  Okay. You didn't buy them at a store
9 that specializes in selling clothes for
10 provocative wear or anything like that, correct?
11    A  No.
12    Q  And the pumps, the flip-flops and the
13 gym shoes are all the -- the types that you wore,
14 they're all worn by woman who go to work, who do
15 all kinds of different things and who are not
16 prostitutes. Is that fair to say?
17    MR. SELMER: Objection. Speculation.
18    THE WITNESS: A No, not always.
19    MR. OGUS: Q Do you wear flip-flops in
20 your private life?
21    A  Yes.
22    Q  Do you wear gym shoes in your private
23 life?
24    A  Yes.

Page 38

1    Q  Do you wear pumps in your private
2 life?
3    A  Yes.
4    Q  What's different of any of the three
5 types of shoes that you wore as an undercover
6 prostitute from what you would wear in your normal
7 everyday private life?
8    A  The difference is what you wear with
9 it.
10    Q  We'll get to each one of the things.
11 I'm starting from the toes up.
12    Okay. Let's work on the toes.
13 From the feet up, are any of those shoes any
14 different than what you would wear in your private
15 life?
16    MR. SELMER: Objection. Asked and
17 answered.
18    She said the difference is what
19 you would wear with it.
20    MR. OGUS: And I'm asking about the shoes
21 only.
22    You can answer.
23    MR. SELMER: Objection. Asked and
24 answered.

Page 39

1    THE WITNESS: A The difference is what you
2 wear with it.
3    MR. OGUS: Q The pumps that you wore as a
4 undercover, do you own them?
5    A  Yes.
6    Q  Have you worn them -- those exact
7 shoes in your private life?
8    A  Yes.
9    Q  The flip-flops that you wore
10 undercover, have you worn those shoes in your
11 private life?
12    A  Yes.
13    Q  And the gym shoes you wore in your --
14 as an undercover hooker -- undercover decoy, do
15 you wear them in your private life?
16    A  Yes.
17    Q  Okay. Now let's move on to -- I
18 believe you said tight jeans, is that correct?
19    We're going up now.
20    A  Yes.
21    Q  The tight jeans, do you own those
22 jeans?
23    A  Yes.
24    Q  Do you wear those jeans in your

Page 40

1 private life?
2    A  Yes.
3    Q  The type of blouse that you wear, was
4 that your blouse?
5    A  Yes.
6    Q  Do you wear that blouse in your
7 private life?
8    A  Yes.
9    Q  Do you wear it in the same manner in
10 which you wore it as an undercover decoy?
11    A  No.
12    Q  What's the difference?
13    A  The blouse was tied up in the back --
14    Q  Okay.
15    A  -- Showing my stomach.
16    Q  Okay. And that's the only difference
17 in the blouse, that it was tied up in the back?
18    A  And showing the stomach.
19    Q  Right.
20    So instead of buttoning it all
21 the way down, the bottom buttons are open and you
22 tie it in the back. Is that fair to say?
23    A  No. It doesn't have buttons on it.
24    Q  I'm not a women's fashion person.

Page 41

1  A  I twisted it and made a knot in the
2  back.
3  Q  And you never wore your blouse like
4  that in your private life?
5  A  No.
6  Q  Have you ever seen women who are at
7  the beach wearing it like that?
8  A  Have I?
9  Q  Yes.
10  A  I don't -- I don't look at women like
11  that.
12      But, no. At the beach they
13  have on bikini tops and shorts.
14  Q  They're showing more than you would?
15  A  At the beach.
16  Q  Yeah. They're showing more than you
17  would on the street?
18  A  Yes.
19  Q  So you believe the way you wore your
20  blouse signifies that you are a prostitute?
21  A  Yes.
22  Q  And there's nothing else that you
23  believe that that signifies?
24  A  Well...

Page 42

1  MR. SELMER: Objection. Form of the
2  question.
3  THE WITNESS: Can you restate it.
4  MR. OGUS: Q Sure.
5      Do you know that any person
6  seeing you wearing that blouse the way you wore it
7  would say that's a prostitute?
8  MR. SELMER: Objection to the extent it
9  calls for speculation.
10  THE WITNESS: A I don't know. No, I
11  can't -- I can't say what anyone else would think.
12  But I know...
13  MR. OGUS: Q That's what I'm asking, what
14  you know.
15  A  That with my top and a combination of
16  other things, yes.
17  Q  Again, I know you want to talk about
18  the combination. We'll get to the combination
19  things after we get to the individual parts.
20      Okay. The blouse itself, the
21  way it was worn, did you believe -- do you believe
22  that only prostitutes wear it that way?
23  MR. SELMER: Objection. Asked and
24  answered.

Page 43

1  MR. OGUS: Q Do you understand the
2  question?
3  THE WITNESS: A Yes, I understand. Can
4  you repeat it.
5  MR. OGUS: Nick, I think I got it right the
6  first time. So why don't you repeat it.
7
8      (Question read.)
9
10  MR. SELMER: Same objection.
11  THE WITNESS: A No, I can't -- I can't say
12  that that's what -- that that's the way
13  prostitutes wear it.
14  MR. OGUS: Q As a matter of fact, wouldn't
15  it be fair to say -- have you seen prostitutes
16  working on the street?
17  A  Yes, I have.
18  Q  Do all of them wear their blouses
19  tied up in the back?
20  A  Prostitutes wear their blouses
21  different ways.
22  Q  And the question was not whether they
23  wear it different ways, but do they all wear it
24  tied up in the back the way you were wearing it?

Page 44

1  A  No, they all don't.
2  Q  Do they wear it sometimes tucked in
3  to their pants showing no belly?
4  A  I can't recall.
5  Q  You can't recall if you've ever seen
6  a prostitute wearing -- showing no belly?
7  A  It depends on the circumstances.
8      If it's cold outside, yes,
9  they're going to have it tucked in. But during
10  the summer...
11  Q  If it's cold out...
12  MR. SELMER: She's answering...
13  MR. OGUS: She answered...
14  MR. SELMER: She's still answering.
15  MR. OGUS: I'm sorry.
16  THE WITNESS: A If it's summer, they're
17  going to show some skin.
18  MR. OGUS: Q In the winter -- did you wear
19  this blouse in the winter?
20  A  No.
21  Q  In the winter when you were acting
22  undercover were you showing your belly?
23  A  No.
24  Q  Okay. We talked about your shoes,

## Page 45

1 the jeans and the blouse.
2   Was there anything else about
3 the way you wore the blouse or the jeans or the
4 shoes that made it -- that you believe made it
5 look like you were a prostitute?
6   Anything else about the shoes,
7 the jeans and the blouse? Did the jeans have a
8 special slogan on them or anything like that?
9 Were they low riders so that parts of you were
10 showing?
11   Anything else about the shoes,
12 the jeans and the blouse?
13   A  Yes. The jeans, yes, they were low
14 risers.
15   Q  Okay.
16   A  Fitted.
17   Q  Fitted?
18   A  Tight to the skin.
19   Q  Okay. And, again, low risers -- you
20 bought these jeans in a regular jeans store -- a
21 regular clothing store, correct?
22   A  Yes.
23   Q  You've seen women walking down the
24 street wearing these low risers and fitted jeans,

## Page 46

1 right?
2   A  Yeah.
3   Q  You don't believe they're all
4 prostitutes, is that fair to say?
5   A  Yes, it's fair to say I don't believe
6 that they're prostitutes.
7   Q  Anything else about the blouse other
8 than it was tight in the back -- tight and tied up
9 in the back that made it look like you were a
10 prostitute?
11   MR. SELMER: In addition to what she
12 already testified?
13   MR. OGUS: I said the blouse. About the
14 blouse specifically.
15   MR. SELMER: I want to make sure. Is it
16 anything in addition to what she's already
17 testified?
18   MR. OGUS: I'm asking about the blouse
19 itself.
20   MR. SELMER: And she said it was the
21 combination.
22   MR. OGUS: We got that five times. You
23 said it five times -- she said it five times.
24   THE WITNESS: A  Again, it's the

## Page 47

1 combination of everything.
2   MR. OGUS: Q  It's a pull-up top?
3   A  Yes, no buttons.
4   Q  Is it a long sleeve or short sleeve?
5   A  Short sleeve.
6   Q  How high up the neck does it go?
7   A  It's at the collar.
8   Q  What are you wearing over the blouse?
9   A  Nothing.
10   Q  So someone walking down the street
11 while you're an undercover officer would see that
12 you're wearing shoes, tight jeans and a blouse;
13 correct?
14   MR. SELMER: Objection. Speculation.
15 Incomplete hypothetical.
16   THE WITNESS: A  What is your question?
17   MR. OGUS: Q  My question is are you
18 wearing anything other than the three types of
19 shoes you mentioned, the tight jeans and the
20 blouse that someone would see.
21   MR. SELMER: At what point in time are we
22 talking about?
23   MR. OGUS: As your typical attire as an
24 undercover prostitute.

## Page 48

1   MR. SELMER: Objection. Speculation.
2 Incomplete hypothetical. Vague.
3   THE WITNESS: A  At what point in time?
4   MR. OGUS: Q  During your typical -- during
5 the typical last year.
6   Let's leave out the winter.
7 Let's leave out cold weather. Let's call it
8 warmer weather, spring, summer. Okay?
9   A  At what point of time?
10   Q  Meaning?
11   A  On the job?
12   Q  Yes, on the job.
13   On the job -- I assume that
14 you're only an undercover prostitute on the job --
15   A  All right.
16   Q  -- So...
17   A  Are we talking about this case?
18   Q  We're talking about typical.
19 Typical, that means daily, normal.
20   Do you normally wear a hat? Do
21 you normally wear earrings? Do you normally wear
22 something else?
23   That's what I want to know.
24   A  As undercover?