Page 49

1 Q Yes.
2 I'm not talking about your
3 personal life. I don't really care too much about
4 your personal life.
5 A It depends on the weather.
6 Q Let's say it's a nice warm day, okay,
7 summer-ish, July-ish.
8 Anything other than shoes,
9 tight jeans and a blouse that a person walking
10 down the street would see that you're wearing?
11 A The thong and the long black wig.
12 Q Were you wearing a hat?
13 A No.
14 Q A long wig. Was it a blond wig?
15 A Black.
16 Q Your regular color hair is black too?
17 A It's brown.
18 Q What about this black wig makes you
19 believe that people would think you're a
20 prostitute?
21 A It's just long.
22 Q Okay. So anybody who's wearing a
23 long wig, it's more likely that they're a
24 prostitute? Is that your belief?

Page 50

1 MR. SELMER: Objection. Argumentative.
2 MR. OGUS: Okay.
3 THE WITNESS: A No.
4 MR. SELMER: Form of the question.
5 MR. OGUS: Go ahead. You were answering.
6 THE WITNESS: A No, that's not what I
7 believe. They can wear short hair, long hair, a
8 weave, curls.
9 It's the combination. It's how
10 you present yourself.
11 MR. OGUS: Q I asked you specifically
12 about the wig.
13 MR. SELMER: She's answering.
14 MR. OGUS: Q Is that your own personal
15 wig? Is that your own personal wig?
16 THE WITNESS: A What do you...
17 Q Did you buy it out of your own
18 personal money or did the police department pay
19 for it?
20 A Yes, I bought it.
21 Q So you own that wig?
22 A Yes.
23 Q Have you worn that wig in your
24 private life?

Page 51

1 A Have I...
2 Q Have you worn the wig off duty?
3 A Yes.
4 Q Okay. Other than the shoes, the
5 tight jeans, the blouse and the wig do you wear
6 anything else or do you do anything else to your
7 appearance that you feel makes you look like a
8 prostitute?
9 A Can you repeat the items.
10 Q The shoes, the tight jeans, the
11 blouse and wig.
12 MR. SELMER: Objection. She already stated
13 the cleavage and the thong.
14 MR. OGUS: Q That's what I want to get to
15 so I don't miss anything.
16 Cleavage. Let's talk about the
17 cleavage. Is it from this blouse that you show
18 cleavage?
19 THE WITNESS: A Once again, the top is
20 twisted in the back. So therefore I'm showing
21 skin.
22 Q Your belly?
23 A Yes.
24 Q Okay. Correct me if I'm an idiot or

Page 52

1 if I'm a male whatever, but cleavage to me means
2 breasts. Is that fair to say?
3 A Cleavage is skin.
4 Q Just skin?
5 A Skin being exposed.
6 Q That's why I want to make sure that
7 you and I are talking -- that we define things the
8 same way.
9 So when you say cleavage you're
10 talking about just skin itself?
11 A Um-hum.
12 Q Yes?
13 A Yes.
14 Q As part of this attire that you're
15 normally wearing are any portions of your breasts
16 exposed?
17 A No. The chest.
18 Q Is it exposed outside of your
19 clothing?
20 A No.
21 Q Okay. So your blouse covers your
22 entire upper portion, right?
23 A Yes, it does.
24 Q Is it a see-through blouse of any

### Page 53

1  type?
2      A   No.
3      Q   So no one could see if you're wearing
4  underwear or not wearing underwear or what type of
5  underwear it is, correct, top wise?
6      A   Upper.
7      Q   That's correct, nobody can see that?
8      A   No.
9      Q   And however you did mention the
10 thong, right?
11     A   Yes.
12     Q   And so these low riser jeans cause
13 your back to show part of the thong, is that fair
14 to say?
15     A   Yes.
16     Q   And this thong, once again, is it
17 something that you bought out of your own personal
18 money?
19     A   Yes.
20     Q   And have you worn this thong off
21 duty?
22     A   That particular thong, no.
23     Q   So none of the thongs you use to
24 portray yourself as a prostitute have you ever

### Page 54

1  worn off duty?
2      A   Can you repeat the question.
3      Q   None of the thongs you use to portray
4  yourself as a prostitute you've ever worn off
5  duty?
6      A   That particular thong is the only one
7  that I use for --
8      Q   Undercover?
9      A   -- Undercover.
10     Q   The thong that you were wearing when
11 you arrested Mr. Felder, that's the only thong you
12 use?
13     A   Yes.
14     Q   And the question is have you ever
15 worn that thong in your private life.
16     MR. SELMER: Objection. Asked and answered
17     THE WITNESS: A No.
18     MR. OGUS: Q And you bought that thong at
19 a regular department store that sells all kinds of
20 women's clothing and underwear, correct?
21     A   Yes.
22     Q   It's not a specialty store for police
23 officers?
24     A   No.

### Page 55

1      Q   It's not a special store for
2  prostitutes?
3      A   No.
4      Q   Okay.
5      MR. SELMER: Do they have those?
6      MR. OGUS: My next question was going to
7  be...
8      MR. SELMER: Where is that?
9      MR. OGUS: Q Let's go back. Have you ever
10 seen people -- women -- I should say women --
11 women walking down the street with those type of
12 jeans and their thong showing out of the back?
13     THE WITNESS: A Yes.
14     Q   Did you believe that they were
15 prostitutes?
16     A   No.
17     Q   The only thing that is showing --
18 there's nothing in the front that shows as to the
19 thong, right? It's only the back, right?
20     A   Yes, that's correct.
21     Q   And how much -- how many inches of
22 the thong would be showing, the thong to where the
23 jeans started?
24     A   I can't say inches, but there's a --

### Page 56

1  the strings are showing, and --
2      Q   The top...
3      MR. SELMER: Let her finish her answer.
4      THE WITNESS: A -- And there's a bow with
5  bells that you can see completely.
6      MR. OGUS: Q So the thong that you wear
7  has bells on it?
8      A   Yes.
9      Q   At the top?
10     A   No. Where the bow connects the bells
11 hang or the bells are at that position.
12     Q   Again, I'm not an expert on this.
13 But I would assume that the thong connects in
14 three parts, one from the bottom, going up and two
15 across?
16     A   Right.
17     Q   So where those three pieces meet
18 that's where the bells are?
19     A   That's where the bow is which
20 contains the bells.
21     Q   Does the bell make noise?
22     A   Yes, it does.
23     Q   So when you walk the bell makes
24 noise?

Page 57

1 A Yes.
2 Q How much noise does it make?
3 A Just a tingle.
4 Q Can you hear it from ten feet away?
5 MR. SELMER: Objection. Speculation.
6 MR. OGUS: Q I'm sorry. What was the
7 answer?
8 Can you hear it from ten feet
9 away?
10 MR. SELMER: Speculation. Incomplete
11 hypothetical.
12 THE WITNESS: A I guess it depends on
13 who's listening.
14 MR. OGUS: Q Okay.
15 MR. SELMER: That's a fair answer.
16 MR. OGUS: Q It's an absolutely fair
17 answer.
18 How big is this bell, an inch
19 long -- is it a circular little bell?
20 A It's a small little bell.
21 Q Less than a half inch?
22 A Yes.
23 MR. OGUS: About a half inch I'm showing,
24 (indicating). Is that fair, David?

Page 58

1 MR. SELMER: Sure.
2 THE WITNESS: A Yes.
3 MR. OGUS: Q Okay. Now if somebody sees
4 you from the front, they wouldn't see that bell;
5 right?
6 MR. SELMER: Objection. Speculation.
7 MR. OGUS: Q If I'm looking at you from
8 the front, could I see that bell if you were
9 wearing it today and you were wearing your thong
10 and your tight jeans the way you wore them as an
11 undercover police officer? Could I possibly see
12 that bell?
13 THE WITNESS: A It depends.
14 Q How could I see it from the front?
15 A If you have a mirror that's behind
16 me, you can see it.
17 Q Without a mirror, from my eyes could
18 I see that bell?
19 MR. SELMER: Objection. Speculation.
20 MR. OGUS: Q Do you think it's possible
21 for me looking straight at you to see the bell
22 that you might be wearing behind you if you were
23 posing as a prostitute? Do you think it's
24 possible?

Page 59

1 THE WITNESS: A No.
2 Q Okay.
3 A It's not possible --
4 Q Okay.
5 A -- From the front.
6 Q We can ask this question ten
7 different ways and spend three hours doing this,
8 or we can get out of here in an hour.
9 MR. SELMER: You're doing fine. Take your
10 time.
11 MR. OGUS: Take all the time you want.
12 Take all the time you want.
13 MR. SELMER: He's upset with me.
14 MR. OGUS: I'm never upset with David. I'm
15 only upset -- well, I'll strike that for the
16 record.
17 MR. SELMER: Yeah.
18 MR. OGUS: Q If someone is looking at you
19 from the front, could they see any of your thong,
20 like I'm looking at you now across the table?
21 MR. SELMER: This is asked and answered,
22 and it's speculation.
23 MR. OGUS: Q I asked about the bell. I
24 want to know if anyone could see any part of your

Page 60

1 thong.
2 I'm directly in front of you,
3 you're walking towards me. Could I see any part
4 of your thong?
5 MR. SELMER: Speculation.
6 THE WITNESS: A I don't know what anybody
7 could see.
8 MR. OGUS: Q Do you believe if someone --
9 if you are walking directly toward them, do you
10 believe they could see any part of your thong?
11 A I don't know.
12 MR. SELMER: Speculation.
13 MR. OGUS: Q You don't know?
14 THE WITNESS: A I don't know.
15 Q Okay. That's all you have to say.
16 So you believe that -- let's --
17 how about makeup? Anything about your makeup that
18 you believe indicates that you are a prostitute
19 while you were working?
20 A Makeup -- I didn't have makeup on.
21 Q Okay. Does -- the fact that you
22 don't have makeup on, does that make you believe
23 that that gives you a more prostitute like
24 appearance?

Page 61

1　MR. SELMER: Objection. Foundation.
2　　　Are you talking about on
3　Exchange Street?
4　MR. OGUS: Q I'm not talking about
5　Exchange Street.
6　　　You don't always work on
7　Exchange Street, right -- or did you -- as an
8　undercover officer?
9　THE WITNESS: A No.
10　Q So I'm just talking again -- until I
11　get to Exchange Street, until I start asking you
12　questions about the specific date and incident,
13　I'm talking about your customary policies as an
14　undercover prostitute.
15　　　Okay. So did you --
16　customarily did you wear makeup?
17　A On Exchange I did not wear makeup.
18　Q At other places did you wear makeup?
19　A As far as an undercover prostitute,
20　no.
21　Q Okay.
22　　　On -- did you wear a certain
23　type of jewelry which you thought made you look
24　like a prostitute, at any time, at any location

Page 62

1　while posing as an undercover prostitute -- or
2　posing as a prostitute?
3　A I can't recall.
4　Q Okay. So I just want to make sure
5　I've got them all.
6　　　Basically, the things you said
7　that made you believe that you were -- looked more
8　like a prostitute than a regular person would be
9　the type of shoes you wore, the type of jeans you
10　wore, the blouse and how it was worn, the wig, the
11　cleavage, meaning your belly, and the thong in the
12　back.
13　　　Is that fair to say? Did I
14　leave anything out?
15　MR. SELMER: Yes.
16　MR. OGUS: Tell me what I left out.
17　MR. SELMER: Breasts lifted and stood out.
18　MR. OGUS: Q How were the breasts
19　lifted -- is what Mr. Selmer said correct?
20　THE WITNESS: A Yes. The breasts were
21　lifted and stood out.
22　Q How did you accomplish that?
23　A With a bra.
24　Q Could you see the bra through your

Page 63

1　blouse?
2　A No.
3　Q Okay. The bra that you were wearing,
4　is that a bra that you personally owned?
5　A Yes.
6　Q Did you wear that bra in your private
7　life?
8　A Yes.
9　Q You bought that bra at a regular
10　department store, not a specialty store; correct?
11　A Yes.
12　Q And specifically what does that bra
13　do to make you believe that you look more like a
14　prostitute?
15　A The bra lifts the breasts, makes them
16　stand out and look firm.
17　Q Is it padded?
18　A Yes.
19　Q So it makes them look bigger?
20　A Yes.
21　Q Okay. So that's the same bra. It's
22　one padded, lifting bra; correct?
23　A Yes.
24　Q Anything other than the shoes, the

Page 64

1　tight jeans, the blouse as it's tied in the back
2　showing your belly, the black wig, the black long
3　wig, the cleavage of your belly, the thong and the
4　way the bra makes your breasts look? Anything
5　else that you do to make yourself look like a
6　prostitute?
7　A No, as far as I can recall.
8　Q Okay.
9　　　Now when you're going on these
10　undercover assignments -- let's take, for example,
11　July 12th, which is the day of the incident we're
12　talking about here, July 12, 2007.
13　　　Do you know a week before that
14　on July -- do you know on July 5th that on July
15　12th you're going to be doing this specific type
16　of assignment?
17　A No.
18　Q And how long before July 12th do you
19　get information that on July 12th you're going to
20　be acting as an undercover prostitute?
21　A It was a short notice.
22　Q That day, the day before...
23　A It wasn't that day.
24　Q Okay. The day before or something