Page 65

1 like that?
2   A  The day before.
3   Q  Okay. And the day before had you
4 also worked as an undercover -- the shift before
5 had you also worked as an undercover prostitute?
6   A  No.
7   Q  Do you remember what you were doing
8 the day before?
9   A  My regular duties as a tactical
10 officer.
11   Q  Well this was one of your regular
12 duties, right?
13   A  I'm sorry?
14   Q  This was one of your regular duties
15 as a tactical officer, being an undercover
16 prostitute; right?
17   A  Yes.
18   Q  But you don't remember which of your
19 other duties you were doing the shift before,
20 right?
21   A  No.
22   Q  Prior to July 12, 2007, do you
23 remember how many shifts it was before that you
24 had acted as an undercover prostitute?

Page 66

1       Was it a week, three shifts, a
2 month before...
3   A  Can you repeat it.
4   Q  Sure.
5       Prior to the July 12, 2007 --
6 July 12, 2007, that's when you arrested Mr.
7 Felder; correct?
8   A  Um-hum.
9   Q  Yes?
10   A  Yes.
11   Q  That's when you were acting as an
12 undercover prostitute, correct?
13   A  Yes.
14   Q  Prior to July 12th, prior to that
15 shift, when was the time -- when was the last time
16 you had worked as an undercover prostitute?
17   A  Zero.
18   Q  You had never done it before?
19   A  I'm sorry?
20   Q  You said zero.
21   A  Prior to July 12, 2007, yes.
22   Q  July 12, 2007 was the first day you
23 had ever worked as an undercover prostitute?
24   A  Yes.

Page 67

1   Q  Who -- how did you learn that you
2 were going to -- who told you -- either one or
3 take them together -- who told you or how did you
4 learn that you were going to come to work on July
5 12, 2007 and act as an undercover prostitute?
6   A  Supervisor.
7   Q  Who was that supervisor?
8   A  Sergeant Holt.
9   Q  Can you spell it?
10   A  H-o-l-t.
11   Q  And, Sergeant Holt, is he assigned to
12 the tactical team?
13   A  Yes.
14   Q  Okay.
15       Is he -- strike that. Let me
16 ask it a different way. My bad question. I
17 apologize.
18       Is he assigned to the tactical
19 unit or to your team within the unit?
20   A  Sergeant Holt is assigned to the
21 tactical unit.
22   Q  Okay. Is he the head of that
23 tactical unit?
24   A  No.

Page 68

1   Q  Who -- do you know who is the head of
2 that unit now -- or who was the head of that unit
3 on July 12, 2007?
4   A  You have chain of command.
5   Q  Who was Sergeant Holt's supervisor in
6 that tactical unit?
7   A  Richards.
8   Q  Okay.
9   A  Lieutenant Richards.
10   Q  Is Sergeant Holt still the sergeant
11 in that tactical unit?
12   A  No.
13   Q  He's gone?
14   A  Yes.
15   Q  Is Lieutenant Richards still the
16 lieutenant in that unit?
17   A  Yes.
18   Q  Okay. So on some day -- some day or
19 two or shift or two before July 12, 2007 Sergeant
20 Holt tells you that you're going to come to work
21 on July 12th and act as a prostitute; correct?
22   A  Yes.
23   Q  What else does he tell you about how
24 to act or what to wear?

Page 69

1  A  No, he doesn't tell me how to act;
2  and he doesn't tell me what to wear.
3  Q  So you make up the attire that you
4  are wearing all by yourself?
5  A  Yes.
6  Q  So you decide -- does he tell you --
7  what does he tell you -- you have this
8  conversation with Sergeant Holt where he explains
9  to you that you're going to be acting as an
10  undercover prostitute. What does he tell you
11  specifically?
12  A  I can't recall specifically what he
13  tells me. But he tells me that we're going to
14  have a prostitution sting.
15  Q  Does he tell you to wear your regular
16  going to church clothes?
17  A  No.
18  Q  Does he tell you what to wear in any
19  way?
20  A  No.
21  Q  Does he tell you to look more like a
22  prostitute or not?
23  A  No.
24  Q  So he just tells you you're coming --

Page 70

1  does he tell you to think about it, think about
2  what you're going to wear, make something up good,
3  anything like that?
4  A  No.
5  Q  He just leaves it up to you with no
6  explanation and no guidelines?
7  A  Yes.
8  Q  And he tells you what you're going to
9  be doing -- does he tell you what you're going to
10  be doing?
11  A  No.
12  Q  How do you learn what you're going to
13  be doing?
14  A  My experience as an officer -- I'm
15  well aware of what I need to do when dealing with
16  prostitution stings.
17  Q  How did you get that knowledge if you
18  had never worked as part of a prostitution sting
19  before?
20  A  The knowledge comes from training as
21  an officer.
22  Q  In the Academy?
23  A  Training as an officer just overall.
24  Q  Had you ever worked with a

Page 71

1  prostitution sting before?
2  A  I can't recall.
3  Q  So the information that you learned
4  about how to act and what the law required was
5  just day-to-day experience as a police officer,
6  correct?
7  MR. SELMER: Objection. Misstates her
8  testimony.
9  MR. OGUS: Q Correct?
10  THE WITNESS: I'm sorry. Can you repeat
11  that.
12  MR. OGUS: Nick, could you read it back.
13  
14  (Question read.)
15  
16  THE WITNESS: And can you repeat what you
17  said.
18  MR. SELMER: I said objection, misstates
19  her testimony.
20  THE WITNESS: I'm sorry. I need a break.
21  MR. OGUS: Okay. No problem.
22  Well let me just...
23  MR. SELMER: You have to answer the
24  question first.

Page 72

1  MR. OGUS: Yeah. I would say you have to
2  answer the question first, and then we'll take a
3  break.
4  THE WITNESS: What was...
5  MR. OGUS: Read it back one more time,
6  Nick.
7  
8  (Question read.)
9  
10  THE WITNESS: Can you rephrase that.
11  MR. OGUS: Q Do you not understand the
12  question?
13  THE WITNESS: A No, I understand it. I'm
14  just tired.
15  Q  I understand. We'll take a break as
16  soon as you answer the question.
17  A  Can you rephrase it.
18  Q  That's the question I want you to
19  answer.
20  A  I need it a fourth time. Can you
21  repeat it.
22  Q  Sure. I can repeat it all the times
23  you want.
24  A  Okay.

## Page 73

1  MR. OGUS: Nick, go ahead.
2
3       (Question read.)
4
5  THE WITNESS: A No, it's not just
6  day-to-day as an police officer -- it's not just
7  day-to-day experience as a police officer. It's a
8  combination of my training and experience as a
9  police officer.
10   Q  By the word "training" you mean the
11  Academy?
12  MR. SELMER: Let's take a break.
13  MR. OGUS: This is just a follow-up
14  question.
15  MR. SELMER: Then we'll take a break.
16  MR. OGUS: Q Training as in the academy --
17  you said your training and your day-to-day
18  experience. The training you're talking about --
19  I want to make sure we're talking about your
20  training at the academy and nothing else.
21  THE WITNESS: A Training just overall.
22   Q  On-the-job experience, correct?
23   A  Yes.
24   Q  But you used the words training and

## Page 74

1  on-the-job experience. So on the job is
2  experience -- did you have any training since --
3  specific classes or training about undercover
4  prostitution since you left the Academy?
5   A  No.
6  MR. OGUS: Okay. Now we'll take a break.
7  MR. SELMER: Okay.
8
9       (Short recess was had.)
10
11  MR. OGUS: Q I'm going to go back for a
12  second. There's something I forgot.
13       Have you ever been named as a
14  defendant in a lawsuit prior to this?
15  THE WITNESS: A No.
16   Q  Okay. So let's get to July 12, 2007.
17  You were working the 6:00 to 2:00 a.m. shift?
18   A  Yes.
19   Q  Okay. And when you were working the
20  6:00 -- what time did you get out on the street to
21  act as a prostitute?
22   A  I don't know exactly what time.
23   Q  Okay. I don't need to know exactly.
24  Was it 8:00 o'clock, 9:00 o'clock -- strike that.

## Page 75

1   What do you do before you go
2  out on the street?
3   A  Oh, we have role call.
4   Q  How long does that take?
5   A  About an hour.
6   Q  So now it's 7:00 o'clock, right, 7:00
7  p.m. about?
8   A  Yes.
9   Q  Okay. What do you do after that?
10   A  After the role call basically we go
11  out on the streets.
12   Q  While you're at role call are you
13  already dressed in your attire to be seen as a
14  prostitute?
15   A  Yes.
16   Q  Do you come to work in that outfit?
17   A  Yes.
18   Q  So you travel from your home to the
19  police station in that outfit?
20   A  No.
21   Q  Where do you change?
22   A  Locker room.
23   Q  So you didn't come to work in that
24  outfit?

## Page 76

1   A  Yes, I had the outfit on.
2   Q  You had the outfit on when you walked
3  in to the police station to report for work?
4   A  I had another T-shirt on top of it.
5   Q  Okay. All right.
6       The other T-shirt, it didn't
7  hide your wig; did it?
8   A  No.
9   Q  It didn't hide your tight jeans, did
10  it?
11   A  It was long.
12   Q  How long?
13   A  To the butt -- like at the thigh --
14  to the thigh.
15   Q  How about the cleavage and the bra,
16  did it cover that?
17   A  Yes.
18   Q  But you could still see the bra,
19  right?
20   A  No, you can't see the bra.
21   Q  That T-shirt caused the cleavage --
22  I'm sorry -- caused the padding on the uplifting
23  not to be seen?
24   A  It was concealed.

Page 77

Q Well it's concealed when it's under the first blouse, right?
A Yes.
Q And the second blouse -- the second T-shirt I think you said that you wore, did that conceal it more?
A The second T-shirt is not fitted.
Q Okay. So you can't see anything about the uplifting and the padding with the second T-shirt over it, correct?
A No, you cannot.
Q Okay.
Do you know how many arrests you made on July 12, 2007 for solicitation of a prostitute?
A I can't recall, but less than -- less than 13.
Q Why do you say less than 13? How do you come up with 13?
A Because I know that it wasn't more than 13.
Q Were you working with a partner or partners that evening?
A Yes, I was working with my partner.

Page 78

Q Who are your partners?
A My partner is Charlie Johnson.
Q Anybody else?
A My partners are my team.
Q When do you learn you're going to Exchange?
A The day before.
Q And do you know why Exchange was picked, why the location at Exchange was picked?
A Citizens' complaints of prostitution.
Q Had you driven by there to see if they were correct?
A It's a given.
Q What's a given?
A That Exchange is known for prostitution.
Q How did you know it was a given?
A Just working in the 4th district.
Q Did you see it? Were you told it? What did you know?
A As an officer working in the 4th district I am aware that Exchange is one of the streets that involves -- or that prostitution takes place, that there's a problem with

Page 79

prostitution.
Q And how did you learn of that? Did you see it yourself or did somebody else tell you that?
A As far as?
Q As far as knowing there's a problem at Exchange.
A I saw -- I see it.
Q Okay.
A I mean, you see the prostitutes.
Q And is it all day, all night, specific days, specific times of the day?
A It's all day.
Q And so you saw prostitutes acting -- real prostitutes acting as a prostitutes when you drove by that Exchange location, correct?
A When?
Q Any time prior to July 12, 2007.
A Yes.
Q Did you ever arrest any of those prostitutes?
A Yes.
Q Okay. And what did you arrest them for?

Page 80

MR. SELMER: Objection. Foundation. Who are we talking about?
MR. OGUS: The prostitutes that she arrested.
MR. SELMER: All of them?
MR. OGUS: Yes, all of them.
MR. SELMER: Well, I...
MR. OGUS: Q Were they all arrested for prostitution?
THE WITNESS: A Yes.
Q Did you overhear their conversations with the people that they were arresting -- I'm sorry. Strike that. Bad question.
Did you overhear their conversations that they had with the people that they were being solicited by?
MR. SELMER: Object to the form. Compound question and foundation.
THE WITNESS: A When? I mean...
MR. OGUS: Every time. Did you hear the conversation?
MR. SELMER: Objection. Compound question. Form of the question. Foundation.
MR. OGUS: David, as in every deposition I