Page 81

1  have had with you, you could have an objection to
2  every question no matter what and I --
3      MR. SELMER: That's a terrible...
4      MR. OGUS: -- I haven't heard her once say
5  she hasn't understood...
6      MR. SELMER: I have a valid objection.
7      MR. OGUS: You think you have a valid
8  question. Okay. You made your objection.
9          Answer the question.
10         Do you want it read again?
11     THE WITNESS: I need for you to -- when are
12 you referring to?
13     MR. OGUS: Q Let's go from one to the top.
14         On any single occasion when you
15 saw prostitutes on Exchange and you arrested them
16 did you hear what they said to the person who was
17 soliciting them?
18     THE WITNESS: A No, I didn't hear what
19 they said. It requires a further investigation.
20     Q  So you saw a woman having a
21 conversation with a man and you investigated it,
22 is that fair to say?
23     A  It depends on the circumstances.
24     Q  What other circumstances other than

Page 82

1  you see a man talking to a woman who you believe
2  to be a prostitute on Exchange? What else was
3  there? What other circumstances were there?
4      A  Where it occurred. I mean, it could
5  be on the street, it could be in an alley...
6      Q  If it's in an alley, does that make
7  it more likely that it's a prostitution situation?
8      A  Yes.
9      Q  And if it's on the street does that
10 make it -- if it's on the street does that make it
11 less likely that it's a prostitution situation?
12     A  No.
13     Q  Does it make it more or less likely
14 depending on where you are?
15     A  No, it doesn't.
16     Q  So it makes no difference whether --
17 one of the factors of whether or not you
18 investigate further has nothing to do with where
19 this exchange between this man and this prostitute
20 took place?
21     MR. SELMER: Objection. Mischaracterizes
22 her testimony.
23     MR. OGUS: I didn't say she testified to
24 that. I'm asking her a question.

Page 83

1      MR. SELMER: Well she already testified to
2  it.
3      MR. OGUS: Not once did she.
4          Go ahead.
5      THE WITNESS: A The arrest for
6  prostitution is based on the probable cause as far
7  as a further investigation when all the elements
8  are there.
9      MR. OGUS: Q Okay.
10     A  When the probable cause is there for
11 the arrest of prostitution.
12     Q  Before you arrest someone you don't
13 know what occurred, right?
14         You do an investigation. You
15 talk to the people. Right?
16     MR. SELMER: Objection. Foundation,
17 speculation, incomplete hypothetical, compound
18 question.
19     MR. OGUS: You still get to answer the
20 question. After David's done, take a breath, and
21 then you get to answer.
22     THE WITNESS: A You need to pinpoint the
23 question. What are you asking?
24     MR. OGUS: Q I'll ask you the question

Page 84

1  again.
2          You're driving down the street
3  in a police car acting as a patrol officer -- or
4  acting as an officer. You're not undercover. You
5  see a man and a woman on Exchange Street talking.
6          There are times when you get
7  out of the car and talk to the man and the woman
8  and you arrest either the man or the woman or both
9  of them, is that correct?
10     MR. SELMER: Objection. Incomplete
11 hypothetical, speculation, foundation.
12     MR. OGUS: Q I've going to lean back here
13 because we're going to be here a long time. I'll
14 take my coat off.
15         Can you answer the question?
16 Do you remember the question?
17     THE WITNESS: I need for you -- what is the
18 question?
19     Q  I asked it. Do you need it read
20 back?
21     A  It seems like it's more than one
22 question.
23     MR. OGUS: It's one question.
24         Nick, read it back.

## Page 85

1  (Question read.)
2
3  THE WITNESS: A The...
4  MR. OGUS: Q It's a yes or no. Is that
5  correct, yes or no.
6  MR. SELMER: If she can't answer it yes or
7  no, it's not a yes or no.
8  MR. OGUS: Then she can say that.
9      I'm tired of your talking
10 objections. The next time you make a talking
11 objection we'll go to the judge.
12 MR. SELMER: Then you'll have to explain to
13 the judge your questions.
14 MR. OGUS: That's right. So far your
15 client has not said she didn't understand the
16 question. Only you don't understand them. When
17 she asks me to rephrase it, I will do so.
18 MR. SELMER: She has asked you to rephrase
19 your questions.
20 MR. OGUS: And I have. So let's go on.
21 THE WITNESS: A As a police officer in the
22 4th district I'm well aware of the known
23 prostitutes in the area.
24 MR. OGUS: Q How do you know they're known

## Page 86

1  prostitutes?
2      A  From coming in to contact with them.
3      Q  Do they tell you they're prostitutes?
4      A  Yes.
5      Q  And you've arrested them as
6  prostitutes?
7      A  Yes.
8      Q  So every time you see one of these
9  known prostitutes talking to a man you get out of
10 the car and talk to them and investigate?
11     A  No, not every time.
12     Q  Why don't you get -- the times you
13 don't get out of your car why don't you get out of
14 your car?
15 MR. SELMER: Objection. Compound question.
16 THE WITNESS: Repeat the question.
17 MR. OGUS: Q The times you don't get out
18 of your car to talk to these people why don't you
19 get out of your car?
20 THE WITNESS: A Because I didn't see the
21 whole circumstances.
22     Q  The times that you do get out of your
23 car -- what's the difference that causes you to
24 get out of your car?

## Page 87

1      A  Because I've seen something.
2      Q  Like what?
3      A  An element.
4      Q  Like what?
5      A  The fact that she might be coming,
6  you know, off his lap.
7      Q  Okay. Anything else?
8      A  Just -- no. I mean, it's other...
9      Q  That's what I asked you. What are
10 the others?
11     A  I'm not -- I mean, like it's further
12 investigation, some things that I may see, some
13 information --
14     Q  No, no.
15 MR. SELMER: She's answering.
16 THE WITNESS: A -- Some information that I
17 get from the individual.
18 MR. OGUS: Q Before you get out of the
19 car -- and correct me if I'm wrong.
20     You get out of your car if you
21 see the women getting off his lap or, vice versa,
22 the man getting off her lap.
23     Anything else that causes you
24 to get out of your car to talk to these two people

## Page 88

1  that you see or hear before you get to them?
2      A  Blocking traffic or just causing an
3  obstruction of traffic.
4      Q  Anything -- other than him getting
5  off her lap, she getting off his lap or them
6  blocking traffic, is there anything else that
7  causes you to get out of your car and talk to
8  these two people?
9  MR. SELMER: Objection to the extent it
10 mischaracterizes her testimony.
11 THE WITNESS: What are you asking?
12 MR. OGUS: The question I just asked you.
13 Do you need it reread?
14 THE WITNESS: Go ahead. Repeat it.
15 MR. OGUS: Nick.
16
17     (Question read.)
18
19 THE WITNESS: A We can sit here all day
20 and just name a number of things.
21 MR. OGUS: Q That's what I want you to do.
22 Name the things.
23 MR. SELMER: I'm going to ask you not to
24 interrupt her when she's giving her answer.

DIGIOVANNI REPORTING, P.C. (312) 345-6360

Page 85 - Page 88

## Page 89

1  MR. OGUS: Sure. You're right. I am
2  sorry. I apologize.
3  THE WITNESS: A The elements of probable
4  cause --
5  MR. OGUS: Q I want...
6  A  -- To do a field investigation to see
7  what's going on.
8  Q  The question I'm asking you is what
9  causes you to get out of your car.
10     You named two things. I want
11  to know what other things...
12  A  If she's out there whistling, if
13  she's out there putting her ass in the street, you
14  know, to cause a car to pull over for her to hold
15  a conversation.
16  Q  Anything else?
17  A  Whatever it takes for her to pull the
18  vehicle over.
19  Q  What are those things?
20     What things did you see that
21  got you out of your car to talk to them?
22     You've named getting off the
23  lap. You named blocking traffic. You named her
24  whistling and calling the car over.

## Page 90

1     I want to know all the
2  things...
3  MR. SELMER: Knowing it's a prostitute in
4  the street or the alley?
5  MR. OGUS: She said there's a difference.
6  So you don't mischaracterize her testimony.
7     Go ahead.
8  MR. SELMER: I'm...
9  MR. OGUS: Q Go ahead. What other things?
10  THE WITNESS: A Just being on the street
11  or on the corner of a known area for prostitution.
12  Q  So the fact that it's a known
13  prostitute...
14  A  And those things are occurring.
15  Q  The things meaning she gets off his
16  lap, he gets off her lap, she calls a car, she
17  whistles -- I believe there was one more that I've
18  forgotten -- blocking traffic.
19     Other than those four things is
20  there anything that causes you to get out of your
21  car to investigate?
22  MR. SELMER: Sticks her butt out in traffic
23  too.
24  THE WITNESS: A At this point just --

## Page 91

1  basically, you know, you have an investigation
2  which shows the elements and with further
3  investigation you have the probable cause.
4  Q  I'm not asking you about the further
5  investigation. That comes after you get out of
6  your car, correct?
7     Correct?
8  A  Yes.
9  Q  I want to know what gets you out of
10  your car. We'll get to the further investigation,
11  and we'll get to the probable cause. I'm taking
12  them one step at a time.
13     What gets you out of your car
14  other than the things you mentioned?
15     Because you said -- correct me
16  if I'm wrong -- that even known prostitutes can
17  have conversations with people on the street,
18  right?
19  A  Right. Anything that's giving me a
20  reason to do a field investigation.
21  Q  And I want to know what things give
22  you a reason.
23  A  I've already given you some of the
24  reasons.

## Page 92

1  Q  And I don't want to know some of the
2  reasons. I want you to give -- I want to know all
3  of the reasons.
4  A  I can't give you all of the reasons.
5  Q  Would it be fair to say anything that
6  looks improper?
7  MR. SELMER: Objection. Vague.
8  MR. OGUS: Q I'll withdraw the question.
9     Now you're out of your car.
10  What do you do to investigate in a customary
11  situation?
12  THE WITNESS: A You ask questions.
13  Q  Who do you ask them to? The man, the
14  woman, both of them? Do you separate them?
15  MR. SELMER: Objection. Incomplete
16  hypothetical, foundation, speculation.
17  MR. OGUS: Q It's either a man or a woman
18  that you're talking to, right?
19  MR. SELMER: Objection. Speculation.
20  MR. OGUS: Q It's either a man or a woman,
21  correct?
22  MR. SELMER: Objection. Speculation.
23  MR. OGUS: Q When you get out of your car
24  you're talking to either a man or a woman,

Page 93

1 correct?
2    THE WITNESS: A Talking to both.
3    Q Okay. But both of those people are
4 either men or women. There's no other
5 possibility, right?
6    A A man and a woman, yes.
7    Q There's no other possibility that you
8 could be speaking to. You're not talking to
9 animals, correct?
10    A No, I'm not talking to animals.
11    Q Now when you speak to the man and the
12 woman, do you speak to them -- who do you normally
13 speak to first?
14    A I speak with the woman.
15    Q Okay. Do you speak with the woman --
16 what do you do with the man when you speak with
17 the woman?
18    MR. SELMER: Objection. Incomplete
19 hypothetical, foundation, speculation.
20    MR. OGUS: Q What do you do with the man?
21    THE WITNESS: A I don't do anything.
22    MR. SELMER: Same objections.
23    MR. OGUS: Q Does he stand there and
24 listen to the conversation?

Page 94

1    MR. SELMER: Same objections.
2    THE WITNESS: A I'm talking to the woman.
3    MR. OGUS: Q Do you allow the man to
4 listen to the conversation with the woman?
5    MR. SELMER: Same objections, and
6 speculation.
7    THE WITNESS: A No, I do not allow the man
8 to listen.
9    MR. OGUS: Q How do you prevent the man
10 from listening to the conversation?
11    MR. SELMER: Same objections.
12    THE WITNESS: A We separate the two.
13    MR. OGUS: Q How do you separate them?
14 How far apart do you separate them?
15    MR. SELMER: Objection. Speculation,
16 incomplete hypothetical, lack of foundation.
17    MR. OGUS: David, I'll give you a standing
18 objection.
19    MR. SELMER: I'm not going to take it.
20    MR. OGUS: Let the record reflect, so we
21 can get out of here before 9:00 o'clock tonight
22 and so the court reporter's fingers don't get
23 tired, you can have every objection known to
24 mankind to every question I ask.

Page 95

1    MR. SELMER: I won't accept it.
2    MR. OGUS: He has refused that stipulation.
3 So now we'll have to ask the question again and
4 you'll have to listen to it again.
5    Can you ask the question again,
6 Nick.
7
8    (Question read.)
9
10    THE WITNESS: A I...
11    MR. SELMER: Q By "them" you're referring
12 to a hypothetical man and woman in a hypothetical
13 situation?
14    MR. OGUS: Q The situation she just
15 testified to. How far do you separate them?
16    MR. SELMER: Same objection.
17    THE WITNESS: After the question is
18 answered, I need a break.
19    MR. OGUS: Okay.
20    THE WITNESS: A I don't -- I mean, feet
21 wise, distance wise -- I mean, it's enough where
22 one cannot hear the other's conversation.
23    MR. OGUS: That's all I need to know.
24    Now let's take a break.

Page 96

1    (Short recess was had.)
2    (Discussion held off the record.)
3    (Record read.)
4
5    MR. OGUS: Q So the objective of your
6 separation is to make sure the two people can't
7 hear each other, is that fair to say?
8    MR. SELMER: Same objections.
9    And now I will accept your
10 standing objection.
11    MR. OGUS: Q Good.
12    The objective is so they can't
13 hear each other or they can't hear you, correct?
14    THE WITNESS: A Yes.
15    Q So while you are questioning the
16 female is your partner questioning the male?
17    A Yes.
18    Q Okay.
19    MR. SELMER: All right -- well...
20    MR. OGUS: Q By the way, you always have a
21 partner with you when you get out of the car to
22 talk to these people; right?
23    THE WITNESS: A Yes.
24    Q Is your partner always a male?