### Page 97

1 A On my team, yes.
2 Q Okay.
3 All right. So you've now
4 separated the man and the woman. You start this
5 investigation.
6 How do you investigate? What
7 do you say? What do you do specifically after you
8 got them separated?
9 MR. SELMER: Speculation, foundation,
10 incomplete hypothetical.
11 MR. OGUS: You couldn't last more than two
12 questions.
13 MR. SELMER: Apparently not. No, I
14 couldn't.
15 THE WITNESS: A It depends.
16 MR. OGUS: Q Give me the most often type
17 thing you do in investigating.
18 A Investigation requires you to ask
19 questions.
20 Q What's the most asked question you
21 ask this woman?
22 A I'm not -- I ask questions.
23 Q What's the number one question you
24 ask her?

### Page 98

1 Like, for instance, do you know
2 him, what's going on here? What's the number one
3 question you ask this woman?
4 A Do you know him.
5 Q And if she says yes, then what
6 happens?
7 MR. SELMER: Same objections.
8 THE WITNESS: A What's his name.
9 MR. OGUS: Q And basically you're trying
10 to get information from her to compare it with
11 what your partner gets from the gentleman,
12 correct?
13 A We conduct our investigation, and
14 within the investigation we determine if all the
15 elements of probable cause are there for an
16 arrest.
17 Q So one of the two people has to make
18 certain statements which gives rise to all the
19 elements, right?
20 MR. SELMER: Same objections.
21 MR. OGUS: There's a question pending.
22 THE WITNESS: A Further investigation of
23 the elements for the probable cause for arrest.
24 MR. OGUS: Q So the only way you get

### Page 99

1 probable cause is from their answers, correct?
2 MR. SELMER: Objection. Mischaracterizes
3 the testimony.
4 THE WITNESS: A It depends.
5 MR. OGUS: Q What else, other than their
6 answers to your questions, gives you probable
7 cause to arrest someone?
8 MR. SELMER: Object to the extent it calls
9 for a legal conclusion.
10 THE WITNESS: A It depends on the
11 circumstances.
12 MR. OGUS: Q On what circumstances? I
13 want to know every one of those circumstances.
14 A I'm not about to sit here and tell
15 you each circumstance.
16 Q Yes, you are. That's the problem...
17 MR. SELMER: Go ahead...
18 MR. OGUS: Q You have an objection to
19 answering my questions?
20 THE WITNESS: A It's what you witness.
21 Q Okay.
22 A What I witness as a police officer.
23 Q But you've gotten out of your car to
24 talk to these people, correct?

### Page 100

1 Yes?
2 A Yes.
3 Q Do you have probable cause based on
4 what you've seen in getting out of your car to
5 arrest them?
6 MR. SELMER: Objection. Foundation,
7 incomplete hypothetical, speculation.
8 MR. OGUS: There's a question pending.
9 THE WITNESS: A It depends.
10 MR. OGUS: Q So sometimes when you get out
11 of your car you have probable cause and you're
12 going to make an arrest, is that fair to say?
13 A It requires investigation.
14 Q So further investigation is needed
15 before you have probable cause when you get out of
16 your car, is that fair to say?
17 MR. SELMER: Same objections.
18 THE WITNESS: A I have reason to conduct a
19 field investigation which determines at that time
20 the elements.
21 Q That's nice. But that's not my
22 question.
23 Okay. Listen to the question
24 and answer my question, or we'll really be here

Page 101

1 forever.
2 My question was, when you get
3 out of your car, before you do anything further
4 than getting out of your car, do you sometimes
5 have probable cause to arrest the people.
6 MR. SELMER: Same objections.
7 THE WITNESS: A To arrest the people...
8 Q The man and the woman that you're
9 going to talk to.
10 A It depends on the circumstances.
11 Q And what are the circumstances --
12 this is what I asked eight questions ago.
13 What are the circumstances
14 before you get out of your car that gives you
15 probable cause to arrest either the man or the
16 woman, or both of them?
17 MR. SELMER: Objection. Asked and
18 answered.
19 THE WITNESS: A It depends on the
20 circumstances.
21 MR. OGUS: Q And I want to know what
22 circumstances those are.
23 MR. SELMER: Objection. Asked and
24 answered.

Page 102

1 THE WITNESS: A It depends on the
2 circumstance.
3 MR. OGUS: Q Do you know what a
4 circumstance is?
5 Circumstance is a thing that
6 occurs, right?
7 A Yes.
8 Q I want to know those things that
9 occur that are the circumstances that give you
10 probable cause.
11 MR. SELMER: In what situation?
12 MR. OGUS: Before she gets out of her car,
13 what circumstances does she have -- what
14 circumstances are there that gives her probable
15 cause to arrest someone before you get --
16 MR. SELMER: Objection.
17 MR. OGUS: -- Before you get out of your
18 car.
19 MR. SELMER: Foundation, speculation,
20 incomplete hypothetical, asked and answered.
21 MR. OGUS: There's a question pending.
22 I'm really tired of saying
23 that.
24 MR. SELMER: You can answer.

Page 103

1 THE WITNESS: A It depends on the
2 circumstances as far as, you know, what I witness
3 and what we gather from the investigation.
4 MR. OGUS: Q You keep talking about the
5 investigation, and I haven't gotten to the
6 investigation yet?
7 A Um-hum.
8 Q I'm talking about in your car, from
9 what you see from your car, before you talk to
10 anyone -- well -- do you understand what I'm
11 talking about?
12 MR. SELMER: I'll make the same objection.
13 What he's asking you is what
14 circumstances -- he wants you to list the
15 circumstances, like you were listing before, about
16 whether or not she's in the street, whether or not
17 she's got her butt hanging out, whether or not
18 she's whistling, whether or not she's sitting on
19 his lap.
20 I got my objections on the
21 record. Apparently he wants you to list every
22 possible one that would cause you to get out of
23 your car in some hypothetical situation.
24 MR. OGUS: Q Do you understand Mr.

Page 104

1 Selmer's question?
2 Do you understand his question?
3 That's the first question.
4 THE WITNESS: A Do I understand his
5 question?
6 Q Yes.
7 A He didn't -- he's not asking...
8 Q Do you understand his explanation of
9 my question?
10 A Yes.
11 Q Now you understand it. So now you
12 can answer it. So go ahead.
13 A What is your question again?
14 Q Mr. Selmer is going to have to
15 explain it again, apparently.
16 MR. SELMER: In this hypothetical situation
17 that he has given you where sometimes you get out
18 of your car and sometimes you don't, where you
19 maybe see a prostitute, maybe you don't, he wants
20 you to explain everything besides what you've
21 already listed regarding why you might have
22 probable cause before you go and investigate,
23 including things that you've already stated
24 like...

## Page 105

1  MR. OGUS: Objection. That's not my
2  question. My question stopped right there. I
3  asked her for the circumstances.
4  MR. SELMER: Well my objection is it's
5  asked and answered because she's already given you
6  the circumstances.
7  THE WITNESS: A I get -- before I get out
8  of the car...
9  MR. OGUS: Q What causes you to get out of
10 the car -- strike that. Strike that. Wrong
11 question.
12  Before you get out of the car
13 do you ever know you're going to arrest someone
14 for prostitution?
15  A  No.
16  Q  Okay. So you -- before you get out
17 of the car do you ever have probable cause to
18 arrest someone?
19  A  No.
20  Q  Okay.
21  A  Not for prostitution.
22  Q  Good.
23  A  It requires further investigation.
24  Q  Okay. So now in -- you investigate

## Page 106

1  in order to determine whether or not you have
2  probable cause to arrest people, right?
3  A  Repeat your question.
4  Q  You get out of your car to
5  determine -- you get out of your car to
6  investigate further to determine whether or not
7  you have probable cause to arrest people?
8  MR. SELMER: For prostitution?
9  MR. OGUS: For prostitution or for anything
10 really.
11  MR. SELMER: That was a different question.
12  MR. OGUS: No. It's the same question, but
13 I'll live with the prostitution question.
14  MR. SELMER: She's already answered it.
15  MR. OGUS: Q And you're looking to
16 determine whether or not the people give you
17 information about the specific elements of
18 prostitution which will then allow you to arrest
19 them, correct?
20  THE WITNESS: A Yes.
21  Q  Okay.
22  And what are the specific
23 elements that you are looking for before you can
24 arrest someone either for being the prostitute or

## Page 107

1  for being the person soliciting the prostitute?
2  A  The elements are that they agree upon
3  a sexual act for money.
4  Q  Okay.
5  A  Or any type of gift -- I mean...
6  Q  Okay. Does there have to be an
7  agreement?
8  A  Yes.
9  Q  So if someone offers and the other
10 person says no, is that a violation of the
11 criminal code?
12  MR. SELMER: Objection. Calls for a legal
13 conclusion. Compound question.
14  THE WITNESS: Give me the question again.
15  MR. OGUS: Sure.
16  Nick, can you read it back
17 again.
18
19  (Question read.)
20
21  THE WITNESS: A It requires an agreement.
22  MR. OGUS: Q That's not my question.
23  Okay. My question is the
24 woman, for example, says $10 for a specific sexual

## Page 108

1  act and the man says no. Have either one of them
2  committed a crime?
3  A  Yes. She has committed a crime.
4  Q  Has the man committed a crime?
5  A  No.
6  Q  If the man says to the woman I will
7  give you $10 for a specific sexual act and the
8  woman says no, has she committed a crime?
9  A  No.
10  Q  Has he committed a crime?
11  A  Yes.
12  Q  Has there been an agreement between
13 the two of them?
14  A  In your instance?
15  Q  Yeah, my hypothetical.
16  He says I'll give you $10 for
17 such and such and she says no. Have they agreed?
18  A  No.
19  Q  Does there need to be an agreement
20 for a crime to occur?
21  A  It has to be -- in order for both of
22 them to be arrested, it has to be an agreement.
23  Q  So they don't need to have an
24 agreement for only one of them to be arrested, is

Page 109

1  that fair to say?
2  A  No.
3  Q  It's not fair?
4  A  Wait.
5      I'm sorry. Yes.
6  Q  I just want to make sure we have it
7  correctly, that we're both on the same wavelength.
8      If there's no agreement, both
9  can't be arrested; right?
10  MR. SELMER: Same objections.
11  MR. OGUS: Q Can you -- do you want him to
12  read back the question...
13  THE WITNESS: A No, no.
14  Q  Okay
15  A  You said...
16  Q  I'll ask him to read back the
17  question. I don't want to say anything different.
18  I asked a question. I want it answered.
19      Nick, can you read it back.
20
21      (Question read.)
22
23  MR. SELMER: Just for the record, I want to
24  object again. Foundation, incomplete

Page 110

1  hypothetical, speculation, calls for a legal
2  conclusion.
3  MR. OGUS: One of the problems in this
4  deposition is that, by the time you get done with
5  your objections, she doesn't remember the
6  question.
7  MR. SELMER: Maybe you should ask better
8  questions.
9  MR. OGUS: Maybe you should stop making
10  silly objections.
11  MR. SELMER: Do you want me to explain them
12  to you?
13  MR. OGUS: You have the same objection all
14  the time. You don't need to interrupt her train
15  of thought so that we'll be here for hours.
16      Nick, read it back again.
17
18      (Discussion held off the record.)
19      (Record read.)
20
21  THE WITNESS: A If there's no agreement,
22  both cannot be arrested, but one can be.
23  MR. OGUS: Q Okay. Thank you.
24      And the person that gets

Page 111

1  arrested is the person who mentions the sexual act
2  and the money, correct?
3  MR. SELMER: Same objections.
4  THE WITNESS: A The one that is arrested
5  is basically arrested for the probable cause to
6  arrest.
7  MR. OGUS: Q And the probable cause to
8  arrest is based on that person either offering or
9  accepting something for -- sexual favors for
10  money, correct?
11  MR. SELMER: Same objection.
12  MR. OGUS: Q Strike that. I didn't like
13  that question.
14      The person who's arrested
15  either offers sexual -- specific sexual favors for
16  money or requests specific sexual favors for
17  money, right?
18  MR. SELMER: Same objections.
19  THE WITNESS: A They're arrested based on
20  the elements of the probable cause.
21  Q  And the elements of the probable
22  cause are, one, a person either offers to do
23  something sexual for money -- that's one of the
24  probable causes, is that correct?

Page 112

1  MR. SELMER: Same objections.
2  THE WITNESS: A Same answer.
3  MR. OGUS: The answer was not the answer to
4  my question. That's why I have to ask the same
5  question five times, because you add stuff -- I
6  asked you a simple yes or no question and I get a
7  long answer.
8      As soon as you tell me either
9  yes or no, then we move on. But I'm waiting until
10  we get that yes or no.
11      If it takes until 9:00 o'clock
12  tonight for me to complete my questioning and to
13  get yes or no answers, that's how long we take.
14  The length of this deposition has very little to
15  do with me.
16      Let's go back -- why don't you
17  read the question back because I know I got it
18  right the first time.
19
20      (Question read.)
21
22  MR. SELMER: Same objections.
23  THE WITNESS: A Yes, there's an offer for
24  sexual act for money.