Page 113

1  MR. OGUS: Q And the other probable cause
2  is an acceptance of it?
3  A  Yes.
4  Q  Thank you. We could have gotten that
5  20 minutes ago.
6  Okay. And so if in these -- if
7  in the conversation you have with the woman she
8  says I was just talking to him -- going backwards
9  to where we were -- you get out of your car, you
10  separate the man and woman who you want to do some
11  further investigation on because maybe she's a
12  prostitute, but you don't have probable cause yet.
13  So now you separate the man --
14  you and your partner separate this man and this
15  woman. You're talking to the woman far enough
16  apart from the man and your partner that they
17  can't hear each other and the woman who you're
18  questioning in my hypothetical never says to you I
19  offered to do anything sexual to him for any
20  amount of money.
21  In that situation, is she
22  arrested?
23  MR. SELMER: I'm going to object.
24  Incomplete hypothetical. Assumes facts not in

Page 114

1  evidence. Calls for speculation. Lacks
2  foundation. Totally improper question.
3  MR. OGUS: Are you telling her not to
4  answer?
5  MR. SELMER: I'm getting close.
6  MR. OGUS: Good. Then we can go in front
7  of the judge and he'll have to read this debacle
8  of a deposition.
9  Let's -- and I almost want that
10  to happen, but I'd really like to get this done.
11  Can you read the question back,
12  Nick.
13
14  (Question read.)
15
16  THE WITNESS: I need to talk to my lawyer.
17  MR. SELMER: Answer the question.
18  MR. OGUS: Answer the question first, and
19  then we'll take a third break.
20  THE WITNESS: A No, she's not arrested.
21  MR. OGUS: Do you want to take a break now?
22  MR. SELMER: My client would like to take a
23  break, sure.
24  MR. OGUS: I don't have any objection. Let

Page 115

1  me know when you're ready.
2
3  (Short recess was had.)
4  (Discussion held off the record.)
5  (Record read.)
6
7  MR. OGUS: Q By the way, you've been
8  talking about probable cause. Do you remember
9  using those words?
10  THE WITNESS: A Um-hum.
11  Q  Yes?
12  A  Yes.
13  Q  That's a legal conclusion, right?
14  A  Hum?
15  Q  That's a legal decision, right?
16  Whether or not you have probable cause is
17  something legal, correct?
18  A  Yes.
19  Q  And you make that legal conclusion
20  all the time as part of your duties, right?
21  A  Yes.
22  Q  Every time you arrest someone you've
23  determined legally that you have probable cause,
24  correct?

Page 116

1  A  Yes.
2  Q  And every time you don't arrest
3  someone you've determined that legally you don't
4  have probable cause, correct?
5  A  Yes.
6  Q  Okay.
7  Okay. Now you've had this
8  conversation with the woman. She hasn't -- after
9  you finish your conversation with this woman you
10  have decided that you don't have probable cause to
11  arrest her. What do you do next?
12  MR. SELMER: Same objections.
13  THE WITNESS: A It depends.
14  MR. OGUS: Q What are the possibilities?
15  Let me see if I can list them,
16  and you tell me if I get them wrong.
17  You let them go. Is that one
18  possibility?
19  A  Um-hum.
20  Q  You left the woman go, walk away,
21  leave; correct?
22  A  That could be one possibility. It
23  depends.
24  Q  I'm asking you the possibilities.

Page 117

1  A  And I'm telling you it depends.
2  Q  No matter what it depends on, is one
3  of the possibilities that one of the results is
4  that the woman walks away unarrested?
5  A  I don't -- repeat it again.
6  MR. OGUS: Read it back, Nick, please.
7
8  (Question read.)
9
10  MR. SELMER: I'll take my standing
11  objection.
12  THE WITNESS: A It depends on the
13  circumstances.
14  MR. OGUS: Q I...
15  MR. SELMER: He's asking you if one of
16  those circumstances could be that she walks away.
17  THE WITNESS: A Yes.
18  MR. OGUS: Okay. Again, that took four
19  questions when it should have taken one.
20  Is another possibility that the
21  woman gets arrested -- strike that. Strike that.
22  You've decided there's no
23  probable cause. Is one of the other possibilities
24  that you go and talk to your partner?

Page 118

1  A  Is there a sequence with this?
2  Q  You've talked -- you and your partner
3  have separated the man and the woman. You have
4  talked to the woman. He's talked to the man. You
5  have now decided that you have no probable cause
6  to arrest the woman.
7  I want to know what
8  possibilities can happen next.
9  I think you said one of the
10  possibilities is that the woman goes free. Is
11  that fair to say?
12  A  No. First of all, you did not
13  explain the whole hypothetical situation.
14  Q  Then let's go back and start at the
15  beginning again.
16  The hypothetical we're talking
17  about is you've gotten out of your car, there's a
18  man and a woman you think may be involved in
19  something.
20  You separate the two of them so
21  they can't hear each other. You talk to the
22  female. Your partner talks to the male.
23  You now talk to the female, and
24  after your conversation with the female you have

Page 119

1  come to the conclusion that you don't have
2  probable cause to arrest her.
3  Okay. My question is what are
4  the things that happen next.
5  Now one of the things I thought
6  you said -- correct me if I'm wrong -- was the
7  woman goes free and leaves. Is that one of the
8  things that happens?
9  A  No, not in your hypothetical
10  situation.
11  Q  Okay.
12  A  No, wait.
13  First of all, before I make any
14  decision I talk with my partner.
15  Q  Okay, good.
16  A  And, once again, with the totality of
17  the investigation, if there's probable cause,
18  nobody walks away.
19  Q  Okay.
20  All right. So now you have
21  this conversation with your partner and based on
22  your conversation with your partner that's when
23  you decide whether there's probable cause to
24  arrest the woman, the man, or both of them, or let

Page 120

1  them go free; correct?
2  A  No. It's based on what they say.
3  It's based on the elements.
4  Q  Okay. You have this -- after you've
5  talked to the woman, after you talked to your
6  partner, you make a decision, you and your partner
7  make a decision based on what you heard, what you
8  saw, and determine whether or not there's probable
9  cause to arrest the woman, or the man, or both of
10  them, or none of them; is that correct?
11  A  It's based on heard, saw, witnessed.
12  Q  Her what?
13  MR. SELMER: Heard, saw, witnessed.
14  MR. OGUS: Q Heard. Okay.
15  So based upon what you heard,
16  what you saw and what you witnessed, you have a
17  conversation with your partner to determine
18  whether or not anybody should get arrested;
19  correct?
20  THE WITNESS: A Based on what I heard, saw
21  and witnessed, if all the elements of the crime
22  are present, then, yes, they are arrested.
23  Q  Okay.
24  And if there's only -- based

## Page 121

1  upon what you heard, saw or witnessed, if there's
2  probable cause to arrest only one of them, then
3  only one of them gets arrested; correct?
4      A   It depends on the circumstances.
5      Q   I know.
6          The circumstances are that what
7  you heard, saw or witnessed gave you probable
8  cause to only arrest one of them. You don't
9  arrest both of them in that situation, do you?
10     MR. SELMER: Objection. Asked and
11 answered.
12     THE WITNESS: A It depends on the
13 circumstance.
14     Q   So sometimes, if there's probable
15 cause to arrest one of them and no probable cause
16 to arrest the second one, you arrest them both?
17     A   Is this a new question?
18     Q   Yes.
19         They're all new questions.
20 Every time I open my mouth a new question comes
21 out.
22     A   Well, I didn't answer. So that's why
23 I'm saying is this a new question.
24     Q   You answered it.

## Page 122

1      A   Can you..
2      MR. OGUS: Nick, can you read back my
3  question.
4
5          (Question read.)
6
7      THE WITNESS: A No.
8      MR. OGUS: Q You only arrest the specific
9  people you have specific probable cause for,
10 right?
11     A   Yes.
12     Q   And here's another hypothetical here.
13 You didn't see or witness anything that would give
14 you probable cause.
15     A   Um-hum.
16     Q   So now you're talking to the people
17 to see if you have probable cause, and both of
18 them deny that there was any offers or agreements
19 or anything sexual was being discussed for any
20 amount of money.
21         Do you have probable cause
22 based on what they told you?
23     MR. SELMER: Same objections.
24     THE WITNESS: A It depends on the

## Page 123

1  circumstances.
2      MR. OGUS: Q And the circumstances are
3  what?
4      A   First I'm -- what -- all these
5  hypotheticals -- why are you asking them?
6      Q   Because I want to know -- I want to
7  see how you think.
8      A   And what was the question?
9      MR. OGUS: Nick, can you read it back
10 again.
11
12         (Question read.)
13
14     THE WITNESS: A I already gave you one.
15     MR. OGUS: But I get to ask questions. You
16 get to answer them.
17         When your lawyer tells you not
18 to answer them, then you stop. If you're tired
19 and you want to go home, just tell us; and we'll
20 come back another day.
21     THE WITNESS: Well I already answered your
22 hypothetical question.
23     MR. OGUS: Nick, go back and read the
24 question.

## Page 124

1          (Question read.)
2
3      MR. SELMER: Asked and answered. Same
4  objections as before. She stated it depends on
5  the circumstances.
6      MR. OGUS: But those are the circumstances.
7      MR. SELMER: It's not all the
8  circumstances.
9      MR. OGUS: Q What other circumstances
10 would you need to know in that situation, if
11 that's your answer coming out of the mouth of Mr.
12 Selmer?
13     MR. SELMER: I'm just trying to move things
14 along here.
15     MR. OGUS: No. You're really not, David.
16 You're making it 80 times worse. I got all day.
17 I'm going nowhere.
18     MR. SELMER: I see that.
19     MR. OGUS: Do you want to read it back
20 again, Nick, since Mr. Selmer kind of stopped the
21 train of thought here.
22
23         (Question read.)
24

Page 125

1  THE WITNESS: A No probable cause, no
2  arrest.
3  MR. OGUS: Q Based on my hypothetical did
4  you have probable cause to arrest them?
5  MR. SELMER: Same objections.
6  THE WITNESS: A No probable cause, no
7  arrest.
8  MR. OGUS: Q I know when there's no
9  probable cause you don't arrest them. I'm asking
10  you in that situation was there probable cause.
11  A You said in that situation there was
12  no probable cause. So no arrest.
13  Q Okay. Now I didn't say there was no
14  probable cause. You said that.
15       I said none of the people --
16  none of the two witnesses told you that they did
17  anything -- they discussed anything sexual or they
18  discussed any money. That's what I said. I
19  didn't use the words "probable cause".
20       Let's read back the question
21  again.
22  THE WITNESS: Seeing that you have to
23  repeat, can you repeat it again?
24  MR. OGUS: No. I want him to read it

Page 126

1  again. I got it right the first time, and he's
2  read it back two more times.
3  THE WITNESS: Now this is third time. Go
4  ahead.
5
6       (Question read.)
7
8  MR. SELMER: Same objections.
9  THE WITNESS: A It depends on the
10  circumstances. If -- what -- I mean...
11  MR. OGUS: Q I'll wait.
12  A What is it you want?
13  Q I want an answer to the question.
14       The question is -- I've given
15  you a set of facts, the facts that you would work
16  on while you were on the job.
17       He'll read you the facts again.
18  He'll read you the facts again, okay, for either
19  the fourth or the fifth time; and I want to know,
20  based on the circumstances contained in my
21  facts --
22  MR. SELMER: And only the circumstances...
23  MR. OGUS: Q -- And only the circumstances
24  that are contained in my question, did you have

Page 127

1  probable cause to arrest any of those people.
2       So let's read it back now
3  again.
4
5       (Question read.)
6
7  MR. SELMER: But that was not clarified
8  before in the question. It's a different
9  question.
10  MR. OGUS: It's the exact same question
11  with your talking objection in it.
12  THE WITNESS: A It depends on the
13  circumstances.
14  MR. OGUS: Q But I've given you the
15  circumstances. Do you understand what the
16  circumstances are?
17       A circumstance is a set of
18  events, right?
19  A Right.
20  Q Okay.
21  A So if I witness or I see...
22  Q No, no. Stop.
23       I've given you the facts.
24  These are the facts, okay?

Page 128

1       You didn't hear or see -- I'm
2  sorry.
3       You didn't see or witness
4  anything that would give you probable cause,
5  right? That means you have no probable cause yet,
6  correct?
7  A No, I don't. No probable cause.
8  Q Right.
9       So now you talk to the people,
10  and both of the people deny that they ever
11  mentioned sex or money or a sexual act for the
12  money. Do you have probable cause based on those
13  specific facts?
14  A All right. According to what you're
15  saying right now, the question that you're asking?
16  Q Yes.
17  A No, there's no probable cause.
18  Q Thank you.
19       Okay. Let's get to the
20  specific -- let's talk a little bit more about the
21  specific incident involved here.
22       It's fair to say that July the
23  12th you -- strike that.
24       Let's call this Exhibit 1.