## Page 145

1  MR. SELMER: You can answer, if you know.
2  THE WITNESS: A Undercover would refer to
3  me.
4  MR. OGUS: Okay, good.
5  Okay. Do you know what the
6  word "solicit" means?
7  A  Yes.
8  Q  What does it mean?
9  A  To sell or to offer.
10 Q  To sell or to offer?
11 A  To sell or offer, um-hum.
12 Q  And there's a difference between
13 soliciting and accepting, isn't there?
14 A  Yeah.
15 Q  Solicit is the first person --
16 soliciting goes first and then the agreement goes
17 second, right?
18 A  Yes, you can say that.
19 Q  Thank you.
20 Okay. Let's get to the very
21 very specifics now. So you are on Exchange -- as
22 a matter of fact, no, let me take a break now.
23 Since you've taken three, I need one. About three
24 minutes.

## Page 146

1  (Short recess was had.)
2
3  MR. OGUS: Q Okay. You're out on
4  Exchange. Can you give me the address of where
5  you are that evening on July 12, 2007? Exchange
6  and what?
7  THE WITNESS: A I'm on Exchange near
8  Escanaba. Exchange and Escanaba.
9  Q  And there are ten officers as part of
10 your team in that area?
11 A  They're in the area.
12 Q  Are there any other females?
13 A  No.
14 Q  So you're the only decoy officer?
15 A  Yes.
16 Q  And you're job is to do what?
17 A  To solicit, to offer oral sex with
18 the agreement of an exchange for money.
19 Q  And the police -- your superiors told
20 you that your job is to solicit persons with -- to
21 ask people will they have oral sex with me for a
22 price? That's what you were told your
23 responsibilities were?
24 A  No.

## Page 147

1  Q  Okay. Well you said what your duties
2  were, that you were to solicit people.
3  Where did you get those duties
4  from? Who did you get those duties from?
5  A  I didn't get any duties from anyone.
6  I just know as a prostitute I'm out there to sell.
7  Q  Okay. And you're out to be an
8  aggressive salesperson?
9  MR. SELMER: Objection. Vague.
10 MR. OGUS: Q You're dressing
11 provocatively, right?
12 THE WITNESS: A Yes.
13 Q  Would that be considered aggressive?
14 A  No.
15 Q  So you're not trying to attract men
16 to you by the way you dress?
17 A  It depends on what you consider
18 aggressive.
19 Q  I asked you are you trying to attract
20 men to you by the way you dress.
21 A  Yes.
22 Q  And you don't think that's
23 aggressive?
24 A  Once again, it depends on how you

## Page 148

1  define aggressive.
2  Q  I'm asking you.
3  A  Okay.
4  Q  All my questions are to you.
5  A  I mean, if I was out there without a
6  shirt, I mean --
7  Q  I'm not...
8  A  -- I might say that's aggressive and
9  someone else wouldn't. It depends on what you
10 consider aggressive.
11 Q  You know how you would define
12 aggressive, right?
13 A  Yes, I know how I define aggressive.
14 Q  And I'm asking you, not me or anybody
15 else in this room, you, how you were dressed that
16 evening would you define that as aggressive, yes
17 or no.
18 A  I was seductive.
19 Q  That still doesn't answer my
20 question. My question was would you define it as
21 aggressive, yes or no.
22 A  No.
23 Q  Okay. But seductive?
24 A  Um-hum.

Page 149

1 Q What's the difference?
2 A Provocative, being provocative.
3 Q Seductive as being provocative or
4 aggressive as being provocative?
5 A Seductive being provocative.
6 Q So you would say the way you were
7 dressed was provocative?
8 A Um-hum.
9 Q Yes?
10 A Yes.
11 Q To get men to talk to you?
12 A Yes.
13 Q To get men to drive up to you if they
14 were in a car?
15 A Yes.
16 Q Now I believe you said earlier that
17 Mr. Johnson had a -- his job was to act when you
18 signaled him, correct?
19 A Yes.
20 Q Is he the only person who you
21 signaled to, who reacted upon your signal?
22 A The team is out there. I can't
23 answer for what they saw or -- you know -- but
24 once I give the signal, then the team responds.

Page 150

1 Q Okay. How does Mr. Johnson respond?
2 A I can't answer for Mr. Johnson.
3 Q Well there's a certain person who's
4 supposed to come and arrest the person after you
5 give the signal, correct?
6 A Yes.
7 Q Is that the only person who comes to
8 the scene?
9 A There's an enforcement.
10 Q How many people are in that
11 enforcement?
12 A It's who -- it's an enforcement team.
13 Q How many people are in the
14 enforcement team? That's what I asked you?
15 A I mean everyone.
16 Q All ten are in the enforcement team?
17 A The team members that's there.
18 Q And there's ten team members there,
19 right?
20 A Yes.
21 Q So all ten team members are part of
22 the enforcement team?
23 A Yes.
24 Q By the way, what is your signal?

Page 151

1 A It's a hand -- I raise my hand.
2 Q Which hand? Does it make a
3 difference?
4 A No, it doesn't make a difference.
5 Q Do you wave your hand or just raise
6 it?
7 A I raise my hand.
8 Q And what is supposed to happen when
9 you raise your hand?
10 A When I raise my hand I'm giving the
11 signal to respond as far as to conduct an arrest.
12 Q What is supposed to happen?
13 A Take him in to custody.
14 Q How many people are supposed to come
15 and take him in to custody?
16 A At the point I give the signal my
17 partner responds.
18 Q And Charlie Johnson was your partner?
19 A Yes.
20 Q He responds to the scene and arrests
21 the person, correct?
22 A I can't answer for Charlie. But I
23 gave the signal and he responded. Whatever
24 happens after that -- you know, he responds --

Page 152

1 Q Okay.
2 A -- When I give the signal. We
3 respond as a team to my signal.
4 Q What happens -- what do you do after
5 you give your signal?
6 A After I give my signal I walk away.
7 Q And where do you walk to?
8 A Wherever is safe.
9 Q So that you don't see what occurs
10 thereafter?
11 A Yes.
12 Q Yes, you don't see what occurs
13 thereafter?
14 A With this situation, no, I did not
15 see it.
16 Q Okay. Do you go down an alley way or
17 something like that?
18 A I went back to -- I went back towards
19 Exchange and headed north.
20 Q And so you -- did you ever see Mr.
21 Felder again that evening after you gave the
22 signal?
23 A No.
24 Q So you never saw him -- how he was

### Page 153

1  arrested? You never heard any conversation
2  between any of the arresting officers and Mr.
3  Felder after you gave the signal, correct?
4     A  No.
5     Q  No, that's not correct --
6     A  I'm sorry.
7     Q  -- Or yes, that is correct?
8     A  Repeat.
9     Q  After you left the scene -- I'm
10 sorry. After you gave the signal --
11    A  Yes.
12    Q  -- Did you ever hear Mr. Felder say
13 anything further?
14    A  No.
15    Q  Did you ever -- after you gave the
16 signal did you ever see Mr. Felder do anything
17 further that evening?
18    A  No.
19    Q  And after you gave the signal did you
20 see what any of the other officers did to Mr.
21 Felder?
22    A  No.
23    Q  All right. So let's get to
24 specifically now Mr. Felder.

### Page 154

1  Prior to your conversation with
2  Mr. Felder, ten seconds before that what are you
3  going?
4     A  At what point?
5     Q  Ten seconds before you see Mr.
6  Felder.
7     A  Ten seconds before seeing Mr. Felder,
8  prior to our initial...
9     Q  The first time you saw Mr. Felder,
10 what were you doing ten seconds before that?
11    A  Well, my initial -- the first time I
12 saw him...
13 MR. SELMER: Just answer the question.
14 THE WITNESS: A He was driving. I was
15 standing on the corner.
16 MR. OGUS: Q That's the answer to the
17 question. You were standing on the corner.
18 And what was he doing the first
19 time you saw him?
20    A  He was in his vehicle.
21    Q  Could you see what he was doing in
22 his vehicle?
23    A  Yes. He was driving.
24    Q  What were you doing when you first

### Page 155

1  saw him driving?
2     A  What was I doing?
3     Q  Yes.
4     A  I was standing on the corner.
5     Q  Were you making any movements?
6     A  Back and forth, you know, a little
7  sway.
8     Q  When you say back and forth...
9     A  I'm sorry. Adjusting, you know, the
10 hips, moving the butt, you know, back and forth,
11 (indicating).
12    Q  Were you facing him?
13    A  Yes.
14 MR. SELMER: For the record, she was
15 wiggling back and forth.
16 MR. OGUS: Q You said at the beginning --
17 I just want to make sure I got this right.
18 You said something about back
19 and forth. Were you standing in the same place?
20 THE WITNESS: A Standing in the place,
21 shifting my hips back and forth.
22    Q  You weren't walking up and down the
23 street?
24    A  No.

### Page 156

1     Q  You were facing Mr. Felder at that
2  point?
3     A  Yes.
4     Q  You said you were shifting your hips?
5     A  Yes.
6     Q  Were you moving your arms in any way?
7     A  No.
8     Q  You were just shifting your hips back
9  and forth, swaying your body back and forth;
10 correct --
11    A  No.
12    Q  -- Without moving your feet in any
13 direction?
14    A  If I can recall, I maybe -- I mean --
15 no. A shift back and forth.
16    Q  You're standing there -- by the way,
17 you were doing that before you saw Mr. Felder too,
18 right, the same sway?
19    A  The question was before...
20    Q  Before you saw Mr. Felder you were
21 swaying the same way back and forth, right?
22    A  Yes.
23    Q  You were hoping that somebody from on
24 the block or in another car would see you swaying

Page 157

1  back and forth, correct?
2    A  Correct, yes.
3    Q  Do you remember how long you had been
4  doing that before you saw Mr. Felder? Five
5  minutes, an hour, three hours?
6    A  I can't recall as far as like how
7  long, but throughout -- you know, while I'm out
8  there, every so often.
9    Q  Well, while you're out there that's
10 what you're -- you're basically standing on that
11 corner swaying your hips back and forth, right?
12   A  Yes.
13   Q  Are you doing anything else to be
14 seductive or to solicit these people?
15   A  I can't recall at this time.
16   Q  Do you walk back and forth on the
17 block?
18   A  Mainly in one area.
19   Q  So you just kind of stand there and
20 move your hips back and forth.
21   A  Right.
22   Q  Is that fair to say?
23   A  Yes.
24   Q  Do you know, prior to arresting

Page 158

1  Mr. Felder, if you had arrested anyone else that
2  evening?
3    A  Yes.
4    Q  Do you know how many it was before
5  Mr. Felder?
6    A  I can't recall, but it was less than
7  13.
8    Q  Okay. Before Mr. Felder -- I know we
9  talked about before that -- I think you said that
10 that evening was less than 13. Was Mr. Felder the
11 last one that evening?
12   A  If I recall, yes.
13   Q  Okay. Did you have a certain number
14 of arrests you had to make that evening?
15   A  No.
16   Q  Why did you leave after Mr. Felder's
17 arrest?
18   A  I don't know. That's the
19 supervisor's judgment or his call.
20   Q  And that's Sergeant Holt?
21   A  Yes.
22   Q  So after you arrested Mr. Felder
23 Sergeant Holt said let's go back to the barn or
24 let's go back to the station, right?

Page 159

1    A  Yes.
2    Q  Okay. So you're standing on the
3  corner. Is there a lot of traffic around while
4  you're swaying your hips and you're first seeing
5  Mr. Felder?
6    A  Traffic is slow.
7    Q  By the way, what time of the day is
8  this?
9    A  This is in the evening.
10   Q  9:00, 10:00 o'clock? Is that fair to
11 say?
12   A  It's in the evening.
13   Q  Evening goes from six to midnight in
14 my calculations. But do you remember...
15   A  Do you want the exact time?
16   Q  I want to know what you know.
17   A  Evening, night.
18   Q  Can you limit that -- can you define
19 evening -- what do you mean by evening?
20   A  Would you like me...
21   Q  I want you to tell me what you know,
22 what you remember?
23   A  Evening is after 6:00 o'clock.
24   Q  And when does evening end?

Page 160

1    A  Evening ends at 12:00 midnight.
2    Q  So at some time between 6:00 p.m. and
3  midnight that's when this occurred, right?
4    A  Right.
5    Q  Can you give me any better
6  determination as to when you first saw Mr. Felder
7  other than some time between six and midnight?
8    A  Yes, I can.
9    Q  And what is that?
10   A  Can I look at the documents?
11   Q  What document do you want to look at?
12   A  The document that states the time of
13 the arrest.
14   Q  Have you seen that document today?
15   A  I'm sorry?
16   Q  Have you seen that document today?
17   A  No, I haven't.
18   Q  How do you know there's a document
19 that says what time it is?
20   A  Well, I've seen the arrest report.
21 You had it...
22   Q  The arrest report, this five pages,
23 (indicating)?
24   A  Yes.