## Page 161

1 MR. OGUS: Okay. Let's call this Exhibit 2
2 then.
3
4 (Document marked as requested.)
5
6 MR. OGUS: Q Okay. For the record, this
7 is a five-page arrest report. In the top right,
8 the event number is 0719319305.
9 There's a mistake on my part.
10 I should have used the CD number 16950837 which is
11 on the top of each page -- each of these five
12 pages in the right-hand corner.
13 Is this what you're talking
14 about?
15 THE WITNESS: A Yes, this is the arrest
16 report.
17 Q And it tells you, I think, that the
18 arrest date was -- in the second box going down on
19 the first page -- 12, July 2007, 22:30. Do you
20 see that?
21 A Yes.
22 Q That means 10:30 p.m.?
23 A Yes.
24 Q And that's when you believe that Mr.

## Page 162

1 Felder was arrested?
2 A Yes, at 10:30. That's when he was
3 arrested.
4 Q By the way, this report, did you fill
5 it out?
6 A No.
7 Q Do you know who filled it out?
8 A No, I don't know who filled it out;
9 but I know that it was attested to.
10 Q By who?
11 A By Charlie Johnson.
12 Q Okay. And the information on page
13 two about the facts for probable cause, do you see
14 that on page two, the incident narrative? Do you
15 see that?
16 A Yes.
17 Q You're the only one who knows that
18 information about what occurred between you and
19 Mr. Felder specifically, correct?
20 MR. SELMER: Objection. Speculation
21 THE WITNESS: A No, I'm not the only one
22 that knows.
23 MR. OGUS: Q Who else would...
24 A I'm --

## Page 163

1 Q Go ahead. I'm sorry.
2 A I'm not the only one that knows. I
3 did brief my team.
4 Q Who else heard the conversation
5 between -- who else told you that they heard the
6 conversation between you and Mr. Felder?
7 A Nobody heard the conversation between
8 me and Mr. Felder.
9 Q So the only people that know about
10 the conversation between you and Mr. Felder as far
11 as you know are you and Mr. Felder, right?
12 A As far as I know, yes.
13 Q Let's go back again here. Go back to
14 the first page, the incident box.
15 It says location. Do you know
16 what that means?
17 MR. SELMER: Objection. Speculation,
18 foundation.
19 THE WITNESS: A Do I know what location
20 means.
21 MR. OGUS: Q Do you know what that address
22 signifies or designates?
23 MR. SELMER: Same objections.
24 THE WITNESS: A It's the location, the

## Page 164

1 area in which we were for the mission.
2 MR. OGUS: Q Is that the location of the
3 arrest?
4 MR. SELMER: Same objections.
5 THE WITNESS: A No.
6 MR. OGUS: Q Is it the location of the
7 district lock-up or any police station?
8 A No, it's not the police station.
9 Q Do you know what that address is?
10 MR. SELMER: Same objection.
11 THE WITNESS: A Yes, it's in that area
12 where we were for the prostitution sting.
13 MR. OGUS: Q That was not the place where
14 Mr. Felder was arrested, correct?
15 A No. He drove off.
16 Q Wherever he was arrested was that
17 2934 East 77th Street?
18 A I'm familiar with...
19 MR. SELMER: Just answer the question.
20 MR. OGUS: Just answer the question.
21 THE WITNESS: A No, that's not the
22 address.
23 MR. OGUS: Q And the incident report is
24 supposed to -- have you ever filled one of these

Page 165

1 out?
2   A  Yes, I have.
3   Q  And where it says location you're
4 supposed to put in that spot the location of the
5 arrest?
6   MR. SELMER: Objection to foundation.
7       You can testify to your
8 understanding.
9   THE WITNESS: A As far as my
10 understanding, the location for arrest is the
11 location of the exact arrest.
12   MR. OGUS: Q And...
13   A  But by this being a mission we were
14 in that area.
15   Q  How far is that 2934 East 77th Street
16 address from where you were standing when you
17 first saw Mr. Felder?
18   A  It's not far.
19   Q  A mile? How far? What's not far?
20   A  About a half block.
21   Q  Which way from where you were
22 standing is 2934 East 77th Street?
23   MR. SELMER: At the time she first saw Mr.
24 Felder?

Page 166

1   MR. OGUS: Q Yes.
2       From where you are standing
3 when you first saw Mr. Felder, what direction do
4 you have to go to get to 2934 East 77th Street?
5   THE WITNESS: A You have to go north.
6   Q  One block north, less than a block
7 north...
8   A  Less than a block north.
9   Q  Do you know if that's where the other
10 members of your team were during the time they
11 were waiting for your signal?
12   A  No. I don't know where they were.
13   Q  Was there a squadrol waiting for
14 people to be put in to it as part of this team?
15   A  Yes.
16   Q  And one of your team members was in
17 charge of that squadrol?
18   A  That I don't know.
19   Q  But when your -- when the people were
20 arrested after your signal, they were put in the
21 same squadrol, as far as you understand; right?
22   A  As far as I know.
23   Q  Okay. So you are now -- you're back
24 on the street corner. You're swaying your hips.

Page 167

1 Mr. Felder is driving his car. What happens?
2   A  What's the question?
3   Q  What's the question?
4   A  Um-hum.
5   Q  You're standing on the street corner
6 swaying your hips. Mr. Felder is driving his car.
7 What happens next between you and Mr. Felder?
8   A  First there's the initial eye
9 contact. He passes. He comes back again. He
10 pulls over to the curb where I'm at.
11   Q  Okay. Let's stop there, if you don't
12 mind.
13       He passes. When you say he
14 passes and he comes back again, meaning he drove
15 his car past you?
16   A  Yes.
17   Q  How far past you?
18   A  I can't tell you how far, but he goes
19 out of sight.
20   Q  A block? Does he around the corner?
21   MR. SELMER: Objection. Asked and
22 answered.
23   MR. OGUS: Q You don't know?
24   THE WITNESS: A I don't know.

Page 168

1   Q  After he passes you do you continue
2 to look at Mr. Felder?
3   A  No.
4   Q  You're back swaying your hips looking
5 for the next person?
6   A  Yes.
7   Q  How long after he passed you does it
8 take him to come back?
9   A  I can't recall.
10   Q  A minute, five minutes?
11   A  Can't recall.
12   Q  There's no -- was it an hour?
13   A  No, it wasn't an hour.
14   Q  Was it a half hour?
15   A  I can't recall.
16   Q  It could have been a half hour?
17   A  I can't recall.
18   Q  I'm asking you could it have been a
19 half hour?
20   A  I can't recall.
21   Q  So the answer is there's a
22 possibility it could be a half hour? Do you want
23 that as your answer?
24   A  My answer is I can't recall.

Page 169

1  Q  And I'm asking you is there a
2  possibility it could have been as much as a half
3  hour?  Do you want your answer to be I can't
4  recall if it's a half hour or not?
5  A  I can't recall.
6  Q  Okay.  Then that will be your answer.
7      When he comes back how does he
8  come back?  Does he back his car up or does he
9  come around the block?
10  A  He's -- once we -- there was eye
11  contact.  After the eye contact I don't know what
12  he does.
13  Q  When you say there was eye contacts,
14  how do you know there was eye contact?
15  A  Because -- the same way we're looking
16  right now, eye to eye, that's what occurred.
17  There was eye contact.
18  Q  How far were you from him when you
19  have this eye contact?
20  A  About -- between four to six feet.
21  Q  Four to six feet.
22      He's in his car?
23  A  Yes, he's in the vehicle.
24  Q  And you're on the passenger's side of

Page 170

1  his vehicle?
2  A  I'm at the -- when the eye contact
3  occurs?
4  Q  Yes.
5  A  I'm on the curb.
6  Q  He drives past you.  You're standing
7  on the curb as he's driving past you, right?
8  A  Yes.
9  Q  You're four to six feet away?
10  A  Um-hum.
11  Q  Your eyes and his eyes are four to
12  six feet away?
13  A  Approximately.
14  Q  That's the distance through his car,
15  including his car, four to six feet away?
16  A  Yeah, four to six feet.
17  Q  Are there cars parked on that street?
18  MR. SELMER:  Objection.  Speculation.
19  MR. OGUS: Q Can you explain to me, that
20  question, if there are cars parked on the street,
21  how that possibly is a speculative question?
22  MR. SELMER:  Did you see cars parked on the
23  street is different than are there scars parked on
24  the street.

Page 171

1  MR. OGUS:  You're right, it is different.
2  It's still not speculative, and the answer is yes
3  or no.
4  MR. SELMER:  Do you know if there was.
5  That would be a different question too.
6  MR. OGUS: Q Mr. Felder is driving in what
7  direction when you see him?  North, south, east or
8  west?
9  A  He's driving southbound.
10  Q  And is he driving -- how many lanes
11  going southbound are there?  He's driving on
12  Exchange?
13  A  Yes, he's on Exchange.
14  Q  How many southbound lanes are there
15  on Exchange?
16  A  One lane.
17  Q  So there can't be any parked cars on
18  Exchange going southbound, correct?
19  A  Yes, you can park.
20  Q  How -- if you're driving down
21  southbound and a car is parked, how do you get
22  around that car?
23  A  Base there's a lane.
24  Q  So there's a parking lane and a

Page 172

1  driving lane --
2  A  Yes.
3  Q  -- Going southbound on Exchange,
4  correct?
5  A  Yes.
6  Q  So there's two lanes going southbound
7  on Exchange, correct?
8  A  Yes.
9  Q  Where you were standing, how close
10  was the nearest parked car?
11  A  I can't recall where the nearest
12  parked car was.  But there was no cars in front of
13  where I was standing.
14  Q  Were there -- as Mr. Felder was
15  driving up Exchange -- by the way, how far apart
16  were you when you first saw him, a block, two
17  blocks, five blocks, when you first saw his car?
18  A  When I first saw his car?
19  Q  Yeah.
20  A  He was where we can make eye contact.
21  Q  So the first time you saw his car you
22  were four to six feet away from him?
23  A  Yes.
24  Q  You hadn't seen him before that?

Page 173

1  A  No.
2  Q  Was he in the parking lane or the
3  driving lane?
4  A  He was in the driving lane.
5  Q  So there was his car, and then there
6  was room for a car to be parked, and then you on
7  the corner; correct?
8  A  Yes.
9  Q  But there was no car parked there,
10 correct?
11 A  No.
12 Q  No, that is correct, there was no car
13 parked there?
14 A  No, there was no car parked there.
15 Q  Okay. So do you know how fast he was
16 driving?
17 A  No, I don't.
18 Q  Do you know what the speed limit was?
19 A  Usually a residential street is,
20 what, 35.
21 Q  Was he going extremely fast?
22 A  No, he wasn't going fast.
23 Q  Was he going extremely slow?
24 A  He was going slow enough for me to

Page 174

1  make eye contact with him.
2  Q  How slow was that?
3  A  I don't know. You'd have to -- I
4  mean, I wasn't in his vehicle to give you miles
5  per hour and things likes that.
6  Q  You do traffic work. You've done
7  traffic work, right?
8  A  It was slow.
9  Q  You've done traffic work, right?
10 A  Yes.
11 Q  Have you given tickets for speeding?
12 A  Yes.
13 Q  Have you made approximations on those
14 tickets about the speed of a car?
15 A  Yes.
16 Q  What is your approximation of Mr.
17 Felder's speed?
18 A  Slow.
19 Q  In miles per hour. What's your
20 approximation in miles per hour of Mr. Felder's
21 speed?
22 MR. SELMER: Objection. Asked and
23 answered.
24 THE WITNESS: A Slow.

Page 175

1  MR. OGUS: Q Is that an answer in miles
2  per hour?
3  A  It was slow.
4  Q  I know it was slow. Slow to you
5  could be 75 miles an hour.
6  A  Slow to me is less than that.
7       I'll say less than ten, ten
8  miles per hour.
9  Q  So your testimony is that Mr. Felder
10 was driving approximately ten miles per hour?
11 A  Approximately less than ten.
12 Q  So your testimony is he was driving
13 approximately less than ten miles per hour?
14 A  At the time, yes. He slowed down,
15 yes.
16 Q  I'd like an answer to the question so
17 I can go on, but I haven't gotten one yet. So I'm
18 going to ask it again.
19      Your testimony is that he was
20 driving approximately less than ten miles per hour
21 when you and he made eye contact, correct?
22 A  Yes.
23 Q  And how long did you make eye contact
24 with him the first time?

Page 176

1  A  It was long enough for him just to
2  continue to pass.
3  Q  How long in seconds, minutes, hours
4  or days did you make eye contact with Mr. Felder
5  the first time?
6  A  I can't recall. I mean --
7  Q  Seconds?
8  A  -- Less than ten seconds.
9  Q  Okay.
10      Did you do anything during that
11 ten seconds other than move your hips back and
12 forth --
13 MR. SELMER: Objection.
14 MR. OGUS: Q -- While you had eye contact
15 with him?
16 MR. SELMER: Objection. Mischaracterizes
17 her testimony.
18 MR. OGUS: Could you read it back, Nick.
19
20      (Question read.)
21
22 THE WITNESS: A I can't recall exactly
23 what I did, but I made eye contact at that point.
24 MR. OGUS: Q Would you on some occasions

DIGIOVANNI REPORTING, P.C. (312) 345-6360