## Page 177

1 wave at somebody to get their attention?
2   A  No, I wouldn't wave.
3   Q  What other things other than moving
4 your hips back and forth would you do to call
5 attention to yourself while you're standing on the
6 street corner?
7   A  Walk, adjust my hips, move my hair,
8 seeing that it was long, throw my hair back, turn
9 around, bend over. There's several things that I
10 could do.
11   Q  Did you turn around and bend over
12 while you had eye contact with Mr. Felder?
13   A  I can't recall.
14   Q  If you turned around and bent over,
15 could you have had eye contact with Mr. Felder?
16   A  No.
17   Q  So you didn't do that, right?
18   A  Not at that point when I had eye
19 contact, no.
20   Q  Well you had eye contact from the
21 whole point he drove past you, right?
22   A  I had eye contact when he was near
23 me.
24   Q  But you didn't do anything that --

## Page 178

1 you didn't cause the eye contact to end, correct?
2       Correct?
3   A  No, I didn't cause the eye contact to
4 end. He drove past.
5   Q  That's what caused the eye contact to
6 end, he drove past you; correct?
7   A  Yes.
8   Q  So you didn't turn around and bend
9 over, right?
10   A  At the point of eye contact?
11   Q  Yes.
12   A  No.
13   Q  And until the first eye contact had
14 ended, you didn't do that; right?
15   A  No, I didn't.
16   Q  And you were four to six feet from
17 him facing him like you're facing me, correct?
18   A  Correct.
19   Q  And he continue have seen the thong
20 in the back and the bell and the bows, right?
21   MR. SELMER: Objection.
22   MR. OGUS: Q At that time, right?
23   THE WITNESS: I can't say what he had seen.
24   Q  Do you think it's possible I'm asking

## Page 179

1 you.
2   A  Prior to him approaching me, yes.
3   Q  While he's in this eye contact with
4 you do you think it's possible for him to see the
5 thong, the bells and the bows?
6   A  No.
7   Q  You said you throw your hair up in
8 the air. Do you remember doing that with Mr.
9 Felder?
10   A  I can't recall.
11   Q  And in throwing your hair up would
12 your hair sometimes block your eyes?
13   A  No.
14   Q  And you said you sometimes walk. Do
15 you mean walk up and down the street to call
16 attention to yourself or walk around that little
17 area? Is that what you meant by walk?
18   A  No. Just walking in two steps. Two
19 steps, turn around, another two steps, turn
20 around.
21   Q  Do you remember if you did that with
22 Mr. Felder?
23   A  At what time?
24   Q  During the time you had the first eye

## Page 180

1 contact with him.
2   A  During the eye contact, no.
3   Q  That's all I want to know.
4       Do you recall if you adjusted
5 your hips while you had the first eye contact?
6   A  I can't recall.
7   Q  So he continued south on Exchange,
8 right?
9   A  Yes.
10   Q  You didn't give a signal to have him
11 arrested, right?
12   A  No, I didn't.
13   Q  When's the next time you see Mr.
14 Felder?
15   A  When he pulls over to the curb.
16   Q  Where does he come from?
17   A  I can't say where he came from, but
18 he was facing -- or he was going in the direction
19 of southbound on Exchange.
20   Q  So he was coming again from the same
21 direction you saw him the first time, right?
22   A  Yes.
23   Q  Had you seen him back up down the
24 street?

Page 181

1  A  I don't know if he did.
2  Q  Had you seen him back up down the
3  street?
4  A  No.
5  Q  So as far as you know he didn't back
6  up down the street?
7  A  No.
8  Q  So it would be fair to say that he
9  had to go around some block to get back to where
10 you were, correct?
11 A  Yes.
12 Q  And do you know how long -- now he
13 drove up. He stops in front of you?
14 A  Um-hum.
15 Q  Yes?
16 A  Yes.
17 Q  And you're still standing in the same
18 exact spot?
19 A  Yes.
20 Q  Had you seen any other men drive by
21 that gave you eye contact?
22 A  I can't recall when, but it was
23 several people that -- it was individuals that
24 drove by twice, three times.

Page 182

1  Q  Okay. And the individuals that drove
2  by twice or three times, did they all eventually
3  stop and talk to you?
4  A  No.
5  Q  The people that did not stop and talk
6  to you after driving by two or three times, did
7  they get arrested?
8  A  No.
9  Q  There's no probable cause just for
10 driving by two or three times, correct?
11 A  Correct.
12 Q  When Mr. Felder -- now he goes around
13 the block somehow and comes back in front of you.
14 You're standing at the same spot?
15 A  Yes.
16 Q  Do you know how long has passed since
17 the first time?
18 A  Since the first -- no.
19 Q  Five minutes?
20 A  I can't recall.
21 Q  Would it have been an hour?
22 A  It was less than an hour.
23 Q  Could it have been a half hour?
24 A  It was less than an hour.

Page 183

1  Q  Was it less than 50 minutes?
2  A  It was less than an hour. I can't
3  recall.
4  Q  You've already told me it was less
5  than an hour.
6  A  I already told you I can't recall.
7  Q  You told me you can't recall, but you
8  also told me it's less than an hour. I want to
9  know what you recall right now.
10 A  I can't tell you exactly.
11 Q  I'm not asking you exactly. I'm
12 asking for you to give me your best determination
13 as best you can right now of how long it was.
14       Could it have been two seconds,
15 one, two?
16 A  My best determination is it was less
17 than an hour.
18 Q  And you can't do anything better than
19 that? You can't lessen it?
20 A  I really can't recall.
21 Q  So it's somewhere between one second
22 and 59 minutes and 59 seconds that he comes back
23 and sees you again, correct?
24 A  It's less than an hour.

Page 184

1  Q  I'm asking you a question.
2  A  Is it less than an hour?
3  Q  I'm asking you. I want to make sure
4  we're on the same wavelength here. I want to know
5  if you know what it means. I know what it means.
6  A  An hour is 60 minutes. It was less
7  than an hour.
8  Q  It's possible it could have been 59
9  minutes until the second time that you saw him?
10 A  Yes.
11 Q  Okay. That's all.
12       And he came back and what
13 happened then? He drove up, and you were standing
14 in the same spot perhaps up to 59 minutes later.
15 What happened then?
16 A  He pulled over to the curb. He curbs
17 his vehicle. He asks what are you doing. I'm
18 working.
19 Q  He said I'm working?
20 A  No.
21 Q  He said --
22 A  He asked...
23 Q  He said to you what are you doing?
24 A  Yes.

Page 185

1  Q  And you answered I'm working?
2  A  I'm working.
3  Q  Okay.
4  A  This is not verbatim, you know, this
5  is in essence.
6      But basically he says what are
7  you doing. I respond I'm working and ask if he
8  can pull off over there, on Escanaba to pull over.
9  Q  What happens then?
10  A  He pulls over. He parks his vehicle
11  on Escanaba. I approach the vehicle.
12      At that time a conversation
13  takes place. I offer oral sex. He agrees for the
14  oral sex and giving me $10.
15  Q  Then what happens?
16  A  I asked to see the money. He shows
17  me the money. He asked me to get in. I walk
18  around the vehicle. At that point I give my
19  signal.
20  Q  All right. Let's go back now.
21      By the way, the first time that
22  you see Mr. Felder are his car windows open? Do
23  you know?
24  A  The first time -- I can't -- the eye

Page 186

1  contact -- with the eye contact -- I can't recall.
2  Q  As -- the first time you see him
3  while you're making that eye contact, is he
4  slowing or is he going the same speed as he had
5  been driving before you made eye contact?
6  A  Repeat the question.
7  Q  The first time you see him has he
8  slowed down to make this eye contact with you or
9  is he driving the entire block on Exchange the
10  same rate of speed?
11  A  The first time I see him is the eye
12  contact.
13  Q  Right.
14  A  And he's slow -- he's going slow.
15  Q  I understand he's going slow. Is he
16  going slower, faster or the same speed during the
17  entire eye contact?
18  A  Yeah -- I can't recall. I can't say.
19  Q  Okay. That's all I need to know.
20      I'm here to find out what you
21  know and what you don't know. As soon as you tell
22  me you know something, I ask questions. When you
23  don't tell me, we move on.
24      So you asked him -- the second

Page 187

1  time he stopped his car you were on the corner?
2  A  The second time, yes. He stops the
3  vehicle. He curbed the vehicle.
4  Q  And you had this conversation. Do
5  you go around to his side of the car?
6  A  No.
7  Q  Does he open his window?
8  A  At that point his window is down.
9  Q  So you lean through the passenger's
10  side window?
11  A  No, I don't lean in to it. I'm at
12  the curb.
13  Q  By the way, you said you asked him to
14  pull over to Escanaba?
15  A  Yes.
16  Q  Do you know how to spell that?
17  A  It is E-s-c-a-n-a-b-a.
18  Q  And that's a street that goes on an
19  angle off of Exchange, right?
20  A  Yes, it is.
21  Q  Prior to your asking him to pull over
22  on Escanaba was there any other conversation
23  between you and he?
24  MR. SELMER: Objection. Asked and

Page 188

1  answered.
2  THE WITNESS: A Prior to...
3  MR. OGUS: Q He stops the car. You ask
4  him to pull over on to Escanaba.
5  A  Um-hum.
6  Q  Have you had a prior conversation --
7  have you heard him say anything? Did you say
8  anything to him before that?
9  A  Which is what I said before.
10  Q  Which is what?
11  A  He asked me what are you doing. I
12  said I'm working. And, no, it's not verbatim.
13  Q  Okay. So he pulls over in front of
14  you. The first thing he asks you is what are you
15  doing?
16  A  Um-hum.
17  Q  Yes?
18  A  Yes.
19  Q  And you say to him I'm working?
20  A  Yes.
21  Q  Did you say what kind of job you're
22  doing?
23  A  No.
24  Q  Did you make any other gestures other

## Page 189

1  than perhaps the movement of your hips?
2  A  I really can't recall.
3  Q  You were facing him again?
4  A  Yes.
5  Q  Did you at this point in time turn
6  your back to him and show him your thong, your
7  bells and your ribbon?
8  A  I can't recall. But I may have. I
9  mean, you know...
10  Q  You may have, but you can't recall?
11  A  I can't recall.
12  Q  So he asks you what are you doing.
13  You said you're working. And then you asked him
14  to pull over to Escanabe?
15  A  Um-hum.
16  Q  Right?
17  A  Yes.
18  Q  So before you asked him to pull over
19  to Escanaba the only thing he had said to you is
20  what are you doing?
21  MR. SELMER: Objection. Mischaracterizes
22  her testimony. She said in essence.
23  MR. OGUS: Q In essence?
24  THE WITNESS: A Right, in essence.

## Page 190

1  Q  He didn't make another statement to
2  you before that. The only statement that he made
3  was basically what are you doing?
4  MR. SELMER: Same objection.
5  THE WITNESS: A I can't recall verbatim.
6  MR. OGUS: Q I'm not asking you verbatim.
7  A  Okay.
8  MR. OGUS: Nick, read back the question.
9
10  (Question read.)
11
12  THE WITNESS: A I can't recall exactly
13  what he said, but from what I can recall he says
14  so what are you doing. I respond I'm working.
15  MR. OGUS: Q What does he say then?
16  A  I really can't recall. But all I
17  know is that after I say that I'm working I asked
18  him to pull over.
19  Q  My question to you is, between the
20  time that you said I'm working and you asked him
21  to pull over, did he say anything.
22  A  I --
23  MR. SELMER: Objection. Asked and answered
24  THE WITNESS: A I can't recall.

## Page 191

1  MR. OGUS: Q You asked him to pull over on
2  Escanaba. Did you tell him why you were asking
3  him to pull over?
4  A  I said I'm working.
5  Q  I understand that.
6         My question is about the next
7  sentence. You asked him to pull over to Escanaba.
8  Did you tell him why you were asking him to pull
9  over?
10  A  At that point, no, I did not tell him
11  why.
12  Q  Okay.
13  A  But that I'm working.
14  Q  Okay. And what did he do when that
15  occurred?
16  A  He pulled over.
17  Q  How far did he go to pull over?
18  A  He pulled over -- I'm at the curb.
19  He pulls over. He parks his vehicle. Probably
20  about -- maybe ten feet.
21  Q  Okay. And are you having any
22  conversation with him while he's driving that ten
23  feet?
24  A  No.

## Page 192

1  Q  And you walk up to the car?
2  A  Yes, I walk up to the car.
3  Q  Which side?
4  A  I walk up to his driver's side.
5  Q  What happens then?
6  A  There's a conversation.
7  Q  What's the conversation? Who goes
8  first?
9  A  I really can't recall who goes first.
10  Q  Okay.
11  A  But I know basically he agrees to the
12  oral sex and he's -- or he's going to give me the
13  $10 that I asked for.
14  Q  Does he show you $10?
15  A  He shows me the money.
16  Q  He shows you $10?
17  A  Yes, he shows me the money.
18  Q  So you walk over to where he's now
19  pulled over on Escanaba about ten feet down,
20  right?
21  A  Um-hum.
22  Q  Yes?
23  A  Yes.
24  Q  And you offer him oral sex for $10,