Page 209

1  called before you arrived or you -- the case was
2  called after you left or the case wasn't called at
3  all on September 5, 2007, correct?
4      A   While I was there the case was not
5  called.
6      Q   And how did you know the case was
7  dismissed?
8      A   Once again, the lawsuit -- the terms
9  of the lawsuit states that it was nonsuited.
10     Q   So you knew that?  Did you know that
11  or are you just taking our word for it?
12     A   As far as the lawsuit?
13     Q   The complaint that's against you and
14  the city.
15     A   No.
16     Q   But did you know...
17     A   No, I don't know.
18     Q   You still don't know, do you?
19     A   I'm sorry?
20     Q   You still don't know what the result
21  of the criminal case was?
22     A   It was nonsuited.
23     Q   How do you know that?
24     A   It hasn't been addressed.  I haven't

Page 210

1  addressed it in court yet.
2      Q   He could have pled guilty, couldn't
3  he have?
4      A   Yes.
5      Q   That means it wouldn't have been
6  nonsuited, right?
7      A   Right.
8      Q   How do you know that didn't occur?
9      MR. SELMER:  I'm going to object.
10         Don't reveal anything that is
11  attorney-client privileged.
12     THE WITNESS:  A I don't know.
13     MR. OGUS:  Q Do you know what time Mr.
14  Felder was released from jail the morning -- or
15  after he was arrested?
16     A   No.
17     Q   Do you know how long he stayed in the
18  wagon?
19     A   No, I don't know.
20     Q   By wagon I mean squadrol.
21     A   Squadrol, yes.
22     Q   After you gave the signal did Mr.
23  Felder drive off?  Did he drive his car anymore?
24     A   I don't know.  I gave the signal and

Page 211

1  walked away.
2      Q   And you didn't see anything -- strike
3  that.
4          Do you know where Mr. Johnson
5  was when you gave the signal?
6      A   Mr. Johnson...
7      Q   Officer Johnson.
8      A   Charlie Johnson was on the corner --
9  he was coming from the corner of Exchange and
10  Escanaba, basically where I was standing.
11     Q   So he was about ten feet from you?
12     A   He was about -- yeah, ten feet.
13     Q   And while you were having the
14  conversation where you told Mr. Felder to drive
15  down the street -- to drive down Escanaba where
16  was Officer Johnson?
17     A   As far as I know, he was behind me.
18     Q   Behind you, that's -- is that south
19  or north on Escanaba?
20     A   I'm sorry.  The south of me.
21     Q   South on Exchange?
22     A   No, no.  I'm sorry.  That's north of
23  me, on Exchange.
24     Q   So he's further -- he's -- as he --

Page 212

1  as Mr. Felder was driving the first time he would
2  have driven past Mr. Johnson?
3      A   The first time he would pass Johnson,
4  then pass me.
5      Q   He would drive past Mr. Johnson first
6  and then you?
7      A   Right.
8      Q   Okay.
9          And the second time he came
10  around you were both in the same direction -- he
11  was still -- Mr. Felder again was coming from the
12  same direction and had to pass Mr. Johnson first
13  and then get to you, right?
14     A   Correct.  I mean, Charlie Johnson is
15  behind me.  So he would have to pass him.
16     Q   Did you ever know that the car that
17  Mr. Felder drove that day was impounded?
18     A   The car he drove was impounded.
19     Q   Did you know that?
20     A   Yes.
21     Q   And did you fill out any paperwork
22  for the vehicle impoundment?
23     A   No, I did not fill out the paperwork.
24     Q   Did you ever testify?

Page 213

1    A  I...
2    Q  Go ahead.  I'm sorry if I cut you
3  off.  I thought you were done.
4    A  I reviewed and approved the
5  paperwork.
6    Q  How did you approve it?
7    A  By looking at it.
8    Q  Did you initial it?
9    A  No.
10    Q  Did you write anything that says I
11  approve it?
12    A  No.
13    Q  And all the paperwork you did as to
14  the arrest of Mr. Felder was it all correct?
15    A  To the best of my knowledge it was
16  all correct.
17    Q  You didn't make any changes, as far
18  as you know?
19    A  As far as I can recall.
20    Q  Did you testify at the administrative
21  hearing on the impoundment of the car?
22    A  Yes, I did.
23    Q  Who else was there?
24    A  Mr. Felder.

Page 214

1    Q  Did he have an attorney?
2    A  As far as I know -- I mean I don't
3  know.
4    Q  Was there an attorney who represented
5  the city?
6    A  No.  He was representing himself.
7    Q  Was there an attorney representing
8  the city?
9    A  Yes.
10    Q  So you and Mr. Felder were the only
11  two people who testified in the case?
12    A  Yes.
13    Q  And did Mr. Johnson testify?
14    A  No.
15    Q  Was anybody else there to maybe
16  testify but didn't testify?
17    A  No.
18    Q  So just -- you were the only one who
19  was ready to testify in the case, correct?
20    MR. SELMER:  Objection.  Calls for
21  speculation.
22    MR. OGUS:  As far as you know.
23    THE WITNESS:  A I was there to testify.
24    MR. OGUS:  Q Do you know if anybody else

Page 215

1  was notified to testify?
2    A  No, I don't know.
3    Q  And you testified to the events that
4  occurred on that day, correct -- or that evening?
5    A  Yes.
6    Q  Exactly what you've testified here
7  today, right?
8    A  Yes.
9    Q  Okay.
10    Do you know the results of what
11  occurred?
12    A  The results?
13    Q  Yeah.
14    A  You mean...
15    Q  The impoundment case, do you know who
16  won or who lostt?
17    A  Yes.
18    Q  Who won?
19    A  We won.
20    Q  We meaning the city?
21    A  Yes.
22    Q  Do you get anything out of it?
23    A  No.
24    Q  Do you know if there was an appeal

Page 216

1  filed?
2    A  No.
3    Q  You don't know if there was an appeal
4  filed or if the case is final now, right?
5    A  There was no appeal.
6    Q  You're sure of that?
7    A  I wasn't notified.
8    Q  I'm asking you are you sure of it.
9    A  No, I'm not sure.
10    Q  Okay.
11    A  But I wasn't notified.
12    Q  How do you get notified of an appeal?
13    A  I mean actually it never happened,
14  but I'm just assuming that I would get notified.
15    Q  Why would you assume you would get
16  notified?
17    A  Because it's an appeal.
18    Q  You're not a lawyer, right?
19    A  No.
20    Q  There's no new testimony on appeal,
21  is there?
22    A  I'm sorry?
23    Q  There's no new testimony on the
24  appeal, is there?

Page 217

 1    MR. SELMER: Objection. Calls for
 2 speculation.
 3    THE WITNESS: A I don't know. I'm not a
 4 lawyer.
 5    MR. OGUS: Q I understand that. But you
 6 said you assumed you would get called. I'm trying
 7 to figure out why you would assume that.
 8    A I don't know. Maybe -- I don't know.
 9 But I...
10    Q It stops when you say "I don't know".
11 When you say maybe that gives me a reason to think
12 maybe you know something and I got to ask
13 questions.
14    Let's go back to the five-page
15 arrest report. Let's look at page three. At the
16 top it says attesting officer. Do you see that?
17    A Yes.
18    Q That's C.S. Johnson. Is that your
19 partner, Officer Johnson?
20    A Yes, it is.
21    Q Have you ever been the attesting
22 officer in one of these typed forms?
23    A Yes.
24    Q And when you are the attesting

Page 218

 1 officer, you have done an investigation and spoken
 2 to the people, and when you sign this or put your
 3 name and star number and whatever that is there,
 4 you're stating that under penalty of perjury that
 5 the information is true and correct; right?
 6    A Yes.
 7    Q Okay. Let's go to the fourth page.
 8    Did you run any information
 9 about Mr. Felder to determine if he had a record
10 or anything like that?
11    A Yes. A RAP sheet is required.
12    Q Okay. And what did you find out?
13    A I didn't -- I didn't look at it.
14    Q I'm sorry?
15    A I'm sorry. I don't recall looking at
16 the RAP sheet, I mean, to be able to tell you what
17 I found out.
18    Q Go back to the first page again of
19 the arrest report. In the incident report box it
20 says TRR completed, question mark, and the answer
21 was no.
22    What's TRR?
23    A TRR is --
24    Q Do you know what it is?

Page 219

 1    A -- The tactical response report.
 2    Q And that was not completed, right?
 3    A No. It wasn't necessary in this
 4 case.
 5    Q Why not?
 6    A Nobody got hurt.
 7    Q Okay. And location, under Chicago,
 8 Illinois, 60649, it says 304, dash, street.
 9    Can you tell me what that
10 means? Do you see...
11    A I'm sorry. 304...
12    Q 304, dash, street. What does 304
13 mean?
14    MR. SELMER: Objection. Foundation,
15 speculation.
16    MR. OGUS: Q What does it mean?
17    THE WITNESS: A The incident occurred on
18 the street.
19    Q What does 304 mean?
20    A It's a code.
21    Q For what?
22    A For street.
23    Q Oh, okay.
24    And the holding facility means

Page 220

 1 that's where he was taken, to district four
 2 lock-up?
 3    MR. SELMER: Objection. Speculation,
 4 foundation.
 5    MR. OGUS: Q Right?
 6    THE WITNESS: A Everything that's on this
 7 report that's what it is.
 8    Q I'm asking you is that where he was
 9 taken, district four lock-up.
10    A Yes.
11    Q Thank you.
12    Let's look at the bond info on
13 page two. Do you see that on the bottom right?
14 Do you see that?
15    A Yes.
16    Q Bond date, it says 13 July 2007,
17 8:26. Do you know what that means?
18    A Yes. That's the bond amount.
19    Q That's -- the amount is four lines
20 down. I'm only asking you about the bond date.
21    13 July 2007, 8:26, do you know
22 what that means?
23    A Yes. That's the date he bounded out.
24    Q What is 8:26?

Page 221

1   A  That's the time.

2   Q  8:26 in the morning is when he bonded

3  out?

4   MR. SELMER:  Objection.  Foundation,

5  speculation.

6   THE WITNESS:  A According to this here

7  that's when he bonded out.

8   MR. OGUS:  Q You reviewed this, right?

9   A  As far as that -- that occurred

10  after...

11   Q  Right.

12   A  So I don't -- that's something that

13  comes later.

14   Q  I understand it comes later.

15   A  Right.

16   Q  Did you approve this report?

17   A  I approved the points that's

18  necessary as far as my involvement.  I'm not

19  involved with the bond procedure.

20   Q  Okay.  Let's go to page number five.

21  Got that?

22        Where it says processing

23  personnel, do you see that?

24        Last page, page five.

Page 222

1   A  Processing personnel.

2   Q  Searched by, do you see that?  T.J.

3  MacFarlane, do you see that?

4   A  Yes.

5   Q  Is that a member of your team -- was

6  that a member of your team?

7   A  No, that is not a member of our team.

8   Q  Lock-up keeper, M.D. -- and I'll

9  spell it for you -- D-z-u-r-o-v-c-i-k, is that a

10  member of your team?

11   A  No, that is not a member of our team.

12   Q  Assisting arresting officer, P.C.

13  Harris, is that a member of your team?

14   A  Yes.

15   Q  That's a male, right?

16   A  That's a male.

17   Q  Do you know his first name?

18   A  Pat.

19   Q  Is he still a member of the team?

20   A  No.

21   Q  Do you know what his duties were --

22  what he did to assist the arresting officer in

23  this incident with Mr. Felder?

24   MR. SELMER:  Objection.  Compound question.

Page 223

1   THE WITNESS:  A No, I don't know.

2   MR. OGUS:  Q Right under that is assisting

3  arresting officer S. Passamentt,

4  P-a-s-s-a-m-e-n-t-t.  Was that a member of your

5  team?

6   A  Yes.

7   Q  That's a man also, right?

8   A  Yes.

9   Q  Is he still a member of the team?

10   A  Yes -- I'm sorry.  No.

11   Q  Do you know what Officer Passamentt

12  did as a member of the team to assist the

13  arresting officer?

14   A  No.

15   Q  Next one is I. Ray.  Do you know Mr.

16  Ray's first name?

17   A  Ivan.

18   Q  And do you know what he was -- was he

19  a member of the team that night out there with

20  you?

21   A  Yes, he was a member of the team.

22   Q  You don't know what he actually did

23  as to Mr. Felder?

24   A  No.

Page 224

1   Q  And next one is M.F. Otten,

2  O-t-t-e-n.  Do you know who that is?

3   A  Yes.

4   Q  And was Mr. Otten a member of the

5  team that night?

6   A  Yes.

7   Q  And do you know what his duties were

8  that night?

9   A  No.

10   Q  And what is Mr. Otten's first name?

11   A  Marv.

12   Q  And I don't think I asked what Mr.

13  Passamentt's first name was.

14   A  It is Sal.

15   Q  Then it goes down to final approval

16  of charges.  Do you see that?

17   A  Yes.

18   Q  P.J. Kellam, do you see that?

19   A  Yes.

20   Q  Was he a member of the team that

21  night?

22   A  No.

23   Q  Is he a superior officer?

24   A  Yes.