## Page 225

1  Q  What is his title?
2  A  Lieutenant.
3  Q  Is that the lieutenant who was in
4  charge of the unit that night?
5  A  He was in charge of the 4th district
6  watch.
7  Q  Let me look at my notes. I think I'm
8  close to done.
9  A  He's a captain.
10 Q  Kellam?
11 A  Right. I said lieutenant. He's a
12 captain.
13 Q  No problem.
14 A  Usually you have acting
15 lieutenants -- or lieutenants acting as captains.
16 Q  Got you.
17    Just so I get the record
18 correct, he was not a member of your team or your
19 unit?
20 A  No.
21 Q  Okay.
22 Q  Let's finish with Officer Bady.
23 Since this evening have you performed your duties
24 as an undercover officer in this -- on Exchange

## Page 226

1  Street? Since July 12, 2007 have you done similar
2  duties on Exchange Street?
3  A  Since -- yes.
4  Q  And while you're acting as part of
5  this team did you ever have one of the other jobs,
6  that is, when you were not the person standing on
7  the corner?
8  A  No. As far as I recall, no.
9  Q  After you gave the signal do you know
10 how long it took Officer Johnson to get there?
11 A  Immediately. One second.
12 Q  Did you see Officer Johnson?
13 A  I mean -- I'm sorry. To actually get
14 there?
15 Q  Yeah.
16 A  As soon as I give the signal he's
17 passing me. He's in the process of passing me.
18 Q  So -- let's go back a second here.
19    You determine that you have
20 probable cause to give the signal, right?
21 A  Yes.
22 Q  You start walking from the car?
23 A  Yes.
24 Q  And as you're walking from the car

## Page 227

1  Officer Johnson is walking down the alley way
2  towards you?
3  A  No, he's not walking down no alley.
4  Q  He's on the corner?
5  A  He's on the corner.
6  Q  And as you're walking towards him you
7  give the signal?
8  A  No. I give the signal when I'm in
9  the rear of the vehicle, as well as I give another
10 signal at the passenger's side, and then I exit.
11 Q  Let's go back again. Did you ever
12 get in the car?
13 A  No.
14 Q  So the entire conversation you had
15 with Mr. Felder was on -- at the driver's side
16 window?
17 A  Yes.
18 Q  And after your conversation you go
19 around the car?
20 A  Yes, I went around the vehicle.
21 Q  The front or the back?
22 A  The back, the rear.
23 Q  And you cross over to the passenger's
24 side?

## Page 228

1  A  Did I cross over to the passenger's
2  side?
3  Q  Yes.
4  A  No. I walked around to the
5  passenger's side.
6  Q  You have a conversation with Mr.
7  Felder while you're on the driver's side, right?
8  A  Yes.
9  Q  You have this conversation about $10
10 for sex, right?
11 A  Yes, that conversation.
12 Q  You walk around the car, come back to
13 the driver's side?
14 A  No.
15 Q  Where do you go then?
16 A  I'm at the driver's side and then at
17 the rear. Then I attempt -- I'm at the
18 passenger's side looking as though I'm going to
19 open the door, but I exit.
20 Q  So you walk all the way around the
21 back of the car, right?
22 A  Yes.
23 Q  You circle the car -- you make a half
24 circle, right, around the car?

Page 229

1  A  Yes.
2  Q  You get to the passenger's side,
3  right?
4  A  Um-hum.
5  Q  And then what do you do?
6  A  Attempt, but don't, and then I walk
7  away.
8  Q  Attempt to what, open the door?
9  A  Yes.
10 Q  You've already given the signal?
11 A  Yes.
12 Q  And when you attempt to open the door
13 do you have any conversation with Mr. Felder?
14 A  No.
15 Q  Why do you have to attempt to open
16 the door?
17 A  Just to carry out the whole scene,
18 the whole role play, you know.
19 Q  You've already given the signal,
20 right?
21 A  Yes.
22 Q  Mr. Felder was definitely going to be
23 arrested, right?
24 A  Yes.

Page 230

1      I want to make sure that my
2  partner is all the way over there, that by that
3  time he was all the way over there.
4  Q  So you were giving him time to get
5  over there?
6  A  Just to make it look real, not to
7  alarm Mr. Felder. That's why I'm doing it.
8  Q  So when you attempt to open the door
9  and don't open the door is that when Officer
10 Johnson arrives?
11 A  He arrives. I see him. We're
12 passing each other.
13 Q  So as you're walking from the
14 driver's side to the back of the car you pass each
15 other?
16 A  Yes. He crosses.
17 Q  So he passes you somewhere within the
18 body work of the car, right, of Mr. Felder's car?
19 A  He passes in the back.
20 Q  He passes you before you go around
21 the car?
22 A  Right.
23 Q  And you try to open the door, right?
24 MR. SELMER: Objection to the extent it

Page 231

1  mischaracterizes her testimony. She says she
2  attempted as to look as though she tried to open
3  the door.
4      MR. OGUS: Can you answer the question now.
5      THE WITNESS: Can you repeat the question.
6      MR. OGUS: Q You give the signal. You
7  leave Mr. Felder, right?
8      THE WITNESS: A Yes.
9  Q  You walk to the back of the car,
10 right?
11 A  Yes.
12 Q  You then make a left turn to get to
13 the other side of the car, right?
14 A  Yes.
15 Q  By the time you're making that left
16 turn to get to the other side of the car has Mr.
17 Johnson passed you already?
18 A  We passed each other in the rear.
19 Q  So...
20 A  We're making eye contact. He's
21 coming towards me.
22 Q  Okay.
23 A  Okay. You're talking about the word
24 "pass".

Page 232

1  Q  I want to know when he passes you.
2  A  I can't recall exactly, but we're in
3  the rear.
4  Q  Okay. So when you're in the rear of
5  the car what's the closest he is to you, Officer
6  Johnson?
7  A  It has to be less than ten feet.
8  Q  Is he moving quickly?
9  A  Yes.
10 Q  Moving quicker than you?
11 A  Yes.
12 Q  Does he have his gun out?
13 A  I can't recall.
14 Q  And after you pass each other at this
15 point in time you continue to go around the car
16 and Officer Johnson continues to go towards the
17 passenger's side and then to where Mr. Felder is,
18 right?
19 A  Yes.
20 Q  And he's moving faster than you,
21 correct?
22 A  I don't know.
23 Q  Okay.
24 A  I don't know.

Page 233

1  Q  By the time you get to the
2  passenger's door has Officer Johnson gotten to the
3  door where Mr. Felder is?
4  A  That, I don't know.
5  Q  So you don't know -- okay. You don't
6  know.
7       And when you attempt to open
8  the door how long do you do that? Do you shake
9  the door?
10 A  No. It's quick. I don't even touch
11 the door. It just -- you know, I just make that
12 motion and then exit.
13 Q  When you exit which way do you exit,
14 towards the front of the car or the back of the
15 car?
16 A  I'm on the side of the vehicle
17 towards Exchange, north -- what's that -- the
18 northwest corner.
19 Q  You're going out towards where the
20 front is pointed or toward where the back is
21 pointed?
22 A  I'm going towards the back. Towards
23 the northwest corner of Exchange.
24 Q  So you're walking -- you walk back

Page 234

1  that ten feet where the car had been -- where Mr.
2  Felder pulled up, right?
3  A  Right.
4  Q  Which way do you go?
5  A  I head back to the corner, and then I
6  head north on Exchange.
7  Q  While you're walking down this ten
8  feet or so until you got to the corner do any
9  other police officers pass you by?
10 A  I see an unmarked car.
11 Q  Did they get out of the car?
12 A  I don't know. I'm steadily walking
13 towards Exchange -- I mean north on Exchange.
14 Q  This unmarked car, do you know if it
15 was part of your team or if it was just some
16 unmarked car driving around the neighborhood?
17 A  Seeing the lighting and the speed --
18 you know, the urgency, it was probably my team.
19 But I don't know. I didn't look in the vehicle.
20 Q  You don't know who was in there?
21 A  To see who it was.
22 Q  You don't know who was in there?
23 A  No, I don't know who was in there.
24 Q  As you were walking away from the car

Page 235

1  did you ever hear a conversation between Officer
2  Johnson and Mr. Felder?
3  A  The only conversation -- not even a
4  conversation. The only thing that I heard was
5  "Chicago Police".
6  Q  And the only person who could have
7  said that was Officer Johnson?
8  A  I know my partner's voice, and he
9  said it, yes.
10 Q  Did you hear anything from Mr.
11 Felder?
12 A  No.
13 Q  Did you turn around to see what was
14 going on?
15 A  No.
16 Q  Did you know if your partner, Officer
17 Johnson, had his gun out?
18 A  No, I don't know.
19 Q  What's Officer Johnson wearing? Is
20 he wearing anything that identifies him as a
21 police officer?
22 A  His badge.
23 Q  In front of him, around the chain?
24 A  I'm sorry?

Page 236

1  Q  Is it in front of him, around a
2  chain?
3  A  Okay. Can you repeat the question.
4  Q  What is Officer Johnson wearing that
5  would identify him as a police officer?
6  A  Okay. Just on this occasion?
7  Q  Yes, on this occasion.
8       Obviously, if he was in
9  uniform, his uniform shows him to be a police
10 officer; right?
11 A  No, he's not in uniform.
12 Q  What is he wearing that identifies
13 him as a police officer?
14 A  At that point in time I can't recall.
15 But I know that we always display our badge.
16 Q  So while he's walking on the street
17 near you -- right -- while you're standing on the
18 corner he sometimes is walking up and down
19 Exchange?
20 A  I don't know what he's doing. But I
21 know that he's behind me, and he's, you know, my
22 eye, my eyes and ears. He's protecting me.
23 Q  I understand that.
24      Sometimes -- I thought you said

DIGIOVANNI REPORTING, P.C. (312) 345-6360
Page 233 - Page 236

Page 237

1 earlier -- maybe I'm wrong -- that he was actually
2 on Exchange at one point in time.
3    A  He was on Exchange, yes.
4    Q  When he is on Exchange is he wearing
5 that identification out?
6    A  Oh, no, not while I'm in the act.
7    Q  But you know that when he him -- or
8 when he said "Chicago Police" you know that he had
9 his identification showing?
10    MR. SELMER: Objection. Asked and
11 answered. Calls for speculation.
12    THE WITNESS: A I don't -- I can't tell
13 you. I don't know. I'm not him.
14    MR. OGUS: Q Okay. You never heard anyone
15 tell Mr. Felder he was under arrest?
16    A  No, I did not.
17    Q  You didn't tell Mr. Felder he was
18 under arrest?
19    A  No.
20    Q  Were you carrying a gun?
21    A  Yes. It was in my purse.
22    Q  Okay. Let's describe the purse then.
23 Was the purse provocative in any way?
24    A  It was red.

Page 238

1    Q  It was red?
2    A  Um-hum.
3    Q  Is that provocative?
4    A  Is it provocative?
5    Q  Yes.
6    A  No.
7    Q  Do you know what Officer Johnson was
8 wearing?
9    A  I can't recall.
10    Q  Was he trying to look like a police
11 officer? Was he trying to look like a person on
12 the street?
13    MR. SELMER: Objection. Calls for
14 speculation.
15    MR. OGUS: Q Do you know?
16    THE WITNESS: A No, I don't know.
17    Q  If you saw what Officer Johnson was
18 wearing typically while he was working with you,
19 what would you think about him?
20    A  I don't know what he was wearing.
21 All I know is what I had on and what I was doing.
22    Q  I'm asking you typically, not that
23 specific night. Typically when Officer Johnson
24 was with you on one of these -- they're called

Page 239

1 undercover stings, right?
2    A  Yes.
3    Q  When he was with you what would he
4 typically be wearing? Would it be to call
5 attention to himself or would it be like he fits
6 in to the neighborhood?
7    MR. SELMER: Objection. Vague, calls for
8 speculation.
9    THE WITNESS: A I don't know.
10    MR. OGUS: Q Okay. You didn't see Mr.
11 Felder get taken out of his car?
12    A  Can you repeat it.
13    Q  Sure.
14       You didn't see Mr. Felder get
15 taken out of his car?
16    A  No.
17    MR. OGUS: I'm done.
18    MR. SELMER: I do have two real quick
19 questions.
20
21          EXAMINATION
22         by Mr. Selmer:
23
24    Q  You mentioned an attempt to open the

Page 240

1 door. Did you ever touch the passenger's side
2 door at all of Mr. Felder's car?
3    A  No.
4    Q  Okay.
5       And you said you heard the --
6 Mr. Johnson, your partner, say "Police". Do
7 you -- is it possible that you heard him say other
8 things and you just don't recall that now?
9    A  It's possible. I just can't recall.
10    MR. SELMER: Okay.
11       We'll reserve signature.
12
13
14    FURTHER DEPONENT SAITH NOT.
15    *  *  *  *  *