## Page 241

STATE OF ILLINOIS )
) SS.
COUNTY OF C O O K )

The within and foregoing deposition of the witness, CHERRON M. BADY, was taken before NICHOLAS W. DIGIOVANNI, C.S.R., Notary Public, at 39 South LaSalle Street, in the City of Chicago, on the 3rd day of July, of the year 2008.

There were present during the taking of this deposition the following counsel:

MR. LONNY B. OGUS,
  representing
  the Plaintiff;

and

MR. DAVID N. SELMER,
  representing
  the Defendants.

## Page 242

The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer and Notary Public; and the within and foregoing is a true, accurate and complete record of all of the questions asked of and answers made by the aforementioned witness at the time and place hereinabove referred to.

The signature of the witness was not waived and the deposition was submitted to the deponent as per copy of the attached letter.

Pursuant to the Rules of the Supreme Court of the United States of America, if deponent does not appear to read and sign the deposition within 30 days or make other arrangements for reading and signing, the deposition may be used as fully as though signed, and this certificate will then evidence such failure to appear as the reason for signature being waived.

## Page 243

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

Witness my official signature and seal as Notary Public in and for Cook County, Illinois, on this 31st day of July, of the year 2008.

NICHOLAS W. DIGIOVANNI, C.S.R., Notary Public
License No. 084-003060
105 West Adams Street, Suite 2501
Chicago, Illinois 60603
Telephone: 345-6360

## Page 244

Deposition of Cherron M. Bady
Taken on July 3, 2008

WITNESS CERTIFICATION

I hereby certify that I have read the foregoing transcript of my deposition consisting of pages 1 through 244, inclusive. Subject to the changes set forth on the preceding pages, the foregoing is a true and correct transcript of my deposition taken on July 3, 2008.

(signed)_____

SUBSCRIBED AND SWORN TO before me this ____ day of _____, year 2008.

_____
Notary Public

Page 245

AUGUST 1, 2008

CITY OF CHICAGO - CORPORATION COUNSEL
Mr. David N. Selmer
30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602

Re: Felder -v- City, et al.
    07 C 6501
Deposition of: Cherron M. Bady

Mr. Selmer:

The testimony in the above-entitled case has been transcribed, and since signature has been reserved, please be advised that under the rules the witness must read and sign the deposition within 30 days.

Also, as provided by the Illinois Rules as amended, if after 30 days the witness does not read and sign the deposition, it will be understood that signature is waived and the deposition may then be used as fully as though signed.

As you have not ordered the transcript at this time, please call my office to accomplish the reading and signing of the transcript.

Sincerely yours,


Nicholas W. DiGiovanni, C.S.R.
DIGIOVANNI REPORTING, P.C.


C/C: Ogus

---

Page 246

WITNESS CORRECTION SHEET
Reasons for corrections: (1) to state the fact, (2) to clarify, (3) transcription error.

STATE BELOW PAGE AND LINE OF ERROR BELOW

THEN STATE THE CORRECTION OF ERROR_____

REASON  PG,LN  CORRECTION DESIRED

___  ___  _____

---

Page 247

WITNESS CORRECTION SHEET
Reasons for corrections: (1) to state the fact, (2) to clarify, (3) transcription error.

STATE BELOW PAGE AND LINE OF ERROR BELOW

THEN STATE THE CORRECTION OF ERROR_____

REASON  PG,LN  CORRECTION DESIRED

___  ___  _____

```
                                    105
1  DEPOSITION OF:
   DATE: _____
2  CASE: _____

3         C O R R E C T I O N   P A G E

4  I wish to make the following changes for the following
   reasons: (1) stenographic error,
5  (2) clarification, or (3) to state the fact.

6  PAGE:    LINE:

7  ____    ____    CHANGE: _____
                   REASON: _____
8
           ____    CHANGE: _____
9  ____            REASON: _____

10 ____    ____    CHANGE: _____
                   REASON: _____
11
           ____    CHANGE: _____
12 ____            REASON: _____

13 ____    ____    CHANGE: _____
                   REASON: _____
14
   ____    ____    CHANGE: _____
15                 REASON: _____

16 ____    ____    CHANGE: _____
                   REASON: _____
17
   ____    ____    CHANGE: _____
18                 REASON: _____

19 (SIGNED): _____
20
21
22
23
24
```

---

```
                                    106
1        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORHTERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION

3  ROBERT L. FELDER,           )
        Plaintiff,              )
4                               )
        -vs-                    ) No. 07 C 6501
5                               )
   CITY OF CHICAGO, et al.,     )
6       Defendants.             )
7
8        I, CHARLIE JOHNSON, state that I have read the
9  foregoing transcript of the testimony given by me at my
10 deposition on July 18th, 2008, and that said transcript,
11 consisting of Pages 1 through 104, is a true and accurate
12 record of the testimony given by me at said deposition
13 except as I have indicated on the errata sheets provided
14 herein.
15
16 Please check one:
17 _____ I made no corrections.
18 _____ Number of errata sheets submitted.
19 _____
   CHARLIE JOHNSON
20
   SUBSCRIBED and SWORN TO before me
21 this _____ day of _____, 2008.
22 _____
   Notary Public
23
24
```

---

```
                                    107
1  STATE OF ILLINOIS )
                     ) SS.
2  COUNTY OF C O O K )
3
4
5       I, THOMAS A. MANNO, C.S.R. and Notary Public,
6  do hereby certify that I reported in machine shorthand
7  the testimony held at the deposition of CHARLIE JOHNSON
8  taken on July 18th, 2008, and that this transcript is a
9  true and accurate transcription of my shorthand notes so
10 taken to the best of my ability, and contains all of the
11 proceedings given at said deposition.
12
13 _____
   THOMAS A. MANNO, C.S.R.,
14 No. 84-001174
15
16          [NOTARY SEAL: THOMAS A. MANNO
17           MY COMMISSION EXPIRES
18           OCTOBER 25, 2010]
19
20
21
22
23
24
```

---

```
                                    108
1            DiGIOVANNI REPORTING, P.C.
               105 West Adams Street
2                   25th Floor
               Chicago, Illinois 60603
3
   August 4th, 2008
4
   Corporation Counsel
5  Mr. David Selmer
   30 North LaSalle Street, Suite 1400
6  Chicago, Illinois 60602

7  IN RE:  Felder v. City, et al.
           Case No. 07 C 6501
8          July 18th, 2008
           Deponent: Charlie Johnson
9
   Dear Mr. Selmer:
10
   The testimony in the above-entitled case has been
11 transcribed, and since signature has been reserved,
   please be advised that under the Supreme Court Rules, the
12 witness has 28 days from the above date for her/him to
   read and sign.
13
   As provided by Rule 207 (a) of the Supreme Court Rules as
14 amended, if after 28 days the witness does not read and
   sign the deposition, it will be understood that signature
15 is waived and the deposition may then be used fully as
   though signed.
16
   Thank you for your cooperation in this matter.
17
   Yours truly,
18
   Thomas A. Manno, C.S.R.
19
   CC: Mr. Lonny Ben Ogus
20
21
22
23
24
```