17

1    THE WITNESS:  Did we get any training?

2    MR. OGUS:  Q.  Yes.

3    A.    I mean, I didn't have any role in saying

4    anything.  So there was no preset way we should say it.

5    Q.    Were you ever in the room where your partner,

6    Officer Bady, ever got any training as to what she could

7    say or do before she arrested someone?

8    A.    I was never in the room, no.

9    Q.    You were here during Officer Bady's deposition,

10    right?

11    A.    That's correct.

12    Q.    You remember her description of her outfit --

13    what she was wearing that day?

14    A.    Yes.  Vaguely, yes.

15    Q.    I vaguely remember it, too, but it was tight

16    jeans -- whatever it was.  I don't want to pull out my

17    notes.

18        Have you ever seen people dressed like that who

19    are not prostitutes?

20    A.    No.

21    Q.    What makes that look, to your mind,

22    automatically like a prostitute?

23    A.    I mean--

24        MR. SELMER:  Objection.  Misstates the

18

1    testimony.

2        THE WITNESS:  With the combination of that

3    street and what it's known for, if I see a person out

4    there on that street wearing what she was wearing, I

5    would automatically assume that something's kind of

6    fishy.

7    MR. OGUS:  Q.  And you know that that street is a

8    big street for prostitution, correct?

9    A.    Correct.

10    Q.    So that's one of the factors that leads to you

11    believe that a person on that street, dressed that way,

12    is a prostitute, correct?

13    A.    Not necessarily.

14    Q.    How about if you saw a person dressed the way

15    Officer Bady was dressed walking down LaSalle Street?

16    Would you think they were a prostitute?

17        MR. SELMER:  Objection.  Incomplete

18    hypothetical, calls for speculation.

19        THE WITNESS:  Not necessarily.

20    MR. OGUS:  Q.  The answer is, you wouldn't say that

21    for sure, right?

22    A.    No, I wouldn't say that for sure.

23    Q.    Now, how long had you and Officer Bady been on

24    the street before you see Mr. Felder?

19

1    A.    Five years.

2    Q.    No.  I mean, that night.

3    A.    Oh, that night?

4    Q.    It's a long night if it's five years.

5    A.    Right.  I couldn't give an approximate time.

6    Q.    Okay.  Do you know what shift you were on?

7    A.    We were on 6:00 to 2:00.

8    Q.    And do you know what time you got out to the

9    location where Mr. Felder was arrested?

10    A.    Maybe about 7:00-ish.  8:00 maybe.

11    Q.    And do you know whether, before you arrested

12    Mr. Felder, you had arrested officers others that night?

13    A.    Wait.  Say the question over again.

14    Q.    Before you arrested Mr. Felder, did you arrest

15    anybody else that night on that street?

16    A.    Yes.

17    Q.    Do you know how many that was?

18    A.    Not exactly, no.

19    Q.    Five or less?

20    A.    Five or more.

21    Q.    How about after Mr. Felder?  Did you arrest

22    more people after Mr. Felder?

23    A.    I don't think so.  I don't remember.

24    Q.    Whoever was arrested on the street at that

20

1    location with Officer Bady and you, they all went to the

2    same one squadrol, eventually?

3    A.    I believe so.

4    Q.    What were you wearing that night?

5    A.    What was I wearing?

6    Q.    Yes.

7    A.    Usually I wear like a white T-shirt, you know.

8    Something that just like a regular street person that's

9    just hanging out would wear.  Maybe some jeans and some

10    gym shoes.

11    Q.    You're not trying to represent that you're a

12    certain type of a person other than just a person on the

13    street, right?

14    A.    Just trying to look plain.

15    Q.    You're not trying to look like a pimp or

16    something like that?

17    A.    No.

18    Q.    You're not trying to look like a police

19    officer?

20    A.    Exactly.

21    Q.    Exactly you're not trying to look like a police

22    officer?

23    A.    Exactly right.

24    Q.    Is there anything that anybody walking down the

DiGIOVANNI REPORTING, P.C.
312-345-6360

Exhibit B(2)

21

1  street would see that would identify you as a police

2  officer?

3      MR. SELMER:  Objection, speculation,

4  foundation, incomplete hypothetical.

5      THE WITNESS:  You said is there anything --

6  rephrase the question.

7      MR. OGUS:  I'll ask it a different way.

8  MR. OGUS:  Q.  You carry identification that says

9  you're a police officer, right?

10      A.    Yes.

11      Q.    But none of that -- anything that says you're a

12  police officer you're trying to keep hidden; would that

13  be fair to say?  So that nobody knows you're a police

14  officer?

15      MR. SELMER:  Objection, foundation.  At what

16  point in time?

17      MR. OGUS:  As he's walking on the street with

18  Officer Bady.

19      THE WITNESS:  At that time?

20  MR. OGUS:  Q.  Yes.

21      A.    No.  I had no identifying CPD emblems or

22  anything.

23      Q.    You are carrying a gun, right?

24      A.    That's correct.

22

1      Q.    So you're wearing a jacket over the gun, over

2  the holster?

3      A.    No.

4      Q.    Where is your gun?

5      A.    Under my shirt.

6      Q.    Under your shirt?

7      A.    Yes, sir.

8      Q.    Front of the shirt, back of the shirt?

9      A.    Tucked in the belt, kind of like today.

10      Q.    I didn't know it was tucked in today either,

11  but okay.  You learn something every day.

12          Is it in a holster?

13      A.    Yes.

14      Q.    It was in a holster then?

15      A.    Yes.

16      Q.    There were live rounds in it at that time?

17      A.    Yes.

18      Q.    Otherwise you wouldn't carry it, right?

19      A.    Right.

20      Q.    I don't mean to be silly, but every once in a

21  while I gotta ask a silly question.

22      MR. SELMER:  Some days he just carries a

23  boomerang.

24      MR. OGUS:  I was in Australia, you weren't.

23

1      MR. SELMER:  I was.

2      MR. OGUS:  Oh, that's right.  You were.

3      MR. OGUS:  Q.  You're carrying identification, I

4  take it, in your pocket or wallet that does identify you

5  as a police officer, correct?

6      A.    Yes.  Usually like on my belt, like right here

7  (indicating).  I could just snap it out, pull the chain

8  down, and throw it on my neck.

9      Q.    While you were working on Operation Angel, did

10  you have that chain around your neck?

11      A.    When I was working undercover, I had it snapped

12  on my belt.  Whenever I was going to do a take-down, I

13  snapped it down and threw it on my neck.

14      Q.    Okay.  And that's a shield, what you're showing

15  me, right?

16      A.    Correct.

17      Q.    Is that what you call it, your shield?

18      A.    Star.

19      Q.    Star?

20      A.    Shield is New York.

21      Q.    That's what I wanted to know.

22          So it's your star?

23      A.    Yes.

24      Q.    So do you remember the first time you saw

24

1  Mr. Felder?

2      A.    The first time, I remember seeing him drive

3  around the first time.  And I remember seeing him come

4  back the second time.

5      Q.    And do you remember how long it took him

6  between the first time you saw him to the second time you

7  saw him?

8      A.    I don't remember exactly, but it could have

9  been anywhere from two to seven or eight minutes.

10  Somewhere around there.

11      Q.    And in between that two to seven or eight

12  minutes, did anyone approach you or Officer Bady?

13      A.    Did anyone approach?

14      Q.    Yes.

15      A.    Actually a prostitute approached me.

16      Q.    And what happened?  Who was that?

17      A.    I was being solicited at the time.

18      Q.    Okay.

19      A.    But after I got the prostitute to kind of like

20  move away, I seen Mr. Felder come back around and engage

21  in conversation with my partner.

22      Q.    So let's talk about this prostitute that

23  engaged you.

24      A.    Uh-huh.

25

1  Q.  Did you arrest her?

2  A.  No.

3  Q.  What did she say to you and what did you say to

4  her?

5  A.  She just asked me if I wanted a blow job, you

6  know.

7  Q.  Did she name a price?

8  A.  I didn't even engage.  I was just telling her,

9  I'm not interested.

10  Q.  Did you tell her you were a police officer?

11  A.  Well, I wouldn't be undercover if I did, would

12  I?

13  Q.  I don't know.  You're the expert on that.

14  A.  Right.

15  Q.  So you just told her basically go away, I'm not

16  interested?

17  A.  Exactly.

18  Q.  And this was between the two times that you saw

19  Mr. Felder?

20  A.  Well, when I seen him the first time, then a

21  prostitute came up.  Then I shagged her off, and I seen

22  Mr. Felder come back around.

23  Q.  I'm sorry.  You said a term which I didn't get.

24  You shagged off?

26

1  A.  I shagged her off.

2  Q.  Tell me what that means so we get it right.

3  A.  Like, you know, beat it.

4  Q.  Okay.  You blew her off.

5  A.  Right.

6  Q.  You told her to get lost.

7  A.  Yes.

8  Q.  Sometimes you use a word that might have

9  different meanings, and I want to make sure that

10  everybody's...

11  A.  I understand.

12  Q.  That everybody knows exactly what you're

13  saying.

14  A.  Okay.

15  Q.  So there's no doubt like, oh, I didn't really

16  mean this, I meant this.

17  A.  Right.

18  Q.  Just want to make sure.

19  A.  Right.

20  Q.  Where did she go after you told her to get

21  lost?

22  A.  Well, once she started walking away, I kept my

23  eye on my partner, and I really lost sight of her after

24  that.

27

1  Q.  Anybody else approach Officer Bady while you --

2  in between the two times you saw Mr. Felder?

3  A.  No.

4  Q.  And you're certain that you saw Mr. Felder two

5  times?

6  A.  I'm positive, yes.

7  Q.  Do you remember what he was driving?

8  A.  Not exactly.  I know it was a -- I know it was

9  some type Chrysler SUV -- small, light truck.  Like a

10  van/truck.

11  Q.  The first time you saw him, where was he going?

12  What direction?  What street was he on?

13  A.  He was traveling -- the first time I seen him,

14  he was traveling south.  And then he went around.  I'm

15  not sure where he went after that.

16  The last time I seen him, he was traveling

17  south.  So I didn't know whether or not he was going to

18  stop.

19  Once I seen him slow down, he pulled off, and I

20  don't know where he went after that.  But the last time I

21  seen him, he was traveling south.

22  Q.  You say he slowed down and pulled off.  I'm not

23  sure I know what that means.

24  A.  Meaning when he came through the first time, he

28

1  kind of slowed his car up a little bit.

2  Q.  Okay.

3  A.  Then he kind of pulled off.

4  Q.  Did he open the windows?  Did he stop?  Did he

5  say anything?

6  A.  At that time I didn't witness him do anything.

7  Whether he did or not I'm not sure.

8  Q.  How was it you remember that a person who

9  didn't stop, you remember seeing him?

10  A.  I'm sorry?

11  Q.  Well, your job -- let me strike that.

12  Your job is to provide protection for

13  Officer Bady, correct?

14  A.  Right.

15  Q.  And now you remember seeing Mr. Felder driving

16  in a black SUV before he had ever--

17  A.  I didn't say black.

18  Q.  I'm sorry.  In a small SUV.

19  A.  Right.

20  Q.  In a small SUV before there was any

21  conversation between him and Officer Bady, right?

22  A.  Correct.

23  MR. SELMER:  Objection to the extent it

24  mischaracterizes his testimony about what he saw.

29

1   MR. OGUS:  Q.  How is it you were paying attention
2   to who was driving down the street instead of watching
3   Officer Bady?
4       MR. SELMER:  Objection, argumentative.
5       THE WITNESS:  I don't understand what you're
6   saying.
7       MR. OGUS:  Q.  Well, you're supposed to be watching
8   Officer Bady, right, protecting her?
9   A.  Right.
10  Q.  But you're not watching Officer Brady, you're
11  watching Mr. Felder drive down the street, right?
12      MR. SELMER:  Objection.  Assumes facts not in
13  evidence.
14      THE WITNESS:  No.
15  MR. OGUS:  Q.  How did you come to see Mr. Felder
16  driving down the street.
17  A.  Well, as an officer you to have be observant of
18  your surroundings at all times.
19      So naturally just by training, I could watch
20  her and see what he's doing right now.
21  Q.  So you did that for every car that drove past
22  yourself and Officer Bady?
23  A.  Well, normally, I mean, with any situation --
24  the thing that might have stood out more with him is that

30

1   when he slowed down, I thought that at that time he was
2   going to engage with Officer Bady.
3       When he didn't and he came back around,
4   automatically I knew that was the same car.
5   Q.  But I just want to know why you were watching
6   -- strike that.  I don't want to know why.
7       I'm focusing on what caused you to watch him
8   the first time, okay?  We'll get to the second time when
9   he comes around next, after he comes around.
10      But were any other cars driving by while
11  Mr. Felder drove by?
12  A.  I mean, it's a public way.  So I'm pretty sure
13  there was.
14  Q.  Did you watch them like you watched Mr. Felder?
15  A.  Well, if there was other cars, they didn't stop
16  and try to talk, and look like they was going to stop and
17  talk to my partner.
18  Q.  Now when you said he slowed down and it looked
19  like he was going to stop, which side of the street was
20  he on?
21  A.  Which side of the street?
22  Q.  Yes.  He was driving southbound?
23  A.  Correct.
24  Q.  Which lane was he in?  Close lane, middle lane,

31

1   far lane?
2   A.  I don't remember.
3   Q.  And where did he slow down?
4   A.  Where did he slow down exactly?
5   Q.  Yes.
6   A.  I mean, I couldn't give you an exact location
7   where he slowed down.  He was in front of me, on the
8   street that I was on.
9   Q.  And how far were you from Officer Bady?
10  A.  I stayed probably about 15 feet behind her.
11  Q.  Was she north of you or south of you?
12  A.  She was south of me.
13  Q.  So Mr. Felder would have been -- if he's
14  driving southbound, he passes you first and then
15  Officer Bady, right?
16  A.  Correct.
17  Q.  So Officer Bady -- you're walking southbound,
18  she's walking southbound.  She's in front of you,
19  correct?
20  A.  Correct.
21      MR. SELMER:  Objection, assumes facts not in
22  evidence.  The fact of walking in the preceding answer.
23      MR. OGUS:  Q.  Were you walking?
24  A.  I mean, I don't remember if I was walking,

32

1   stopping.
2       But see what happened was, whatever action she
3   takes -- if she stops, I stop.
4   Q.  You try to maintain about 15 feet behind her?
5   A.  Correct.
6   Q.  You weren't running, right?
7   A.  No.
8   Q.  You weren't jumping?
9   A.  No.
10  Q.  You weren't skipping?
11  A.  No.
12  Q.  Whatever movement you make, you were walking or
13  stopped for a second or two, a few seconds or two, right?
14  A.  I would say that sounds right.
15  Q.  By the way, as a police officer, one of your
16  jobs is to determine whether or not there's probable
17  cause to arrest someone, right?
18  A.  That's correct.
19  Q.  You're trained on how to do that, right?
20  A.  Correct.
21  Q.  And you've made those decisions probably nearly
22  every day for the last five years, right?
23  A.  Correct.
24  Q.  And you did so in this case, too, right?

33

1    A.    No.
2    Q.    We'll get to that. I got one ahead of myself.
3          So you're now about 15 feet behind
4    Officer Bady. You're both going southbound on 51st.
5          Mr. Felder is also driving southbound, right?
6    **A.    Not on 51st.**
7    Q.    I'm sorry. Which street?
8    **A.    Exchange.**
9    Q.    It's right around the corner of 51st and
10   Exchange, right?
11   **A.    No, sir.**
12   Q.    What corner is it on? I'm sorry. 78th.
13   **A.    That's the other case.**
14   Q.    You're absolutely right. You're absolutely
15   right.
16   **A.    By the time you retire, you're going to know**
17   **where every good prostitution spot is.**
18   Q.    Don't tell my wife.
19         I'm sorry. 78th and Exchange.
20   **A.    Yes.**
21   Q.    He's driving south, and you and Officer Bady
22   are walking south and stopping at the same time, right?
23   **A.    Yes.**
24   Q.    So is the car to the right of you or to the

34

1    left of you, as you're walking?
2    **A.    Well, immediately it fell in a line of sight**
3    **because it was going southbound and we was going**
4    **southbound.**
5          **So it wasn't to the right. It was kind of like**
6    **right in front of me.**
7    Q.    It past in front of you?
8    **A.    I mean, it fell in my line of sight.**
9    Q.    But it came from behind you, right?
10   **A.    Yes, because we were going southbound on the**
11   **street. It's a southbound street.**
12   Q.    So Mr. Felder was at one time obviously behind
13   you with his car, right?
14   **A.    Obviously, right.**
15   Q.    And then at some point, he got even with you.
16   And then at some point he continued and went past you,
17   right?
18   **A.    Exactly.**
19   Q.    So in that scene, in that sequence rather, when
20   or where did Mr. Felder slow down and do anything
21   different?
22   **A.    Oh, once he got ahead of me, close to where my**
23   **partner was walking.**
24   Q.    Did he turn to the left or to the right to see

35

1    your partner closer or anything like that?
2    **A.    I mean, I couldn't observe him from where I**
3    **was. You mean like with his head, or--**
4    Q.    No, with the car.
5          Did he turn the car to get closer to
6    Officer Bady, or did he turn the car to get further away,
7    or did he continue going straight down the line?
8    **A.    He slowed down, but he didn't veer to the left**
9    **or to the right.**
10   Q.    Okay. Did he open a window?
11   **A.    Again, I didn't see whether or not he opened a**
12   **window or not.**
13   Q.    And again just so I understand it, as he's
14   passing you, he's on your right or on your left, as he's
15   driving past you the first time?
16   **A.    Oh. I was on the sidewalk, so he would have**
17   **been to my left.**
18   Q.    He's to your left?
19   **A.    Correct.**
20   Q.    So the driver's side is further away than the
21   passenger side from where you're looking at, of his car?
22   **A.    Correct.**
23   Q.    So to see what he was doing, you would have had
24   to look through the passenger window and then through

36

1    Mr. Felder, correct?
2    **A.    I mean, he wasn't -- I mean, if he was ahead of**
3    **me, there was no way I could see inside his vehicle.**
4    Q.    That ends that line of questioning. That's
5    what I was going for and you said it right away. Fair
6    enough. Okay.
7          So now you said he slowed down when he got past
8    you, right?
9    **A.    That's correct.**
10   Q.    Can you approximate what speed he was doing
11   before he slowed down, to what speed he was doing after
12   he slowed down?
13   **A.    No.**
14   Q.    Did he slow down by half?
15   **A.    I mean, there's no tool that could determine**
16   **how fast a car is going, approximately what miles they're**
17   **traveling at. We have no tools.**
18   Q.    Okay. But you make traffic arrests, don't you,
19   for guys speeding, right?
20   **A.    Right, but if I'm in the car and you're in the**
21   **car, I could base the speed that you're going by what my**
22   **speedometer says.**
23   Q.    But sometimes you're sitting in your car and
24   the guy goes past you, right, and you arrest him for

DiGIOVANNI REPORTING, P.C.
312-345-6360