## Page 37

1 speeding, you give him a ticket, right?
2  A. No.
3  Q. Never?
4  A. Never.
5  Q. I have to remember that when you give me a
6 ticket.
7  A. Well, the law requires that you gotta pace
8 before you can give out a traffic ticket.
9  Q. All right. When he slowed, as he was slowing,
10 what was the slowest he got -- strike that.
11     He slowed, and then he sped up again and drove
12 away, right? Or did he continue that same slow pace all
13 the way out?
14  A. No. He picked up to regular, whatever the
15 street -- whatever the rest of the traffic was doing,
16 that's what he was doing.
17  Q. How many lanes is Exchange where he was?
18  A. At the time I believe it was one lane, because
19 they was kind of like doing construction. So there was
20 some horses in the street, so...
21  Q. Construction horses, not real horses.
22  A. Yeah, construction horses.
23     But I'm not sure. I think it was -- I'm not
24 sure which lane. I think it was the lane closest to the

## Page 38

1 sidewalk, which was free.
2  Q. Are there parked cars in that lane or is that
3 where the horses were?
4  A. No parked cars.
5  Q. So he slowed down.
6     Do you know how long he remained in this
7 slowed-down speed?
8  A. I mean, it was like he seen something that
9 might have caught his attention for a second. And then
10 he kind of like snapped out of it.
11  Q. You and Officer Bady and the prostitute that
12 you sent away, are you the only three people on that side
13 of the street?
14  A. At what time?
15  Q. When he's driving by and slows down.
16  A. Well, the prostitute wasn't there when he--
17  Q. Oh, she's already gone?
18  A. No. She had came afterwards.
19  Q. I'm sorry. Then it's you and Officer Bady.
20     Are you the only two people on the street, on
21 your side of the street at that time?
22     MR. SELMER: Objection, calls for speculation.
23     THE WITNESS: I mean, as far as I could see, I
24 was paying attention to my partner. I don't know who was

## Page 39

1 behind me or who was in front of me at the time. I
2 didn't see anyone.
3     MR. OGUS: Q. Okay. When Mr. Felder slowed down,
4 what was Officer Bady doing?
5  A. I believe she was walking.
6  Q. Normal walk?
7  A. I mean, her foot was moving in front of the
8 other one. What do you mean?
9  Q. Well, you've been on patrol with her for years,
10 right?
11     Is that the walk she would walk when you're
12 going to get a sandwich?
13  A. I believe so.
14  Q. So she wasn't doing anything to attract
15 attention to herself?
16  A. Oh, no. Nothing like that.
17  Q. So she just was walking down the street, and
18 you said Mr. Felder slowed down for a few seconds, right?
19  A. It was like something had caught his attention,
20 and I just assumed that maybe it was my partner that
21 might have caught his attention.
22  Q. She's a pretty woman?
23  A. I believe so.
24  Q. Okay. Men slow down for pretty women when

## Page 40

1 they're driving at times?
2  A. Yes.
3  Q. It's been known to happen, right?
4  A. Yes, I believe so.
5  Q. That doesn't mean they want to have -- that
6 doesn't mean that they're going to ask them to have sex
7 for money, does it, the fact that a pretty woman is
8 walking down the street and you slow down to look at
9 them?
10  A. I wouldn't slow down on that street.
11  Q. But on a different street, have you ever slowed
12 down for a pretty woman, to look at her?
13  A. No.
14  Q. Are you married?
15  A. No.
16  Q. Other than slowing down, is there anything else
17 that you remember Mr. Felder doing that made him look
18 suspicious?
19     MR. SELMER: The first time?
20     MR. OGUS: The first time. Absolutely.
21     THE WITNESS: No.
22     MR. OGUS: Q. So he just slowed down for a couple
23 of seconds. You didn't see what his face was doing, what
24 he was looking at, right?

### Page 41

1  A. No.
2  Q. You don't even know if he actually looked at
3  Officer Bady, correct?
4  A. That is correct.
5  Q. He could have dropped something in his car and
6  he'd have to slow down to pick it up, correct?
7  A. I agree, yes. No, I don't see anything.
8  Q. Now, the next time you see Mr. Felder, is he
9  coming again south on Exchange?
10  A. That's correct.
11  Q. So he's not backing down that street?
12  A. No.
13  Q. And in this two to seven minutes besides
14  dealing with the prostitute, the real prostitute, are you
15  doing anything else, other than following behind
16  Officer Bady?
17  A. No.
18  Q. You don't talk to anyone?
19  A. No.
20  Q. What happens when you get to the end of the
21  street? Does Officer Bady turn around and go northbound?
22  What do you do?
23  A. Not that I recall, no.
24  Q. Oh. If she starts walking down to Exchange, is

### Page 42

1  there an end to her walk? What stops her walk?
2  She's walking, she's walking, she's walking.
3  She could walk to the Loop.
4  A. Okay.
5  Q. What stops her walk? Is there a geographical
6  area where she stops?
7  A. In relation to what?
8  Q. In relation to Undercover Angel.
9  A. You mean were we given a perimeter?
10  Q. Yes.
11  A. No.
12  Q. Does she ever turn around and go back and start
13  where she came from on Exchange?
14  A. I mean, in relation to what? That's what I'm
15  asking.
16  Q. I'm walking southbound on Exchange, okay?
17  A. Right.
18  Q. If I continue to walk southbound on Exchange,
19  I'll eventually get into the next police district, right?
20  A. Okay. So do you mean within the time of that
21  operation?
22  Q. Yes.
23  A. Or do you mean the time of the stop of your
24  client?

### Page 43

1  Q. No, the time of the operation.
2  A. Oh.
3  Q. Officer Bady is walking down the street.
4  Nothing happens. Nobody stops her. Nobody talks to her.
5  Is there an end to her walk where she starts
6  over?
7  A. Okay. From the start of the operation, she
8  would go from the north side to the south side.
9  Q. Of 78th?
10  A. About seventy -- I don't remember what exactly
11  it was.
12  Was it seventy... Well, I can't ask her. I
13  don't remember.
14  Q. Is it one block?
15  A. It started at probably about 78th. Yes, maybe
16  about one, one-and-a-half blocks, then it goes to the
17  other side.
18  Q. And what happens if she gets to the end of her
19  walk and nobody has bothered? Does she cross the street
20  and then go north?
21  MR. SELMER: Objection, calls for speculation,
22  foundation.
23  THE WITNESS: I mean, yes. I mean, we didn't
24  have no other choice, right?

### Page 44

1  MR. OGUS: Q. You could walk around the street and
2  come back, right?
3  A. Right.
4  Q. So she would cross the street and now walk
5  north on Exchange, right?
6  A. Right.
7  MR. SELMER: Objection.
8  MR. OGUS: Q. Did that happen that night during
9  Operation Angel, that she got to the end of the street
10  and nothing happened, that she had to go back on the
11  other side?
12  A. No.
13  Q. So every time she walked that block, block and
14  a half, during that walk, an arrest was made?
15  A. I mean, on both sides, yes. Arrests were made
16  on both sides.
17  Q. So at some point, she had to get to the
18  southern end, cross the street, and then start walking
19  north on Exchange, right?
20  A. We started on the north side.
21  Q. Okay. You started on the north side?
22  A. Right.
23  Q. So you started walking north?
24  A. I mean, during the operation, we just didn't go

## Page 45

1 from side to side. She walked back, came back this way
2 (indicating), and then we started on the other side.
3    Q.   Exchange is a one-way street or a two-way
4 street? It's Exchange you're on, right?
5    A.   It's a street south, train tracks, and a street
6 north.
7    Q.   So to do a successful Operation Angel while
8 you're walking north, you'd have to cross the street,
9 cross the train tracks, and cross the other side of the
10 street, right?
11         MR. SELMER: Objection.
12         THE WITNESS: Well, for a minute -- I mean, she
13 just didn't run, like do laps around the square. I mean,
14 it was kind of like a freestyle. So she kind of did what
15 she wanted to do. It wasn't like a set perimeter.
16         She went from here, went from there, and I
17 mean, whenever she felt like it, she could go on the
18 side. You understand what I'm saying?
19         MR. OGUS: Q.  Yes, but when you're going
20 southbound, you don't want to -- if she's walking
21 southbound, she's doesn't want to be where cars are going
22 in the opposite direction, does she?
23    A.   I mean, it really wouldn't matter.
24    Q.   Okay. So there were times she's walking on the

## Page 46

1 same side -- you're walking southbound on Exchange,
2 right--
3    A.   Um-hum.
4    Q.   --when you see Mr. Felder?
5    A.   Right.
6    Q.   There are times when she was walking northbound
7 on Exchange on that same side of the street?
8    A.   No.
9    Q.   When she's walking northbound, she's always
10 across the street?
11    A.   Right. When she was walking northbound, right.
12    Q.   Now, I know I asked you this. I want to make
13 sure I got it right.
14         Was there ever a time during your walk from
15 where you start going southbound to where you end going
16 southbound that an arrest was not made?
17    A.   I don't think so.
18    Q.   So within each walk from beginning to end
19 southbound on Exchange, someone saw Officer Bady, someone
20 came over to her, and someone was arrested that night?
21    A.   Well, yes. If they solicited her, yes.
22    Q.   By the way, did any people stop that night and
23 talk to Officer Bady and not get arrested?
24    A.   I don't remember.

## Page 47

1    Q.   So now you see Mr. Felder arrive again, right?
2 Because you don't see where he goes during that two to
3 seven minutes, right?
4    A.   Right.
5    Q.   And how much further down the street have you
6 and Officer Bady gone in that two to seven minutes?
7    A.   I can't remember.
8    Q.   Five feet, 100 feet? Did you get to the end of
9 78th?
10    A.   No. We never made it to the end.
11         I really don't remember in relation from the
12 first stop where we were on the street in relation to the
13 second stop.
14    Q.   Do you remember where you were when you saw him
15 the first time? Were you at 79th?
16    A.   Not exactly, no.
17    Q.   Were you in the middle of the street?
18    A.   I wasn't in the middle of the street.
19    Q.   Do you know where Officer Bady was?
20    A.   I mean, like I said--
21    Q.   I don't mean the middle of the street where the
22 cars were. I mean in the middle of the block going from
23 79th to 78th.
24    A.   I just don't recall.

## Page 48

1    Q.   So you see Mr. Felder drive past you again?
2    A.   That's correct.
3    Q.   Is he in a slowed speed or is he in the old
4 speed of--
5    A.   He's like in a creep.
6    Q.   Creep. Okay.
7         And he passed you first, and then he gets
8 closer to Officer Bady, correct?
9    A.   Correct.
10    Q.   She's still 15 to 20 feet ahead of you?
11    A.   About 15, yes.
12    Q.   And what happens then when he passes you?
13    A.   From what I could see, he pulls his car closer
14 to the curb.
15    Q.   So he would have to move to the right?
16    A.   Move to the right. And I could still kind of
17 see both of them.
18         I seen them engage in conversation. And I
19 walked up and I seen him curb his vehicle to the left on
20 that street.
21         I seen her walk around to the driver's side and
22 come around to the passenger side, and she gave a signal.
23    Q.   Did you ever hear anything that Officer Bady
24 said to Mr. Felder?

**Page 49**

1  A.  No.
2  Q.  Did you ever hear anything Mr. Felder said to
3  Officer Bady?
4  A.  No.
5  Q.  What was your signal?
6  A.  She moved her hand.
7  Q.  Did you ever see Officer Bady do anything other
8  than walk normally down the street while she was walking?
9  A.  No.
10 Q.  Did she ever sashay her hips?  Do you remember
11 her doing that?
12 A.  I don't remember her doing anything like that.
13 Q.  Do you ever remember her waving or anything
14 like that?
15 A.  No.
16 Q.  When Mr. Felder first pulled over to the side,
17 was she on the street or was she in the gutter on the
18 sidewalk?  Do you remember where she was?
19 A.  You said when he first--
20 Q.  When he pulled over.  When he -- strike that.
21 Let me ask it a better way.
22     You said he was driving at a crawl the second
23 time, right?
24 A.  Creep.

**Page 50**

1  Q.  A creep.  Okay.
2     And he pulled over to the right to get closer
3  to where the officer was, right?
4  A.  Correct.
5  Q.  When he stopped his car, was she in the street,
6  on the sidewalk?  Where was she?
7  A.  Well, he was in the street and she was kind of,
8  like -- you said a gutter?
9  Q.  Yes.
10 A.  Kind of like in the street but kind of closer
11 to the sidewalk.
12 Q.  The gutter to me is the road where the cars
13 are.  Is that fair?  Do you understand it that way?
14 A.  I'm thinking you mean like where the street...
15 Q.  But that's also part of the street?
16 A.  That's part of the street, yes.
17 Q.  So she was in the street where the cars are?
18 A.  Right.  But like I said, it was kind of like a
19 walkway where the street meets the sidewalk.
20     So it was kind of like right there at the
21 border edge of where the street and the met at.
22 Q.  She walked over to the passenger side?
23 A.  No, not until...
24 Q.  Not until after she gave you a signal?

**Page 51**

1  A.  No, not until he curbed the vehicle.
2  Q.  Yes, he curbs the car.  Where does she go?
3  A.  Over to the driver's side.
4  Q.  To the driver's side?
5  A.  Right.
6  Q.  So she goes around the car, around the front of
7  the car?
8  A.  I think she went around the back, I'm not sure.
9  I don't remember, but I think she went around the back.
10 Q.  And you don't even know if they had a
11 conversation, right?
12 A.  I mean, from what I can see -- I mean, from
13 what I could see, it looked like a conversation.  I
14 didn't hear anything, no.
15 Q.  When you say from what you could see, what
16 could you see that made you believe there was a
17 conversation going on?
18 A.  Well, I heard a sound coming from that vehicle,
19 and I seen her lips moving, and I heard sounds.
20     But I just didn't hear the conversation in
21 detail, the words that were said.
22 Q.  Where were you when you see Officer Bady's lips
23 moving?
24 A.  Where was I?

**Page 52**

1  Q.  Yes.
2  A.  I mean, I heard words.  I mean, I heard, you
3  know -- I can hear their voices, but I just couldn't hear
4  in detail.  But I probably was like, again, within 12, 15
5  feet maybe behind her.
6  Q.  Could you see her lips moving?
7  A.  Yes.
8  Q.  So you were behind her and you saw her lips
9  moving?
10 A.  I was kind of like, since the street is like
11 this (indicating)...
12 Q.  Angles?
13 A.  Right.  It's at an angle, I could kind of see
14 her from this angle.  So I wasn't directly behind her,
15 but I could see her lips moving from the side.
16 Q.  All right.  You're still on the sidewalk,
17 right?
18 A.  Yes.
19 Q.  Are there any parked cars or anything between
20 you and Mr. Felder's car?
21 A.  Not that I remember, no.
22 Q.  So you're 15 feet away, looking through the
23 driver's side window?
24 A.  No.