**Page 53**

1  Q. Looking through the passenger's side window?
2  A. Well, again, I could just hear a sound coming
3  from his vehicle, and it looked like what I thought was a
4  conversation. But I couldn't see him directly, no.
5  Q. But you said you saw Officer Bady's mouth
6  moving?
7  A. Right.
8  Q. And to see that, you had to look through the
9  passenger's side window through the rest of the car and
10  through both side windows, right?
11  A. We're talking about two different things.
12      I'm thinking you're talking about when he
13  pulled up.
14      But you're saying after he parked his vehicle
15  is what you asked.
16  Q. Let's go back. If you're answering -- or we're
17  on different wavelengths, let's go back and make sure
18  we're on the same wavelength.
19      I'm talking about the first time he pulls up,
20  the first time he pulls up.
21  A. When he first pulls up, he veers closer to the
22  street. She's on the right side of the vehicle, you see?
23  Q. Okay.
24  A. So she hasn't even moved to the driver's side

**Page 54**

1  yet.
2  Q. Okay. Then what happens?
3  A. Then like I said, I witnessed what I thought
4  was a conversation.
5  Q. So she's on the passenger side when you witness
6  this conversation?
7  A. Right.
8  Q. And do you hear her speak?
9  A. I heard -- yes, I can hear it, but I don't know
10  what the words were.
11  Q. Did you hear Mr. Felder speak?
12  A. I heard, yes. I heard his voice coming from
13  the vehicle.
14  Q. But you have no idea what words he used?
15  A. No.
16  Q. You couldn't see his voice -- I'm sorry. You
17  couldn't see his mouth, right?
18  A. No. I couldn't see his mouth.
19  Q. And how long does this stop take place?
20  A. It was -- I mean, if I had to give time, maybe
21  60 to maybe 100 seconds.
22  Q. And you are 15 feet behind Officer Bady?
23  A. Somewhere within 12, 15 maybe, at that time.
24  Q. And you're on the sidewalk, right?

**Page 55**

1  A. Yes.
2  Q. And then after this 60 to 100 seconds, he
3  drives further southbound, correct?
4  A. Well actually it's like southwest.
5  Q. It's an angle street that comes--
6  A. Angle street, right.
7  Q. So he goes into sort of like an alleyway
8  almost?
9  A. It's a street.
10  Q. It's a street. Okay. What street is that?
11  A. I believe it's Escanaba. That's what I
12  believe.
13  Q. So how far down the street does he go?
14  A. I would say maybe about two houses within that
15  street.
16  Q. Houses? Private houses?
17  A. No houses, but I mean within two house spaces.
18  You know, like a regular size lot within that street.
19  Q. What's Escanaba? Is that a two-way street, a
20  one-way street?
21  A. I think it's a one-way, Escanaba.
22  Q. Going southbound?
23  A. Yes.
24  Q. Southwest.

**Page 56**

1  A. That street, yes.
2  Q. And with Mr. Felder's car in that street, are
3  there any parked cars on that street? Strike that.
4      How many lanes are there on that street,
5  including--
6  A. It's a regular size street. So it's just one
7  lane.
8  Q. Plus parked cars?
9  A. Yes, I believe so.
10  Q. So one lane plus one lane for parked cars, or
11  two lanes?
12  A. I mean, I believe that street -- I believe
13  there's parking on both sides. I'm not sure.
14  Q. Plus a lane for cars to drive through?
15  A. Exactly.
16  Q. When Mr. Felder stops his car, does he stop it
17  in the middle, the left, or the right of that street?
18  A. He parks it.
19  Q. He parks it on the left or the right?
20  A. On the left.
21  Q. So his driver's side is closer to the curb and
22  his passenger side is on the street side?
23  A. Correct.
24  Q. And Officer Bady goes over to where he is?

**57**

1 A. That's correct.
2 Q. And you follow 15, 20 feet behind her?
3 A. Yes. I mean, at that point since I see it's
4 kind of closing up, I might have been a little closer.
5 I'm not sure.
6 Q. And Officer Bady goes over to the driver's
7 side, right?
8 A. That is correct.
9 Q. And you hear or see her mouth moving.
10 What happens then?
11 A. I hear conversation being made, but again, I
12 still couldn't tell what was being said.
13 Q. And you couldn't hear Mr. Felder's conversation
14 either?
15 A. I couldn't hear words, but I did hear him also
16 engage in a conversation.
17 Q. And when you heard these things, how far way
18 were you? Where were you?
19 A. Again, normally I would be within 12, 15 feet
20 behind her.
21 But like I said, when I seen things start to
22 close up, I did want to be closer. So I really couldn't
23 tell you exactly how far I was, but maybe a little closer
24 than normal.

**58**

1 Q. When you say you saw things close up, would it
2 be fair to say you meant something was going on and you
3 might have to act?
4 A. Exactly. Right.
5 Q. It wasn't just -- strike that.
6 So you hear a conversation, but you don't know
7 what they said.
8 How long is this conversation?
9 A. It was short. I would say less than 60
10 seconds.
11 Q. Do you know who started the conversation?
12 A. You mean from the point of the stop?
13 Q. Yes.
14 A. Mr. Felder.
15 Q. And then Officer Bady answered, said something?
16 A. She must have, yes.
17 Q. And then did Mr. Felder say something again?
18 A. I mean, I really -- like I said, I really can't
19 -- I don't know what was said. I just heard a
20 conversation.
21 So I can't give you a sequence of the
22 conversation or what was said or how it was said. I
23 really just can't.
24 Q. Do you know how many times Mr. Felder talked?

**59**

1 When I say "talked," I mean, every time I talk
2 and somebody else talks, that's one, one each.
3 How many times did it go back and forth, or was
4 it--
5 A. I don't know.
6 Q. You don't know?
7 A. No.
8 Q. And eventually you get the signal. She puts
9 her hand on her head, or waves her hand or something,
10 right?
11 A. That's correct.
12 Q. And does she face you when she's doing that?
13 A. I mean, I don't remember. I just remember -- I
14 was watching her hand.
15 Q. And before when Officer Bady got to the car and
16 before you got your signal, do you know how long that
17 was?
18 A. No.
19 Q. A minute, two minutes, five minutes?
20 A. Less than a minute.
21 Q. Less than a minute. Okay.
22 And she gives you the signal. What do you do?
23 A. Approached the subject, ordered him to leave
24 the vehicle, get out of vehicle.

**60**

1 Q. Do you have other people backing you up?
2 A. I mean, there was a team out there.
3 Q. My question is -- let me stop you.
4 My question is, before you approach the vehicle
5 and order him out of the car, do you contact the team?
6 A. No.
7 Q. Have you, at any point in time during
8 Mr. Felder's second drive-around, as you put it, with
9 Officer Bady, had you contacted the team and said, hey,
10 we might be closing in on something, get ready?
11 A. I mean, we were on video surveillance. So
12 everything that went down, they were watching me. So
13 there was no -- I didn't have a police radio on me. So
14 there was no need for me to be in conversation with
15 anybody.
16 Q. So you had no radio would be my next question.
17 A. Exactly.
18 Q. Where were they watching from?
19 A. I don't know.
20 Q. Were they in a car?
21 A. I mean, I don't know.
22 Q. You just know they were watching.
23 A. I know they were watching.
24 Q. Do you know how many people there are?

## Page 61

1  A. That's watching?
2  Q. Yes.
3  A. I mean--
4  Q. That's watching you and Officer Bady.
5  A. I would assume minus us -- there's 10 people on
6  the team. So I would assume eight people was watching.
7  Q. Are they all in the same location, do you know?
8  A. I don't know.
9  Q. Have you ever been -- instead of watching
10 Officer Bady, have you ever been one of those eight type
11 other people on the team?
12  A. Well, as I explained earlier, this is actually
13 the first mission I was on.
14  Q. You're right. I forgot. You're absolutely
15 right and I forgot.
16     Okay. You approach the car. Do you have your
17 gun out?
18  A. Yes.
19  Q. And what do you do when you -- what happens to
20 Officer Bady?
21  A. She walks off.
22  Q. Which way does she go?
23  A. At that time my focus is on the subject.
24  Q. Did she pass you or did she go the other way?

## Page 62

1  A. At that time I was focusing on the subject. I
2  really didn't see where she went.
3  Q. Did you see her go to the driver's side, I'm
4  sorry, the passenger side of the car?
5  A. After she gave the signal?
6  Q. Yes.
7  A. No.
8  Q. Did you ever see her on Escanaba on the
9  passenger side of the car?
10  A. Did I ever see her?
11  Q. Yes.
12  A. Yes. I seen her walk around.
13  Q. When was that?
14  A. Approach the door. This is before she gave the
15 signal.
16  Q. After she gave the signal, did you ever see her
17 walk towards the back of Mr. Felder's car?
18  A. No.
19  Q. And you were coming from that direction, so she
20 would have had to pass you to do that, right?
21  A. Yes.
22  Q. And did you ever see her go around to the other
23 side of the car, the passenger side of the car?
24  A. I thought that's what you was asking me.

## Page 63

1  Q. She could have gone around the front way. I
2  was asking if she did it around the back way. Let me ask
3  it again, okay?
4     After she gave the signal, did Officer Bady --
5  strike that.
6     After she gave the signal, did you ever see her
7  again in the next 15 minutes?
8  A. In the next 15 minutes, yes.
9  Q. In the next five minutes?
10  A. I mean, like I said, approximately. I don't
11 know how long it took.
12  Q. From when Mr. Felder moved from that scene, did
13 you ever see Officer Bady again after she gave the
14 signal?
15  A. Yes.
16  Q. And when was that?
17  A. I mean, it had to be when we was going back to
18 our car.
19  Q. So you approach the car from behind the
20 driver's side, right?
21  A. Well, no.
22  Q. How do you approach the car?
23  A. I approach the car coming from the passenger
24 side, and then I end up on the driver's side.

## Page 64

1  Q. How do you do that?
2  A. Cross around the back of it and come around to
3  the driver's side.
4  Q. But as you're coming up on Mr. Felder, you're
5  already on the driver's side, correct?
6     MR. SELMER: Objection, form.
7     THE WITNESS: I don't recall.
8  MR. OGUS: Q. You told Mr. Felder he's under
9  arrest, right?
10  A. Right.
11  Q. Which side of the car are you on?
12  A. I mean, when I approached the driver, the
13 vehicle itself, I was on the driver's side.
14  Q. Okay. So now you're on the driver's side.
15     Is your gun out?
16  A. Yes.
17  Q. And you get to the doorway, window, where the
18 driver is sitting, right?
19  A. Correct.
20  Q. What do you do?
21  A. Order him out of the vehicle.
22  Q. Do you point your gun at him?
23  A. Probably.
24  Q. And when you point your at him, how close is

## Page 65

1  your gun to him?
2  MR. SELMER: Objection, mischaracterizes his
3  testimony. He said he probably did.
4  THE WITNESS: I mean, how close was I in feet?
5  When I approached the vehicle--
6  MR. OGUS: Q. When you pointed the gun at him, how
7  close was the gun to him?
8  MR. SELMER: Objection, assumes facts not in
9  evidence.
10  THE WITNESS: I mean, there's no way that I
11  could--
12  MR. OGUS: Q. Five feet? One inch? You can't--
13  A. Maybe about three to five feet.
14  Q. Do you ever lean into the car, through the
15  window?
16  A. Well, one of other enforcement officers showed
17  up. I holstered my weapon and removed him from the
18  vehicle.
19  Q. So you never were in the car with your weapon
20  unholstered?
21  A. No.
22  Q. So you are now at the car window. You have
23  your gun pointed at Mr. Felder; is that fair to say?
24  A. Say what now?

## Page 66

1  Q. Your gun is pointed at Mr. Felder when you tell
2  him he's under arrest?
3  MR. SELMER: Objection, asked and answered.
4  THE WITNESS: Yes.
5  MR. OGUS: Q. And you're about three to five feet
6  away from him when you're doing these things, right?
7  A. Right.
8  Q. So you're on the sidewalk at a right angle to
9  the window?
10  A. On the sidewalk, no. In the grass, right.
11  Q. And does he comply with your instructions to
12  get out of the car?
13  A. No.
14  Q. What does he say to you?
15  A. He just sat there. He had like a wallet in his
16  hand, like a $10 bill, and he just was not responding to
17  what I was telling him to what I was telling him to do.
18  Q. He had a $10 bill in his hand?
19  A. Right.
20  Q. Which hand?
21  A. I don't remember.
22  Q. Was it in the same hand as the wallet?
23  A. No. There was a wallet in one hand and a $10
24  bill in the other hand.

## Page 67

1  Q. Did he ever say anything to you the entire time
2  you were with him?
3  A. No.
4  Q. Did he ever say what he was doing or why he was
5  doing it?
6  A. No.
7  Q. Did you ever tell him what he was under arrest
8  for?
9  A. Yes.
10  Q. When was that?
11  A. Right then when I placed him into custody.
12  Q. I'm sorry. I got ahead of myself.
13  So you told him, you're under arrest. You told
14  him to get out of the car and your gun was pointed at
15  him, right?
16  A. I ordered him to get out of the vehicle with no
17  response.
18  Q. At the time you ordered him out of the car, did
19  you have your badge, your star, or anything that
20  identified you to show to him?
21  A. Yes.
22  Q. Where was that?
23  A. On my chest.
24  Q. This was at night, right?

## Page 68

1  A. Yes.
2  Q. When did you put the star around your neck?
3  A. Before I approached the vehicle.
4  Q. Where? When? When you were walking down the
5  street? When you crossed over down Escanaba? When?
6  A. When I got the signal.
7  Q. So after you got the signal, you took it from
8  your belt buckle and put it around your neck?
9  A. Yes.
10  Q. Could I see the star for a second?
11  (Item tendered to Mr. Ogus.)
12  Let's describe it as a black circular of what,
13  about five inches in diameter -- with a star which says
14  Police Officer, Chicago Police, and star number on it,
15  right?
16  A. Right.
17  Q. That's all.
18  And I'm sorry. The chain...
19  A. It's like a regular ID chain.
20  Q. Just a regular, simple chain you buy anywhere,
21  right?
22  A. Um-hum.
23  Q. And how long is the chain?
24  A. Maybe about 12 inches.