THE WITNESS: I mean, it was quick. So it could have been less than 60 seconds, but it was like a quick conversation. Maybe 30 to -- 20 to 30, 40 seconds. Something like that.

MR. SELMER: Q. You weren't wearing a watch?

**A. No, I wasn't.**

Q. And in your opinion, as you just stated, it was quick?

**A. Quick.**

Q. When you approached Mr. Felder's car when he was curbed now on the left-hand side, after the signal was given, did you identify yourself as a police officer?

**A. I did. I identified myself as a Chicago police officer along with the star on my chest, the police star.**

Q. And how do you identify yourself as a police officer?

**A. "Chicago police officer. You're under arrest."**

Q. So you verbally say that?

**A. Yes.**

MR. SELMER: No further questions.

FURTHER EXAMINATION

By MR. OGUS:

Q. Did you ever hear of anybody being arrested for impersonating a police officer?



**A. Yes.**

Q. So the fact that someone says they're a police officer doesn't prove they're a police officer, right?

**A. Correct.**

Q. When I asked you the question, you said it was 60 to 100 seconds.

You were under oath when you said that, right?

**A. Yes.**

Q. Now you've changed your answer to make it 30 to 60 seconds?

MR. SELMER: Objection.

THE WITNESS: I knew it was quick. I couldn't approximate the timeframe of which I gave the answer to, which I just, in relation, not thinking of how long that can be.

I just gave an answer that wasn't correct as far as approximation of time

MR. OGUS: Q. So when you were under oath and you answered my question, under oath you said 60 seconds to 100 seconds, but you weren't correct? You made a mistake?

**A. I made a mistake.**

Q. And you answered incorrectly when you answered my question?



**A. I answered what I thought, but after thinking about it, 60 to 100, that is kind of long.**

Q. So you answered my -- well, you had a conversation.

We had a break where you were talking with your attorney, right, since that, right?

**A. Yes.**

Q. Mr. Felder (sic) asked you a question and I didn't object as to facts in evidence because you told me a fact.

But the first question was, you were four hours on the street, and there was long, long hypothetical about walking back and forth.

Were you four hours on the street that day?

**A. No, I didn't say four hours.**

Q. No, he did, and you answered the question.

**A. Right.**

Q. But I'm asking you, do you know whether it was four hours?

**A. I don't know.**

Q. You said also that you and Officer Bady doubled back northbound.

Do you remember saying that?

**A. Well, not completely. I mean, she would pace**



**back and forth within that perimeter of where we were.**

Q. When you say "pace back and forth," is that on the same side of the street or sometimes on the other side of the street?

**A. Same side. She would cross back and forth. But when we were on one side, that's where she was.**

Q. Was she ever on the opposite side of the street?

**A. Yes.**

Q. So she would cross the lane of traffic across the railroad track and cross traffic, and then go on the other side of the street and then walk?

**A. I would say this.**

**The time that we was out there, one side -- the street was busy as to the two times.**

**So half the time she was on one side of the street and half the time she was on the other side of the street.**

Q. So on each side of street the houses are numbered -- on one side of the street the houses are even-numbered, one side of the street are odd-numbered, correct?

**A. Correct.**

Q. So half the time she was on the side of the

even-numbered houses, and half the time she was on the side of the street with the odd-numbered houses, right?

A. **Yes.**

Q. And to get from the one side, from the odd-numbered houses to the even sided, or from the even to the odd, she would have to cross a lane of traffic, the railroad track, and another lane of traffic, right?

A. **Correct.**

Q. And she did that?

A. **Yes.**

Q. And you said she was swinging her hips, or something like that, when Mr. Felder (sic) asked you some questions about how she was walking? Do you remember that?

A. **Yes.**

Q. But you also said it was not a crazy walk, right?

A. **No, not a crazy walk.**

Q. When I asked you the question, I asked you, and you said it was a normal walk like she was walking down LaSalle Street, right?

A. **I mean, it's a sexy walk.**

Q. Is it a sexy walk because she's doing something different? Is it a sexy walk because she's sexy? Is it

a sexy walk because she's a woman? Which one?

A. **I mean, it could be a combination of all three.**

Q. Well, when she is walking down the street normally, in her normal walk, is that a sexy walk?

A. **Well normally she don't wear high heels.**

Q. But you've seen her wear high heels?

A. **Only on missions.**

Q. So the thing that made it sexy, different than her -- the only thing that made it different from her normal walk, and sexier, is because she's wearing high heels?

A. **I mean, the heels, the combination of what she was wearing, and -- yes. The way she was walking with the heels.**

Q. I did ask you if she was walking down the street, down LaSalle Street or Monroe Street -- I forgot which one I said -- that would be a normal walk for her, and you said yes.

Do you remember saying that to my question?

A. **No. You didn't ask me about her.**

**You asked me about seeing a woman like her walking like that, would I assume that she was a prostitute, and I told you no.**

Q. But didn't I ask you also about the walk, about

what was different about her walk? You don't remember that?

A. **What was different about her walk?**

Q. Yes. What made her walk down the street sexy? Did I ask you that originally?

A. **I don't recall.**

Q. But if I asked you that, and if you answered my question, you were under oath and you gave me a truthful answer, right?

A. **To the best of my knowledge, I gave you -- with the understanding whatever the question is you was asking me, I think I gave you the answer to.**

Q. Are you saying you think you answered truthfully or you know you answered truthfully?

A. **I mean, after clarification.**

**If we clarified what I might have thought was different, yes, I'd give you a clarified answer to your question, now that I know what you're asking me, is what I'm saying.**

Q. Let's go back. I'm sorry. Then we have to go back and find that question, since you want to clarify the answer.

Let's go back and find out what my question was and what your answer was about her or someone walking

down LaSalle Street.

Can you read that back?

(WHEREUPON, the record was read as requested.)

We just read back your earlier testimony about walking down the street, or whether or not you would necessarily believe that someone dressed like that was a prostitute.

You heard your answers. Do you stand by those answers?

A. **Yes.**

Q. Yes?

A. **Yes.**

MR. OGUS: Okay. We're done.

MR. SELMER: We'll reserve signature.

MR. OGUS: I have no further questions.

MR. SELMER: Thanks, Tom.

AND FURTHER DEPONENT SAITH NOT.