FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT L. FELDER,
      Plaintiff,

v.

CITY OF CHICAGO,
C.S. JOHNSON (#16589),
C. BADY (#11453)
      Defendants.

07C 6501
Judge Grady
Magistrate Judge Cox
Jury Demand

NOTICE OF FILING

To:    David Selmer
        Assistant Corporation Counsel
        30 N. LaSalle Ste. 1400
        Chicago, IL 60602

    PLEASE TAKE NOTICE that on August 18, 2008, Plaintiff filed his MOTION TO COMPEL with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

                                              /s/ Lonny Ben Ogus
                                              Attorney for Plaintiff

39 S. LaSalle St. Ste. 1400

Chicago, IL 60603

312-332-7374

CERTIFICATE OF SERVICE

    I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown on August 18, 2008.

                                              /s/ Lonny Ben Ogus